<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

Southern District of Texas
                          (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an
   amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | CARBO Ceramics Inc. |
|----|----|----|

| 2. | **All other names debtor used in the last 8 years** | |
|----|----|----|
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | **Debtor's Federal Employer Identification Number** (EIN) | 72-1100013 |
|----|----|----|

**4.  Debtor's address**

**Principal place of business**

575 N. Dairy Ashford Road
Number         Street

Suite 300

Houston                    TX        77079
City                       State     ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number       Street

P.O. Box

City                  State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                  State     ZIP Code

| 5. | **Debtor's website** (URL) | www.carboceramics.com |
|----|----|----|

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | CARBO Ceramics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3279

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                          MM / DD / YYYY
           District _____ When _____ Case number _____
                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor See Schedule 1     Relationship _____
        District Southern District of Texas     When _____
                                   MM / DD / YYYY
        Case number, if known _____

| Debtor | CARBO Ceramics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | CARBO Ceramics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/29/2020
MM  / DD / YYYY

X _____
Signature of authorized representative of debtor

Ernesto Bautista III
Printed name

Title Vice President & Chief Financial Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  3/29/2020
MM  / DD / YYYY

Paul E. Heath
Printed name

Vinson & Elkins LLP
Firm name

2001 Ross Ave., Suite 3900
Number       Street

Dallas                                        TX          75201
City                                          State      ZIP Code

214-220-7700                                  pheath@velaw.com
Contact phone                                 Email address

09355050                                      TX
Bar number                                    State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-15903.

2. The following financial data is the latest available information and refers to the debtor's condition on 12/31/19.

a. Total assets      $    145,000,000

b. Total debts (including debts listed in 2.c., below)    $    145,000,000

c. Debt securities held by more than 500 holders

                                                   Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

d. Number of shares of preferred stock

e. Number of shares common stock      29,238,368

Comments, if any: _____

_____

_____

3. Brief description of debtor's business:    A global technology company providing products and services to the oil and gas, industrial, and environmental markets, including manufacturing and selling ceramic technology products and services and base ceramic proppant for oilfield and industrial sectors.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Dan H. and Staci Wilks; Farris Wilks; Fidelity Series Intrinsic Opportunities Fund; Wilks Brothers LLC; and William C. Morris

**Fill in this information to identify the case and this filing:**

Debtor Name  <u>CARBO Ceramics Inc.</u>

United States Bankruptcy Court for the:  <u>Southern</u>   District of <u>Texas</u>

<span style="font-size:smaller">(State)</span>

Case number (if known):  _____

## <u>Schedule 1</u>

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor:**

| |
|---|
| Asset Guard Products Inc. |
| StrataGen, Inc. |

Rider 1

**Fill in this information to identify the case and this filing:**

Debtor Name __CARBO Ceramics Inc.__

United States Bankruptcy Court for the: __Southern__     District of __Texas__
                                                                    (State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ *Other document that requires a declaration*   List of Affiliate Debtors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/29/2020__          ✗ _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                                      Ernesto Bautista III
                                                      Printed name

                                                      Vice President & Chief Financial Officer
                                                      Position or relationship to debtor

**SECRETARY'S CERTIFICATE OF**
**CARBO CERAMICS INC.**

**March 29, 2020**

The undersigned, being the Vice President, General Counsel, Corporate Secretary, Chief Compliance Officer and Chief ESG Officer of CARBO Ceramics Inc., a Delaware corporation (the "***Company***"), hereby certifies as follows:

1.      I am the duly qualified and appointed Vice President, General Counsel, Corporate Secretary, Chief Compliance Officer and Chief ESG Officer of the Company and, as such, am familiar with the facts certified herein, and I am duly authorized to certify the same on behalf of the Company.

2.      The resolutions attached hereto as <u>Annex A</u> have been duly adopted by the Board of Directors of the Company, have not been amended, modified, revoked, rescinded or repealed and have been in full force and effect since their adoption, to and including the date hereof.

*[Signature Page Follows]*

EXECUTED as of the date first written above.

By: _____

Robert J. Willette
Vice President, General Counsel, Corporate
Secretary, Chief Compliance Officer and
Chief ESG Officer

The undersigned hereby attests to the signature and incumbency of Robert J. Willette as
Vice President, General Counsel, Corporate Secretary, Chief Compliance Officer and Chief ESG
Officer of the Company.

By: _____

Ernesto Bautista III
Vice President, Chief Financial Officer and
Treasurer

EXECUTED as of the date first written above.

By: _____

Robert J. Willette
Vice President, General Counsel, Corporate
Secretary, Chief Compliance Officer and
Chief ESG Officer

The undersigned hereby attests to the signature and incumbency of Robert J. Willette as Vice President, General Counsel, Corporate Secretary, Chief Compliance Officer and Chief ESG Officer of the Company.

By: _____

Ernesto Bautista III
Vice President, Chief Financial Officer and
Treasurer

## <u>ANNEX A</u>

**Chapter 11 Resolutions of the Board of Directors of CARBO Ceramics Inc.**

(Attached)

## RESOLUTIONS OF
## THE BOARD OF DIRECTORS OF
## CARBO CERAMICS INC.

### TO BE CONSIDERED AT A MEETING OF THE BOARD OF DIRECTORS TO BE HELD ON MARCH 26, 2020

**WHEREAS**, the board of directors (the "***Board***") of CARBO Ceramics Inc., a Delaware corporation (the "***Company***"), has studied and considered the financial condition of the Company and its subsidiaries (the "***Company Group***"), including the Company Group's liabilities, contractual obligations and liquidity, the current and reasonably foreseeable future conditions in the oil and natural gas industry and the outlook for the Company Group's products and services;

**WHEREAS**, the Board engaged a financial advisor to assist the Company in exploring strategic alternatives and has consulted with the financial and legal advisors to the Company to fully consider the strategic alternatives available to the Company Group;

**WHEREAS**, the Board has unanimously determined that it is advisable and in the best interests of the Company to (i) pursue a prenegotiated chapter 11 plan of reorganization of the Company under Chapter 11 of Title 11 of the United States Code (the "***Plan***") in accordance with a Restructuring Support Agreement among the Company, Asset Guard Products Inc. ("***Asset Guard***") and StrataGen, Inc. ("***StrataGen***," and together with Asset Guard, the "***Filing Subsidiaries***," and the Filing Subsidiaries, together with the Company, the "***Debtors***"), each a Delaware corporation and wholly owned subsidiary of the Company, Wilks Brothers, LLC ("***Wilks***") and Equify Financial, LLC ("***Equify***," and together with Wilks, the "***Prepetition Secured Lenders***," and such agreement, the "***Restructuring Support Agreement***"), and (ii) execute, deliver, and file or cause to be filed with the United States Bankruptcy Court for the Southern District of Texas, Houston Division, or another appropriate court (the "***U.S. Bankruptcy Court***"), any and all documents necessary or convenient to effect, cause or promote the reorganization of the Debtors under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***") pursuant to the Plan and in accordance with the Restructuring Support Agreement;

**WHEREAS**, the Board has reviewed the Restructuring Support Agreement among the Debtors and the Prepetition Secured Lenders and a restructuring term sheet (the "***Restructuring Term Sheet***") which contemplate, among other things, the consummation of a series of transactions (the "***Restructuring Transactions***") described therein, pursuant to which (i) each Prepetition Secured Lender will receive its pro rata share of 100% of the equity interests in a reorganized Company entity (the "***Reorganized Company***") in exchange for such Prepetition Secured Lender's claims under the Company's existing $65 million credit facility and the DIP Facility (as defined below), except to the extent such DIP Facility claims (the "***DIP Facility Claims***") are converted into borrowings under the Exit Facility (as defined below), with the Reorganized Company retaining (a) 100% of the equity interests in a reorganized Asset Guard entity and (b) 100% of the equity interests in a reorganized StrataGen entity and (ii) a liquidating trust will be established for the benefit of general unsecured creditors of the Debtors;

**WHEREAS**, the Debtors will obtain benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "***Cash Collateral***"), which is security for the claims held by the Prepetition Secured Lenders;

**WHEREAS**, as contemplated by the Restructuring Term Sheet, (i) Wilks has agreed to provide post-petition financing to the Company under a debtor-in-possession credit agreement (the "***DIP Facility***"), on the terms and subject to the conditions set forth in a Senior Secured Super Priority Debtor-in-Possession Credit Agreement (the "***DIP Credit Agreement***"), by and among the Company, as borrower, the Filing Subsidiaries, as guarantors, Wilks, as lender, and the other guarantors and lenders from time to time party thereto (Wilks and any other lenders from time to time party thereto, collectively, the "***DIP Lenders***"), and (ii) following the consummation of the Restructuring Transactions, at the election of the DIP Lenders, all of a portion of the DIP Facility Claims may be converted into interests in, or borrowings under a new exit credit facility with, the Reorganized Company (the "***Exit Facility***");

**WHEREAS**, the boards of directors of each of the Filing Subsidiaries (collectively, the "***Filing Subsidiary Boards***") desire for the Filing Subsidiaries to, concurrently with the Company, file or cause to be filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the Bankruptcy Code with the U.S. Bankruptcy Court and are approving such filings contemporaneously with the adoption of these resolutions; and

**WHEREAS**, after review of (i) the financial condition of the Company Group, the current and reasonably foreseeable future conditions in the oil and natural gas industry, the outlook for the Company Group's products and services and the other alternatives available to the Company Group, (ii) the terms of the Restructuring Support Agreement, the Restructuring Term Sheet and related documentation, (iii) the availability of the DIP Facility and consensual use of the Cash Collateral and (iv) such other considerations as the Board deems relevant, the Board, following consultation with the financial and legal advisors to the Company, has determined that it is advisable and in the best interests of the Company to enter into the Restructuring Support Agreement and pursue the restructuring of the Debtors under the Bankruptcy Code as contemplated therein and as approved in these resolutions.

### *Restructuring Support Agreement*

**NOW, THEREFORE, BE IT RESOLVED**, that the Board hereby authorizes and approves, in all respects, the Company's entry into the Restructuring Support Agreement, together with any other agreements or documentation relating thereto (collectively, the "***Restructuring Support Documents***"), and the performance of its obligations thereunder;

**FURTHER RESOLVED**, that the Chairman and Chief Executive Officer of the Company and any Vice President of the Company (collectively, the "***Authorized Officers***"), acting alone or with one or more other Authorized Officers, are hereby authorized and empowered to take such actions and negotiate or cause to be prepared and negotiated and to execute, file, and deliver the Restructuring Support Documents, with such changes, additions, and modifications thereto as the Authorized Officers executing the same shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution or delivery thereof, cause the Company to perform its obligations under the Restructuring Support Documents, or any amendments or modifications

thereto that may be contemplated by, or required in connection with, the Restructuring Transactions or the chapter 11 case, and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, as any such Authorized Officer shall in his or her judgment determine to be necessary or appropriate to consummate the Restructuring Transactions, which determination shall be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

### *Chapter 11 Authorization*

**FURTHER RESOLVED**, that the Board has determined that it is advisable and in the best interests of the Company to file voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the Bankruptcy Code with the U.S. Bankruptcy Court (the "***Petitions***"), consistent with the resolutions set forth herein;

**FURTHER RESOLVED**, that the Company is hereby authorized to file or cause to be filed the Petitions with the U.S. Bankruptcy Court;

**FURTHER RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, are hereby authorized to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court, on behalf of the Company, the Petitions, in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code;

**FURTHER RESOLVED**, that, upon the filing of the Petitions as authorized by the preceding resolution, each Authorized Officer, acting alone or with one or more other Authorized Officers, is hereby authorized to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court, on behalf of the Company, all papers, motions, applications, schedules, and pleadings necessary, appropriate, or convenient to facilitate the chapter 11 case and all of its matters and proceedings, and any and all other documents necessary, appropriate, or convenient in connection with the commencement of the chapter 11 case, each in such form or forms as such Authorized Officer may approve;

**FURTHER RESOLVED**, that the Authorized Officers are authorized and empowered to execute and to deliver to, and file with or cause to be filed with, the U.S. Bankruptcy Court, on behalf of the Company, all papers and pleadings that such Authorized Officers believe to be necessary or advisable to effect, cause or further the reorganization of the Company under Chapter 11 of Title 11 of the Bankruptcy Code including any and all other documents necessary to effectuate the Plan, including a disclosure statement related thereto, together with any amendments or modifications thereto, or any restatements thereof, in each case, as the Authorized Officers may approve;

**FURTHER RESOLVED**, that each of the Filing Subsidiaries is authorized to file or cause to be filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the Bankruptcy Code with the U.S. Bankruptcy Court, consistent with the resolutions set forth herein, and the Filing Subsidiaries and the Filing Subsidiary Boards are authorized and empowered to take such actions as are necessary to accomplish same consistent with the resolutions set forth herein;

***Debtor-in-Possession Financing; Cash Collateral; Adequate Protection***

**FURTHER RESOLVED**, that the Board hereby authorizes and approves, in all respects, the Company's entry into the DIP Credit Agreement, together with any other agreements or documentation relating thereto (collectively, the "***DIP Loan Documents***"), and the performance of its obligations thereunder;

**FURTHER RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, are hereby authorized and empowered to take such actions and negotiate or cause to be prepared and negotiated and to execute, file, and deliver the DIP Loan Documents, with such changes, additions, and modifications thereto as the Authorized Officers executing the same shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution or delivery thereof, cause the Company to perform its obligations under the DIP Loan Documents, or any amendments or modifications thereto that may be contemplated by, or required in connection with, the Restructuring Transactions or the chapter 11 case, and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, as any such Authorized Officer shall in his or her judgment determine to be necessary or appropriate to consummate the Restructuring Transactions, which determination shall be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

**FURTHER RESOLVED**, that the Company shall be, and hereby is, authorized to: (i) undertake any and all transactions contemplated by the DIP Loan Documents, on substantially the terms and subject to the conditions set forth in the DIP Loan Documents or as may hereafter be fixed or authorized by the Board or any of the Authorized Officers, acting alone or with one or more other Authorized Officers; (ii) borrow funds from, provide guaranties to, pledge its assets as collateral and undertake any and all related transactions contemplated thereby (collectively, the "***Financing Transactions***") with the DIP Lenders and on such terms as may be approved by any one or more of the Authorized Officers, as necessary or appropriate for the continuing conduct of the affairs of the Company; (iii) execute and deliver and cause the Company to incur and perform its obligations under the DIP Loan Documents and Financing Transactions; (iv) finalize the DIP Loan Documents and Financing Transactions, consistent in all material respects with the drafts thereof that have been presented to and reviewed by the Board; and (v) pay related fees and grant security interests in and liens upon some, any or all of the Company's assets, as may be deemed necessary by any one or more of the Authorized Officers in connection with such Financing Transactions;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered in the name of, and on behalf of, the Company, as a debtor and debtor in possession, to take such actions and negotiate or cause to be prepared and negotiated and to execute, file, deliver and cause the Company to incur and perform its obligations under the DIP Loan Documents, any secured cash management agreements, and all other agreements, instruments and documents (including, without limitation, any and all other joinders, mortgages, deeds of trust, consents, notes, pledge agreements, security agreements, control agreements and any agreements with any entity (including governmental authorities) requiring or receiving cash collateral or other credit support with proceeds from the DIP Credit Agreement) or any amendments thereto or waivers thereunder (including, without limitation, any amendments, waivers or other modifications of any of the DIP

Loan Documents) that may be contemplated by, or required in connection with, the DIP Credit Agreement, the other DIP Loan Documents and the Financing Transactions, and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, as such Authorized Officer shall in his or her judgment determine to be necessary or appropriate to consummate the transactions contemplated by the DIP Credit Agreement and the other DIP Loan Documents, which determination shall be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized and empowered to authorize the DIP Lenders to file any UCC financing statements, mortgages, notices, and any necessary assignments for security or other documents in the name of the Company that the DIP Lenders deem necessary or appropriate to perfect any lien or security interest granted under the DIP Loan Documents, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Company and such other filings in respect of intellectual and other property of the Company, in each case as the DIP Lenders may reasonably request to perfect the security interests granted under the DIP Loan Documents;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby are, authorized and empowered, in consultation with the Board, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Credit Agreement or any of the other DIP Loan Documents or any of the other DIP financing documents, and to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, which shall in his or her sole judgment be necessary, proper or advisable, which determination shall be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

**FURTHER RESOLVED**, that the Company will obtain benefits from the incurrence of the loans and other financial accommodations under the DIP Credit Agreement by the Company and the occurrence and consummation of the Financing Transactions under the DIP Credit Agreement and the other DIP Loan Documents, which are necessary and appropriate to the conduct, promotion and attainment of the business of the Company;

**FURTHER RESOLVED**, that in order to use and obtain the benefits of the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, the Company is authorized to provide certain adequate protection to the Prepetition Secured Lenders (the "*Adequate Protection Obligations*"), as documented in a proposed interim order (any such order, the "*Interim DIP Order*") and a proposed final order (any such order, the "*Final DIP Order*," and together with the Interim DIP Order, the "*DIP Orders*") described to the Board and submitted for approval to the U.S. Bankruptcy Court;

**FURTHER RESOLVED**, that the form, terms, and provisions of the DIP Orders to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted, and approved, and each of the Authorized Officers be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take such actions

5

and negotiate, or cause to be prepared and negotiated, and to execute, deliver, perform, and cause the performance of, the DIP Orders and the DIP Loan Documents (together with the DIP Orders, collectively, the "*DIP Documents*"), and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, on substantially the terms and subject to the conditions described to the Board, with such changes, additions, and modifications thereto as the Authorized Officers executing the same shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

**FURTHER RESOLVED**, that the Company, as a debtor and debtor in possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Documents (collectively, the "*Adequate Protection Transactions*");

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and empowered, and each of them acting alone be, and hereby is, authorized and empowered in the name of, and on behalf of, the Company, to take such actions as in their discretion is determined to be necessary, appropriate, or advisable and execute the Adequate Protection Transactions, including delivery of: (i) the DIP Documents and such agreements, certificates, instruments, guaranties, notices, and any and all other documents, including, without limitation, any amendments to any DIP Documents (collectively, the "*Adequate Protection Documents*"); (ii) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the Prepetition Secured Lenders; and (iii) such forms of deposit, account control agreements, officer's certificates, and compliance certificates as may be required by the DIP Documents or any other Adequate Protection Documents;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and empowered in the name of, and on behalf of, the Company, to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Adequate Protection Transactions and all fees and expenses incurred by or on behalf of the Company in connection with these resolutions, in accordance with the terms of the Adequate Protection Documents, which shall in their sole judgment be necessary, appropriate, or advisable to perform any of the Company's obligations under or in connection with the DIP Orders or any of the other Adequate Protection Documents and the transactions contemplated thereby and to carry out fully the intent of these resolutions;

### *Retention of Professionals*

**FURTHER RESOLVED**, that the engagement of Vinson & Elkins L.L.P. ("*V&E*") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company's rights and obligations, including filings and pleadings, is hereby approved, and each of the Authorized Officers is hereby authorized and empowered to take such actions as may be required to so engage V&E for such purposes; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of V&E;

6

**FURTHER RESOLVED**, that the engagement of Okin Adams LLP ("*Okin Adams*") as special bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company's rights and obligations, including filings and pleadings, is hereby approved, and each of the Authorized Officers is hereby authorized and empowered to take such actions as may be required to so engage Okin Adams for such purposes; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Okin Adams;

**FURTHER RESOLVED**, that the engagement of Perella Weinberg Partners L.P. and Tudor Pickering, Holt & Co. (collectively, "*PWP*") as investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company's rights and obligations, is hereby approved, and each of the Authorized Officers is hereby authorized and empowered to take such actions as may be required to so engage PWP for such purposes; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of PWP;

**FURTHER RESOLVED**, that the engagement of FTI Consulting, Inc. ("*FTI*") as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company's rights and obligations, is hereby approved, and each of the Authorized Officers is hereby authorized and empowered to take such actions as may be required to so engage FTI for such purposes; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of FTI;

**FURTHER RESOLVED**, that the engagement of any or all of Ernst & Young LLP, KPMG LLP and Weaver and Tidwell, L.L.P. as accountants and tax advisors to represent and assist the Company in carrying out its duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company's rights and obligations, is hereby authorized, and each of the Authorized Officers is hereby authorized and empowered to take such actions as may be required to so engage such firms for such purposes; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of such firms;

**FURTHER RESOLVED**, that the engagement of Prime Clerk LLC ("***Prime Clerk***") as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company's rights and obligations, is hereby approved, and each of the Authorized Officers is hereby authorized and empowered to take such actions as may be required to so engage Prime Clerk for such purposes; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Prime Clerk;

**FURTHER RESOLVED**, that each of the Authorized Officers is hereby authorized and empowered to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

### *General*

**FURTHER RESOLVED**, that each of the Authorized Officers is hereby authorized, on behalf of the Company, to certify and attest to any documents that he or she may deem necessary, appropriate, or convenient to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents; and

**FURTHER RESOLVED**, that all actions heretofore taken by any officer, employee or representative of the Company in its name or for its account in connection with any of the above matters are hereby in all respects ratified, confirmed and approved.

[<em>The remainder of this page is intentionally blank.</em>]

Fill in this information to identify the case and this filing:

Debtor Name _CARBO Ceramics Inc._____

United States Bankruptcy Court for the: _Southern_____ District of _Texas_____
(State)

Case number (If known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration  _Corporate Resolutions_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/29/2020_
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

_Ernesto Bautista III_____
Printed name

_Vice President & Chief Financial Officer_____
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to Identify the case: |
| --- |
| Debtor Name:   CARBO Ceramics Inc. |
| United States Bankruptcy Court for the:     Southern District of Texas |
| Case Number (If known): |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MIDWEST PROPPANT, LLC 555 E. OUTER 21 RD ARNOLD, MO  63010 | CONTACT: MIKE HARMAN PHONE: 636-287-1848 MIKE@MW-PROP.COM | TRADE DEBT | DISPUTED | | | $820,120.00 |
| 2 | GREENBRIER MANAGEMENT SERVICES C/O GREEN UNION TRUST 445 SOUTH FIGUEROA STREET, STE 401 LOS ANGELES, CA  90071 | CONTACT: JOHN LAWRENCE PHONE: 503-670-3193 JOHN.LAWRENCE@GBRX.COM | TRADE DEBT | | | | $664,391.00 |
| 3 | WELL SITE SUPPLY, INC. ATTN: W. TRENT ELLIOTT, PRES. 180 BLUE KNOB ROAD MARIETTA, OH  42750 | CONTACT: TRENT ELLIOT PHONE: 740-236-0306 TELLIOT@WELLSITESUPPLY.COM | TRADE DEBT | DISPUTED | | | $362,984.00 |
| 4 | GREENBRIER MANAGEMENT SERVICES LLC 13820 COLLECTIONS CENTER DR. CHICAGO, IL  60693 | CONTACT: JOHN LAWRENCE PHONE: 503-670-3193 JOHN.LAWRENCE@GBRX.COM | TRADE DEBT | | | | $346,800.00 |
| 5 | CHEMLINE INC 5151 NATURAL BRIDGE AVE ST. LOUIS, MO  63115 | CONTACT: JOHN PANTANELLA PHONE: 314-664-2230 JOHNP@CHEMLINE.NET | TRADE DEBT | | | | $301,759.00 |
| 6 | WISCONSIN PROPPANTS, LLC 301 SOUTH BEDFORD STREET, SUITE 1 MADISON, WI  53703 | CONTACT: ALLANA BLACK PHONE: 403-509-4374 ARANKIN@SLB.COM | TRADE DEBT | | | | $291,936.00 |
| 7 | THERMAFOAM OPERATING, LLC 1240 N. HWY 77 HILLSBORO, TX  76645-3605 | CONTACT: MIKE POWER PHONE: 254-582-2730 MPOWER@THERMAFOAM.COM | TRADE DEBT | | | | $283,235.00 |

Debtor: CARBO Ceramics Inc.                                          Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | WILDCAT MINERALS LLC 5960 BERKSHIRE BLVD, STE 800 DALLAS, TX  75225-6068 | CONTACT: PETE MELCHER PHONE: 720-299-0056 PMELCHER@WILDCATMINERALS.COM | TRADE DEBT | DISPUTED | | | $266,630.00 |
| 9 | KTJ 251 LLC 400 WATER STREET, STE 200 EXCELSIOR, MN  55331 | CONTACT: JOE RYAN PHONE: 952-294-1241 JOE@OPPIDAN.COM | TRADE DEBT | | | | $254,705.00 |
| 10 | GREENBRIER LEASING COMPANY LLC 13799 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693 | CONTACT: JOHN LAWRENCE PHONE: 503-670-3193 JOHN.LAWRENCE@GBRX.COM | TRADE DEBT | | | | $207,399.00 |
| 11 | CAPRO INDUSTRIES 3128 E HARCOURT ST RANCHO DOMINGUEZ, CA  90220 | CONTACT: JULES TEFFAHA PHONE: 800-935-3422 EXT 780 JULES@CAPRO.NET | TRADE DEBT | | | | $178,038.00 |
| 12 | ARCILLA MINING & LAND COMPANY LLC 9474 HIGHWAY 57 MCINTYRE, GA  31054 | CONTACT: TED SMITH PHONE: 478-946-3664 TSMITH@ARCILLAMINING.COM | TRADE DEBT | | | | $138,500.00 |
| 13 | WELLS FARGO RAIL CORPORATION 6250 N RIVER RD STE 5000 ROSEMONT, IL  60018 | CONTACT: DAN SCHLOSSBERG PHONE: 312-630-2415 DAN.SCHLOSSBERG@WELLSFARGO.COM | TRADE DEBT | | | | $136,257.00 |
| 14 | INDUSTRIAL CHEMICALS, INC. 2042 MONTREAT DRIVE VESTAVIA, AL  35216 | CONTACT: JEFF LLOYD PHONE: 704-999-4563 JEFFLLOYD@INDUSTRIALCHEM.COM | TRADE DEBT | | | | $127,252.00 |
| 15 | RITEKS, INC. 14550 TORREY CHASE BLVD, STE 460 HOUSTON, TX  77066 | CONTACT: RYAN BOSS PHONE: 281-569-3500 RBOSS@RITEKS.COM | TRADE DEBT | | | | $122,780.00 |
| 16 | DAKOT WEAR CERAMICS (PTY) LTD 1 LAMB STREET GINGINDLOVU  3800 SOUTH AFRICA | CONTACT: COBUS KOTZE PHONE: +27 35 337 0053 COBUSKOTZE@DAKOT.CO.ZA | TRADE DEBT | | | | $119,050.00 |
| 17 | CFG COMMUNITY BANK 1422 CLARKVIEW ROAD BALTIMORE, MD  21209 | CONTACT: MICHAEL HOEHN PHONE: 410-823-0500 MICHAEL.HOEHN@CFGCOMMUNITYBANK.COM | TRADE DEBT | | | | $117,300.00 |
| 18 | BULK CHEMICAL SERVICES LLC 1355 TERRELL MILL ROAD MARIETTA, GA  30067 | CONTACT: NICK MAHLBERG PHONE: 478-491-6425 NMAHLBERG@BCSCHEM.COM | TRADE DEBT | | | | $115,206.00 |
| 19 | BLUEMODUS, INC. 1641 CALIFORNIA ST STE 400 DENVER, CO  80202 | CONTACT: CARLOS OROZCO PHONE: 303-759-2100 EXT. 339 COROZCO@BLUEMODUS.COM | TRADE DEBT | | | | $85,850.00 |
| 20 | OCONEE ELECTRIC MEMBERSHIP ATTN MARTY SMITH, CEO 3445 HWY 80 W DUDLEY, GA  31022-0037 | CONTACT: TERRI HOWARD PHONE: 478-676-1164 TERRI.HOWARD@OCONEEEMC.COM | TRADE DEBT | | | | $85,011.00 |

Debtor:  CARBO Ceramics Inc.                                          Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  IMERYS KAOLIN INC 100 MANSELL CT ROSWELL, GA  30076 | CONTACT: KERMIT CARPENTER (BILLING CONTROLLER) PHONE: 770-645-3677 KERMIT.CARPENTER@IMERYS.COM | TRADE DEBT | | | | $77,061.00 |
| 22  INTERSTATE INDUSTRIAL SANDS LLC 3131 FERNBROOK LANE, STE 238 PLYMOUTH, MN  55447 | CONTACT: NATE HOLMBERG PHONE: 763-432-6552 NATE@IEPHOLDINGS,COM | TRADE DEBT | | | | $72,049.00 |
| 23  GILSCOT-GUIDROZ INT'L 5124 TARAVELLA RD MARRERO, LA  70072 | CONTACT: KEITH GUIDROZ, JR. PHONE: 504-731-1997 KEITHJR@GILSCOT.COM | TRADE DEBT | | | | $69,855.00 |
| 24  FRACHT FWO INC 16701 GREENSPOINT PARK DRIVE, STE. 300 HOUSTON, TX  77060 | CONTACT: NEVILLE DARLASTON PHONE: 281-248-2020 NEVILLE.DARLASTON@FRACHT.COM | TRADE DEBT | | | | $63,975.00 |
| 25  CHICAGO FREIGHT CAR LEASING 425 N. MARTINGALE RD, 6TH FLOOR SCHAUMBURG, IL  60173 | CONTACT: JIM KENNEDY PHONE: 847-384-4441 JAMES.KENNEDY@CRDX.COM | TRADE DEBT | | | | $60,500.00 |
| 26  ADVANCED HANDLING SYSTEMS INC. 106 VICTORIA DRIVE LAGRANGE, GA  30240 | CONTACT: NED DANIEL PHONE: 706-881-1914 NEDDANIEL2@GMAIL.COM | TRADE DEBT | | | | $55,255.00 |
| 27  BEAVER STEEL SERVICES, INC. 1200 ARCH ST #1 CARNEGIE, PA  15106 | CONTACT: TODD DAVIS PHONE: 412-429-8860 TODDD@BEAVERSTEEL.COM | TRADE DEBT | | | | $51,975.00 |
| 28  BO'S WOOD PRODUCTS, INC. 2427 HWY 140 NW ADAIRSVILLE, GA  30103 | CONTACT: KRAIG HITTLER PHONE: 478-456-0842 KRAIG@BOWOODPRODUCTS.COM | TRADE DEBT | | | | $48,351.00 |
| 29  CITY OF MILLEN 548 COTTON AVE MILLEN, GA  30442 | CONTACT: JEFF BRANTLEY PHONE: 478-982-6100 JBRANTLEY@CITYOFMILLENGA.GOV | TRADE DEBT | | | | $47,869.00 |
| 30  KURARAY AMERICA INC 2625 BAY AREA BLVD, STE 600 HOUSTON, TX  77058 | CONTACT: ARCADIO SALAS PHONE: 281-204-6732 ARCADIO.SALAS@KURARAY.COM | TRADE DEBT | | | | $46,525.00 |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __CARBO Ceramics Inc.__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (If known): _____

---

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03 / 29 / 2020__       ✗ _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

Ernesto Bautista III
Printed name

Vice President & Chief Financial Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-[_____] |
| | § | |
| **CARBO CERAMICS INC.** | § | (Chapter 11) |
| | § | |
| | § | (Joint Administration Requested) |
| Debtor. | § | |

### CORPORATE OWNERSHIP STATEMENT (RULES 1007 (a)(1) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1007 (a)(1) and 7007.1, the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests:

Wilks Brothers, LLC
17018 Interstate 20,
Cisco, Texas 76437

# United States Bankruptcy Court
## Southern District of Texas

In re:  __CARBO Ceramics Inc.__                                    Case No. _____

Debtor(s)                                       Chapter  __11__

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AMERIPRISE (0756) ATTN GREG WRAALSTAD OR PROXY MGR 901 3RD AVE SOUTH MINNEAPOLIS, MN  55474 | COMMON | 24,531 | COMMON STOCK |
| AMIR MOHAMMADNEJAD 2455 DUNSTAN ROAD APT 633 HOUSTON, TX  77005 | COMMON | 626 | COMMON STOCK |
| AMY N HATAWAY 2050 CREEKSTONE POINT DR CUMMING, GA  30041-8699 | COMMON | 1,144 | COMMON STOCK |
| ANDREW WINKLER 1427 CR214 GIDDINGS, TX  78942 | COMMON | 455 | COMMON STOCK |
| AXOS/COR CLEARING (0052) ATTN CORPORATE ACTIONS DEPT. 1200 LANDMARK CENTER, STE. 800 OMAHA, NE  68102-1916 | COMMON | 12,636 | COMMON STOCK |
| BANK OF AMERICA, NA/GWIM TST OPER (0955) ATTN CORPORATE ACTIONS MANAGER 901 MAIN STREET 12TH FLOOR DALLAS, TX  75202 | COMMON | 116,256 | COMMON STOCK |
| BANK OF NEW YORK MELLON (0901) ATTN EVENT CREATION 500 GRANT STREET ROOM 151-1700 PITTSBURGH, PA  15258 | COMMON | 554,806 | COMMON STOCK |
| BARCLAYS CAPITAL (0229, 8455) ATTN CORPORATE ACTIONS/REORG 745 7TH AVENUE, 3RD FLOOR NEW YORK, NY  10019 | COMMON | 408 | COMMON STOCK |

Sheet 1 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.** _____   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BB&T SECURITIES (0702)<br>ATTN JESSE W. SPROUSE OR PROXY MGR<br>8006 DISCOVERY DRIVE<br>SUITE 200<br>RICHMOND, VA  23229 | COMMON | 50 | COMMON STOCK |
| BBS SECURITIES INC./CDS** (5085)<br>ATTN DEBORAH CARLYLE OR PROXY MGR<br>4100 YONGE STREET<br>SUITE 504A<br>TORONTO, ON  M2P 2G2<br>CANADA | COMMON | 1,760 | COMMON STOCK |
| BENJAMIN ELDRED<br>1725 CRESCENT PLAZA DRIVE APT 1159<br>HOUSTON, TX  77077-2480 | COMMON | 5,709 | COMMON STOCK |
| BILLY PETERS<br>4224 WATERSTONE RD<br>KELLER, TX  76244 | COMMON | 6,105 | COMMON STOCK |
| BINH JENNY LE<br>1615 GRAFTON SHOP RD<br>FOREST HILL, MD  21050 | COMMON | 2,021 | COMMON STOCK |
| BMO NESBITT BURNS INC. /CDS (5043)<br>ATTN PHUTHORN PENIKETT<br>250 YONGE ST., 14TH FLOOR<br>TORONTO, ON  M5B 2M8<br>CANADA | COMMON | 37,570 | COMMON STOCK |
| BNP (2147, 2787)<br>ATTN PROXY DEPARTMENT<br>525 WASHINGTON BLVD<br>9TH FLOOR<br>JERSEY CITY, NJ  07310 | COMMON | 17,005 | COMMON STOCK |
| BNP PARIBAS, NEW YORK BRANCH (2147)<br>ATTN PROXY DEPARTMENT<br>525 WASHINGTON BLVD<br>9TH FLOOR<br>JERSEY CITY, NJ  07310 | COMMON | 168,900 | COMMON STOCK |

Sheet 2 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.** _____   Case No.  _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BOFA/ML (0161, 5198, 5143, 8862) ATTN EARL WEEKS OR PROXY DEPT. C/O MERRILL LYNCH CORPORATE ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE, FL  32246 | COMMON | 1,092,500 | COMMON STOCK |
| BRETT WILSON 18819 VALLEY COVE DRIVE CYPRESS, TX  77433-2980 | COMMON | 10,250 | COMMON STOCK |
| BRIAN DAVIDSON [ADDRESS REDACTED] | COMMON | 3,689 | COMMON STOCK |
| BRIAN DZUBIN 12039 THORNECREST DR TOMBALL, TX  77375-1731 | COMMON | 781 | COMMON STOCK |
| BRIAN HICKS 1508 ASH RUN CT PEARLAND, TX  77581 | COMMON | 419 | COMMON STOCK |
| BRIAN HORTON PO BOX 2628 VIDALIA, GA  30475-2628 | COMMON | 165 | COMMON STOCK |
| BROWN BROTHERS HARRIMAN & CO. (0010) ATTN CORPORATE ACTIONS / VAULT 140 BROADWAY NEW YORK, NY  10005 | COMMON | 2,879,151 | COMMON STOCK |
| BRUCE EDWIN WHITE & CINDY WHITE JT TEN 45 LAKESIDE DRIVE EUFAULA, AL  36027-9566 | COMMON | 150 | COMMON STOCK |
| BRUCE WHITE 45 LAKESIDE DRIVE EUFAULA, AL  36027-9566 | COMMON | 1,353 | COMMON STOCK |
| CAITLIN TRIBOUT 823 E HAMPTON DR PEARLAND, TX  77584 | COMMON | 128 | COMMON STOCK |

Sheet 3 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.** _____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CAJA DE VALORES S.A. (5610)<br>ATTN MELINA BOBBIO OR PROXY MGR<br>AVE 25 DE MAYO 362<br>C1002ABH<br>BUENOS AIRES<br>ARGENTINA | COMMON | 258 | COMMON STOCK |
| CANACCORD GENUITY CORP./CDS (5046)<br>ATTN BEN THIESSEN OR PROXY DEPT.<br>10337 PACIFIC CENTRE<br>2200-609 GRANVILLE STREET<br>VANCOUVER, BC  V7Y 1H2<br>CANADA | COMMON | 500 | COMMON STOCK |
| CARL FLANAGAN<br>6642 HARBOURSIDE LANE<br>MISSOURI CITY, TX  77459 | COMMON | 2,337 | COMMON STOCK |
| CARLA S MASHINSKI<br>[ADDRESS REDACTED] | COMMON | 15,000 | COMMON STOCK |
| CDS CLEARING AND DEPOSITORY (5099)<br>ATTN LORETTA VERELLI OR PROXY MGR<br>600 BOUL. DE MAISONNEUVE<br>OUEST BUREAU 210<br>MONTREAL, QC  H3A 3J2<br>CANADA | COMMON | 13,574 | COMMON STOCK |
| CETERA (0701)<br>ATTN ANGELA HANDELAND OR PROXY MGR<br>400 1ST STREET SOUTH<br>SUITE 300<br>ST. CLOUD, MN  56301 | COMMON | 1,886 | COMMON STOCK |
| CHAD CANNAN<br>22 JONQUIL PL<br>TOMBALL, TX  77375-1156 | COMMON | 3 | COMMON STOCK |
| CHAD DEATON<br>[ADDRESS REDACTED] | COMMON | 35,848 | COMMON STOCK |
| CHARLES SCHWAB & CO., INC. (0164)<br>ATTN CHRISTINA YOUNG OR PROXY MGR<br>2423 EAST LINCOLN DRIVE<br>PHOENIX, AZ  85016-1215 | COMMON | 2,102,658 | COMMON STOCK |

Sheet 4 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.**                                    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CIBC WORLD MKTS. /CDS (5030)<br>ATTN REED JON OR PROXY DEPT.<br>22 FRONT ST. W. 7TH FL<br>TORONTO, ON  M5J 2W5<br>CANADA | COMMON | 53,946 | COMMON STOCK |
| CITADEL SECURITIES LLC (0395)<br>ATTN KEVIN NEWSTEAD OR PROXY MGR<br>131 SOUTH DEARBORN STREET<br>35TH FLOOR<br>CHICAGO, IL  60603 | COMMON | 2 | COMMON STOCK |
| CITIBANK (0505)<br>ATTN DARYL SLATER OR REORG MGR<br>3800 CITIBANK CENTER<br>B3-12<br>TAMPA, FL  33610 | COMMON | 3,092,062 | COMMON STOCK |
| CITIBANK, N.A. (0908)<br>ATTN SHERIDA SINANAN OR PROXY DEPT.<br>3801 CITIBANK CENTER<br>B/3RD FLOOR/ZONE 12<br>TAMPA, FL  33610 | COMMON | 473,161 | COMMON STOCK |
| CLAUDE KRAUSE<br>101 SAWGRASS LN<br>BROUSSARD, LA  70518-6146 | COMMON | 2,839 | COMMON STOCK |
| CLEARSTREAM BANKING AG<br>ATTN NICO STAES<br>MERGENTHALLERALLEE 61<br>ESCBORN  D-65760<br>GERMANY | COMMON | 286,795 | COMMON STOCK |
| COMMERCE (2170)<br>ATTN ANDY SORKIN OR PROXY MGR<br>INVESTMENT MANAGEMENT GROUP<br>922 WALNUT<br>KANSAS CITY, MO  64106 | COMMON | 210 | COMMON STOCK |
| CRAIG WYSONG<br>4019 COOSA DRIVE<br>BONAIRE, GA  31005 | COMMON | 495 | COMMON STOCK |

In re:   **Carbo Ceramics, Inc.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CREDENTIAL SECURITIES INC (5083)<br>ATTN DANIELLE MONTANARI OR PROXY MGR<br>700 - 1111 W. GEORGIA ST<br>VANCOUVER, BC  V6E 4T6<br>CANADA | COMMON | 6,630 | COMMON STOCK |
| CREDIT SUISSE (0355)<br>ATTN EMILY CONNORS OR PROXY DEPT.<br>C/O REORGANIZATION DEPT.<br>7033 LOUIS STEPHENS DRIVE<br>RESEARCH TRIANGLE PARK, NC  27709 | COMMON | 26 | COMMON STOCK |
| CREST INTL NOMINEES LIMITED (2012)<br>ATTN NATHAN ASHWORTH OR PROXY MGR<br>33 CANNON STREET<br>LONDON  EC4M 5SB<br>UNITED KINGDOM | COMMON | 3,935 | COMMON STOCK |
| D. A. DAVIDSON & CO. (0361)<br>ATTN RITA LINSKEY OR PROXY MGR<br>8 THIRD STREET NORTH<br>GREAT FALLS, MT  59401 | COMMON | 12,236 | COMMON STOCK |
| DALE EDEN<br>[ADDRESS REDACTED] | COMMON | 14,813 | COMMON STOCK |
| DANA JOHNSEY<br>3814 EMERALD BRANCH LN<br>KATY, TX  77450-8039 | COMMON | 1,369 | COMMON STOCK |
| DANIEL PICKELNER<br>7830 LUDINGTON DR<br>HOUSTON, TX  77071-2541 | COMMON | 70 | COMMON STOCK |
| DANIELLE MOREAU<br>141 WILLOW BEND<br>YOUNGSVILLE, LA  70592 | COMMON | 1,397 | COMMON STOCK |
| DAT LE<br>2422 HORNED OWL DR<br>KATY, TX  77494 | COMMON | 602 | COMMON STOCK |
| DAVENPORT & COMPANY LLC (0715)<br>ATTN KIM NIEDING OR PROXY MGR<br>901 EAST CARY ST<br>11TH FLOOR<br>RICHMOND, VA  23219 | COMMON | 1,600 | COMMON STOCK |

Sheet 6 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.**                                    Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DAVID GIROUARD<br>8214 LALLAROOK DR<br>COLUMBUS, GA  31909-2493 | COMMON | 4,104 | COMMON STOCK |
| DAVID GRENIER<br>14407 LAWTON RIDGE DR<br>CYPRESS, TX  77429-4875 | COMMON | 205 | COMMON STOCK |
| DAVID KESSLER SR<br>200 MARINA DRIVE<br>EUFAULA, AL  36027 | COMMON | 7,484 | COMMON STOCK |
| DAWN PICARD<br>2009 ALLIGATOR ALLEY<br>NEW IBERIA, LA  70560 | COMMON | 591 | COMMON STOCK |
| DEEPAK GUSAIN<br>14515 BRIAR FOREST DR<br>APT 1137<br>HOUSTON, TX  77077-2095 | COMMON | 1,504 | COMMON STOCK |
| DESJARDINS SECURITIES INC.** (5028)<br>ATTN KARLA DIAZ FOR MATERIALS<br>VALEURS MOBILIARES DESJARDINS<br>2, COMPLEXE DESJARDINS TOUR EST<br>MONTREAL, QC  H5B 1B4<br>CANADA | COMMON | 175 | COMMON STOCK |
| DON CONKLE<br>[ADDRESS REDACTED] | COMMON | 100,329 | COMMON STOCK |
| DON WILSON<br>110 KENTUCKY DOWNS<br>PERRY, GA  31069 | COMMON | 218 | COMMON STOCK |
| DOUG COLLINS<br>211 BRAHMWELL<br>LAFAYETTE, LA  70508-1827 | COMMON | 1,655 | COMMON STOCK |
| E- TRANSACTION CLEARING (0873)<br>ATTN JANE BUHAIN OR PROXY MGR<br>660 S. FIGUEROA STREET<br>SUITE 1450<br>LOS ANGELES, CA  90017 | COMMON | 104 | COMMON STOCK |

Sheet 7 of 22  in List of Equity Security Holders

In re:   **Carbo Ceramics, Inc.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| EDWARD JONES (0057)<br>ATTN DEREK ADAMS OR PROXY DEPT.<br>CORPORATE ACTIONS & DISTRIBUTION<br>12555 MANCHESTER ROAD<br>ST. LOUIS, MO  63131 | COMMON | 146,529 | COMMON STOCK |
| ELLEN SMITH<br>[ADDRESS REDACTED] | COMMON | 38,475 | COMMON STOCK |
| ERIC DEPRIEST<br>608 ALMONASTER RD<br>YOUNGSVILLE, LA  70592 | COMMON | 1,882 | COMMON STOCK |
| ERIK HULSE<br>2722 RAINFLOWER MEADOW LN<br>KATY, TX  77494-7814 | COMMON | 2,966 | COMMON STOCK |
| ERNESTO BAUTISTA III<br>[ADDRESS REDACTED] | COMMON | 20,708 | COMMON STOCK |
| ETRADE/APEX (0158/0385)<br>C/O BROADRIDGE SECURITIES PROCESSING<br>ATTN: YASMINE CASSEUS<br>2 GATEWAY CENTER<br>NEWARK, NJ  07102 | COMMON | 2,362,362 | COMMON STOCK |
| FAISAL SALEEM<br>1205 SAND JACK DR<br>CORINTH, TX  76208-5457 | COMMON | 84 | COMMON STOCK |
| FLORINE MESTAYER<br>509 PATRICK DR<br>BROUSSARD, LA  70518-4743 | COMMON | 391 | COMMON STOCK |
| FLORINE MESTAYER<br>509 PATRICK DRIVE<br>BROUSSARD, LA  70518-4743 | COMMON | 798 | COMMON STOCK |
| FOLIO (FN) INVESTMENTS, INC. (0728)<br>ATTN ASHLEY THEOBALD OR PROXY MGR<br>8180 GREENSBORO DRIVE<br>8TH FLOOR<br>MCLEAN, VA  22102 | COMMON | 3,304 | COMMON STOCK |
| GARY KOLSTAD<br>[ADDRESS REDACTED] | COMMON | 59,007 | COMMON STOCK |

Sheet 8 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.** _____  Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GEORGE KING<br>2103 OLD DIXIE<br>RICHMOND, TX  77469-6814 | COMMON | 124 | COMMON STOCK |
| GILBERTO VILLELA<br>17023 VISTA PARK DR<br>SAN ANTONIO, TX  78247-4671 | COMMON | 333 | COMMON STOCK |
| GLENN BROUSSARD<br>205 GASLIGHT LANE<br>YOUNGSVILLE, LA  70592-5388 | COMMON | 1,822 | COMMON STOCK |
| GMP SECURITIES L.P.** (5016)<br>ATTN TERRY YOUNG OR PROXY MGR<br>145 KING STREET WEST<br>SUITE 1100<br>TORONTO, ON  M5H 1J8<br>CANADA | COMMON | 33,900 | COMMON STOCK |
| GOLDMAN SACHS (0005)<br>ATTN MEGHAN SULLIVAN OR PROXY DEPT<br>30 HUDSON STREET<br>JERSEY CITY, NJ  07302 | COMMON | 53,292 | COMMON STOCK |
| GREGORY KLOOSTERMAN<br>3348 SYLVAN ROAD<br>BETHEL PARK, PA  15102 | COMMON | 181 | COMMON STOCK |
| H E LENTZ JR<br>[ADDRESS REDACTED] | COMMON | 35,198 | COMMON STOCK |
| HAROLD JOHNSON<br>121 FIELD CREST PKWY<br>YOUNGSVILLE, LA  70592 | COMMON | 3,162 | COMMON STOCK |
| HENRY BRIDGES<br>12730 ROBINS CREST DR<br>TOMBALL, TX  77377 | COMMON | 234 | COMMON STOCK |
| HILLTOP SECURITIES (0279)<br>ATTN PROXY DEPT.<br>1201 ELM STREET<br>SUITE 3500<br>DALLAS, TX  75270 | COMMON | 12,680 | COMMON STOCK |

Sheet 9 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.** _____ Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| HSBC BANK USA, NA/CLEARING (8396)<br>ATTN BARBARA SKELLY OR PROXY MGR<br>545 WASHINGTON BLVD<br>10TH FLOOR<br>JERSEY CITY, NJ  07310 | COMMON | 27,207 | COMMON STOCK |
| IGOR STELIN<br>1895 BEACON ST APT 1<br>BROOKLINE, MA  02445-4240 | COMMON | 3,811 | COMMON STOCK |
| INDUST & COMM BANK OF CHINA (0824)<br>ATTN HENRY NAPIER OR PROXY MGR<br>1633 BROADWAY, 28TH FLOOR<br>NEW YORK, NY  10019 | COMMON | 3,500 | COMMON STOCK |
| INTERACTIVE BROKERS (0534)<br>ATTN KARIN MCCARTHY OR PROXY DEPT.<br>2 PICKWICK PLAZA, 2ND FLOOR<br>GREENWICH, CT  06830 | COMMON | 758,201 | COMMON STOCK |
| J.P. MORGAN/CLEARING (0352)<br>ATTN CORPORATE ACTIONS TEAM<br>500 STANTON CHRISTIANA RD. NCC5 FL3<br>NEWARK, DE  19713 | COMMON | 119,660 | COMMON STOCK |
| JACK YUAN YI SHENG<br>1536 SPRING LAKE DR<br>KELLER, TX  76248-8908 | COMMON | 490 | COMMON STOCK |
| JAMES BEVILL<br>119 BENTWOOD CIRCLE<br>MACON, GA  31210-4000 | COMMON | 4,344 | COMMON STOCK |
| JAMES HOGAN<br>1401 MCLENDON RD<br>DUBLIN, GA  31021 | COMMON | 2,252 | COMMON STOCK |
| JAMES LUVER SMITH<br>PO BOX 744<br>CLAYTON, AL  36016-0744 | COMMON | 1,121 | COMMON STOCK |
| JAMES OSBY<br>846 BENT LEAF DR<br>DALLAS, GA  30132 | COMMON | 666 | COMMON STOCK |
| JAMIE EFURD<br>2207 SPRING LAKE PARK LANE<br>SPRING, TX  77386 | COMMON | 2,606 | COMMON STOCK |

Sheet 10 of 22  in List of Equity Security Holders

In re:   **Carbo Ceramics, Inc.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JANNEY MONTGOMERY SCOTT INC. (0374)<br>ATTN CORPORATE ACTIONS<br>1717 ARCH ST<br>17TH FL<br>PHILADELPHIA, PA  19103-1675 | COMMON | 251 | COMMON STOCK |
| JASON GOODWIN<br>1615 WEST ROSE TERRACE LANE<br>HOUSTON, TX  77055 | COMMON | 3,628 | COMMON STOCK |
| JASON TORRES<br>12503 RANCH SUMMIT<br>SAN ANTONIO, TX  78245-3178 | COMMON | 690 | COMMON STOCK |
| JEREMY CARTER<br>3941 HOLLOW LAKE RD<br>ROANOKE, TX  76262-3833 | COMMON | 433 | COMMON STOCK |
| JESSICA ESCALANTE<br>1922 BLUEWATER BAY DRIVE<br>KATY, TX  77494-6219 | COMMON | 91 | COMMON STOCK |
| JOEL LAMB<br>527 FLAT SHOAL RD<br>GRAY, GA  31032-4639 | COMMON | 2,717 | COMMON STOCK |
| JOHN CANFIELD<br>17696 COUNTY ROAD 112<br>BRISTOL, IN  46507 | COMMON | 273 | COMMON STOCK |
| JOHN DOUGLAS<br>17102 UPTON HILL DR<br>CYPRESS, TX  77433-5092 | COMMON | 5,708 | COMMON STOCK |
| JOHN KULLMAN<br>8498 EAST LIGHTENING VIEW DRIVE<br>PARKER, CO  80134-5823 | COMMON | 220 | COMMON STOCK |
| JOHN L HETTRICK<br>115 MEADOW ROAD<br>BUFFALO, NY  14216-3613 | COMMON | 150 | COMMON STOCK |
| JOSHUA VOGT<br>1204 EAST HAMPTON DR<br>STATESBORO, GA  30461 | COMMON | 214 | COMMON STOCK |

In re:  **Carbo Ceramics, Inc.** _____  Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JOY CAMPBELL<br>130 E EDITH RD<br>LAFAYETTE, LA  70508-7904 | COMMON | 2,875 | COMMON STOCK |
| JPMORGAN CHASE (0902, 1970)<br>ATTN JEFF LAZARUS OR REORG MGR NY1-C094<br>4 METROTECH CENTER - 3RD FLOOR<br>BROOKLYN, NY  11245 | COMMON | 354,998 | COMMON STOCK |
| JUDITH G KUHLMANN<br>106 GREENRIDGE AVE<br>WHITE PLAINS, NY  10605-2418 | COMMON | 150 | COMMON STOCK |
| KAHLIL BOWEN<br>445 SPYGLASS DRIVE<br>WILLOW PARK<br>BOERNE, TX  78006 | COMMON | 237 | COMMON STOCK |
| KATHRYN TUCKER<br>25627 CORONADO BLUFF<br>SAN ANTONIO, TX  78260 | COMMON | 666 | COMMON STOCK |
| KEITH LEW<br>20310 MONICA JOYCE LN<br>CYPRESS, TX  77433 | COMMON | 187 | COMMON STOCK |
| KEN SMITH<br>10207 RUSSET FIELD CT<br>HOUSTON, TX  77070-3448 | COMMON | 346 | COMMON STOCK |
| KENN JOHNSON<br>1 SANDAY RD<br>ABERDEEN  AB15 6DS<br>UNITED KINGDOM | COMMON | 3,760 | COMMON STOCK |
| KENNETH LANGEVIN<br>7519 WILLOW SCHOOL DR<br>SPRING, TX  77389-1502 | COMMON | 3,528 | COMMON STOCK |
| KEYBANK NATIONAL ASSOCIATION (2205)<br>ATTN WILLIAM WEBBER OR PROXY MGR<br>4900 TIEDEMAN ROAD<br>BROOKLYN, OH  44144 | COMMON | 1,000 | COMMON STOCK |
| KIMBERLEY EESON<br>302 CONOLY ST<br>HOUSTON, TX  77009 | COMMON | 234 | COMMON STOCK |

Sheet 12 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.** _____  Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KOKFOONG CHAN<br>10221 CENTREPARK DR<br>APT 1727<br>HOUSTON, TX  77043 | COMMON | 807 | COMMON STOCK |
| KORAS SHAH<br>25023 LENORA DRIVE<br>KATY, TX  77493 | COMMON | 978 | COMMON STOCK |
| LARRY L PERKINS<br>1613 CARRUTH LN<br>SOUTHLAKE, TX  76092-3942 | COMMON | 396 | COMMON STOCK |
| LEE REYNAUD<br>1000 BERRY ST<br>CELINA, TX  75009-1624 | COMMON | 466 | COMMON STOCK |
| LEK SECURITIES CORPORATION (0512)<br>ATTN DANIEL HANUKA OR PROXY MGR<br>1 LIBERTY PLAZA<br>52ND FLOOR<br>NEW YORK, NY  10006 | COMMON | 94,135 | COMMON STOCK |
| LPL FINANCIAL CORPORATION (0075)<br>ATTN CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL, SC  29715 | COMMON | 38,648 | COMMON STOCK |
| MARK THOMAS<br>[ADDRESS REDACTED] | COMMON | 8,296 | COMMON STOCK |
| MARLENE KAY MCGILL<br>22602 CORAINDER<br>MAGNOLIA, TX  77355 | COMMON | 10 | COMMON STOCK |
| MARSCO INVESTMENT CORP (0287)<br>ATTN KAREN JACOBSEN OR PROXY MGR<br>101 EISENHOWER PARKWAY<br>ROSELAND, NJ  07068 | COMMON | 70 | COMMON STOCK |
| MARSHALL WOLF<br>BOX 730 STATION A<br>TORONTO, ON  M5W 1G2<br>CANADA | COMMON | 1 | COMMON STOCK |
| MARTY BEACHAM<br>1310 FRED BEACHAM RD<br>ROCKLEDGE, GA  30454-1113 | COMMON | 1,000 | COMMON STOCK |

Sheet 13 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.**                                                Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MATTHEW CONWAY<br>1700 CONRIDGE DR<br>EDMOND, OK  73034-6863 | COMMON | 165 | COMMON STOCK |
| MEDIANT COMMUNICATIONS<br>STEPHANY HERNANDEZ<br>100 DEMAREST DRIVE<br>WAYNE, NJ  07470 | COMMON | 88,142 | COMMON STOCK |
| MICHAEL ERICKSON<br>PO BOX 1189<br>EVANSTON, WY  82931-1189 | COMMON | 39 | COMMON STOCK |
| MICHAEL MAROTZ<br>25939 RAVENSIDE DR<br>KATY, TX  77494 | COMMON | 2,161 | COMMON STOCK |
| MICHAEL STOCK<br>1139 DETROIT ST<br>DENVER, CO  80206-3327 | COMMON | 693 | COMMON STOCK |
| MIKE SHADE<br>15003 QUINCE CT<br>THORNTON, CO  80602 | COMMON | 5,534 | COMMON STOCK |
| MINJUNG CHO<br>24714 TOP MARK<br>KATY, TX  77494 | COMMON | 187 | COMMON STOCK |
| MIZUHO TRUST & BANKING CO (2888)<br>ATTN ROBERT KOWALEWSKI OR PROXY MGR<br>666 FIFTH AVENUE<br>NEW YORK, NY  10103 | COMMON | 500 | COMMON STOCK |
| MORGAN STANLEY (0015, 0050, 7309)<br>ATTN MS PROXY DEPARTMENT<br>1300 THAMES STREET WHARF<br>BALTIMORE, MD  21231 | COMMON | 870,134 | COMMON STOCK |
| NATHANIEL S RUBIN EX<br>EST ROBERT S RUBIN<br>15 CLARK ST # 3A<br>BROOKLYN, NY  11201 | COMMON | 22,200 | COMMON STOCK |

In re:   **Carbo Ceramics, Inc.** _____   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NATIONAL FINANCIAL SVCS. (0226)<br>ATTN SEAN COLE OR PROXY DEPT.<br>NEWPORT OFFICE CENTER III<br>499 WASHINGTON BOULEVARD<br>JERSEY CITY, NJ  07310 | COMMON | 2,355,073 | COMMON STOCK |
| NBCN INC. /CDS (5008)<br>ATTN DANIEL NTAP OR PROXY MGR<br>1010 RUE DE LA GAUCHETIERE ST. WEST<br>SUITE 1925<br>MONTREAL, QC  H3B 5J2<br>CANADA | COMMON | 24,945 | COMMON STOCK |
| NHAN NGUYEN<br>4807 BELLAIRE BLVD<br>BELLAIRE, TX  77401 | COMMON | 469 | COMMON STOCK |
| NICOLAS LOPEZ<br>27530 LLANO MEADOWS LN<br>FULSHEAR, TX  77441 | COMMON | 3,009 | COMMON STOCK |
| NICOLE STARR<br>8421 MORITZ GREEN<br>HOUSTON, TX  77055 | COMMON | 1,593 | COMMON STOCK |
| NIJAT GULIYEV<br>21803 BENT ARBOR<br>KATY, TX  77450 | COMMON | 229 | COMMON STOCK |
| NORTHERN TRUST COMPANY, THE (2669)<br>ATTN ANDREW LUSSEN OR PROXY MGR<br>801 S. CANAL STREET<br>ATTN: CAPITAL STRUCTURES-C1N<br>CHICAGO, IL  60607 | COMMON | 9,988 | COMMON STOCK |
| OLATUNJI OREKHA<br>12 PLUMAS DR<br>DURHAM, NC  27705-6196 | COMMON | 459 | COMMON STOCK |
| OMAR HINOJOS<br>1508 CANAAN RD<br>ANDREWS, TX  79714 | COMMON | 30 | COMMON STOCK |
| OPPENHEIMER & CO. INC. (0571)<br>ATTN COLIN SANDY OR PROXY MGR<br>85 BROAD STREET, 4TH FLOOR<br>NEW YORK, NY  10004 | COMMON | 9,714 | COMMON STOCK |

Sheet 15 of 22  in List of Equity Security Holders

In re: __Carbo Ceramics, Inc._____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| PAUL HOWARD<br>[ADDRESS REDACTED] | COMMON | 6,298 | COMMON STOCK |
| PERSHING (0443)<br>ATTN JOSEPH LAVARA OR PROXY DEPT.<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ  07399 | COMMON | 332,569 | COMMON STOCK |
| PNC BANK, NA (2616)<br>ATTN EILEEN BLAKE OR PROXY MGR<br>8800 TINICUM BLVDT<br>MS F6-F266-02-2<br>PHILADELPHIA, PA  19153 | COMMON | 3,445 | COMMON STOCK |
| PRAGNYA MARUWADA<br>2501 CIMMARON DR<br>PLANO, TX  75025 | COMMON | 190 | COMMON STOCK |
| QIANMEI ZHANG<br>24802 COBBLE CANYON LANE<br>KATY, TX  77494 | COMMON | 757 | COMMON STOCK |
| QUESTRADE INC./CDS (5084)<br>ATTN AL NANJI OR PROXY MGR<br>5650 YONGE STREET<br>TORONTO, ON  M2M 4G3<br>CANADA | COMMON | 49,928 | COMMON STOCK |
| RANDY L LIMBACHER<br>[ADDRESS REDACTED] | COMMON | 39,190 | COMMON STOCK |
| RAYMOND JAMES & ASSOCIATES (0725)<br>ATTN ROBERTA GREEN OR PROXY MGR<br>880 CARILION PARKWAY<br>TOWER 2, 4TH FLOOR<br>ST. PETERSBURG, FL  33716 | COMMON | 92,571 | COMMON STOCK |
| RBC CAPITAL MARKETS CORP (0235)<br>ATTN STEVE SCHAFER OR PROXY MGR<br>60 S 6TH ST - P09<br>MINNEAPOLIS, MN  55402-1106 | COMMON | 708,813 | COMMON STOCK |
| RBC DOMINION /CDS (5002)<br>ATTN PROXY MGR<br>2 BLOOR STREET E # 2300<br>TORONTO, ON  M4W 1A8<br>CANADA | COMMON | 154,693 | COMMON STOCK |

Sheet 16 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| RELIANCE TRUST CO (2042, 5409) ATTN TONIE MONTGOMERY 1100 ABERNATHY ROAD SUITE 400 ATLANTA, GA  30328 | COMMON | 9,600 | COMMON STOCK |
| RICARDO SANTANDER 2003 RED WREN CIR KATY, TX  77494 | COMMON | 3,134 | COMMON STOCK |
| RICHARD ALLEN 115 HICKORY HOLLOW EATONTON, GA  31024-7405 | COMMON | 1,245 | COMMON STOCK |
| RICHARD DAVIS 6351 PRAIRIE BRUSH TRL ARGYLE, TX  76226-1835 | COMMON | 333 | COMMON STOCK |
| RICHARD LABUTKA 3251 34TH AVE N SAINT PETERSBURG, FL  33713-1524 | COMMON | 142 | COMMON STOCK |
| RICHARD THURSTON 404 FENCELINE DR ARGYLE, TX  76226-1263 | COMMON | 3,330 | COMMON STOCK |
| ROBERT DUENCKEL 13872 WINDY OAKS RD COLORADO SPRINGS, CO  80921-2917 | COMMON | 1,172 | COMMON STOCK |
| ROBERT W. BAIRD & CO. INC. (0547) ATTN JAN SUDFELD OR PROXY MGR 777 E. WISCONSIN AVENUE 19TH FLOOR MILWAUKEE, WI  53202 | COMMON | 36,647 | COMMON STOCK |
| ROBERT WILLETTE [ADDRESS REDACTED] | COMMON | 11,689 | COMMON STOCK |
| SAAD ULABY 3423 CREEKSTONE DR SUGAR LAND, TX  77479-2419 | COMMON | 6,673 | COMMON STOCK |
| SAMUEL E JOHNSON TR 06/02/97 THE JOHNSON REVOCABLE TRUST BOX 271 YUBA CITY, CA  95992-0271 | COMMON | 1 | COMMON STOCK |

Sheet 17 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.**                                          Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SCOTIA CAPITAL /CDS (5011) ATTN EVELYN PANDE OR PROXY DEPT. SCOTIA PLAZA 40 KING STREET W, 23RD FL TORONTO, ON  M5H 1H1 CANADA | COMMON | 41,333 | COMMON STOCK |
| SCOTT BERRY 5050 WESTWAY PARK BLVD STE 150 HOUSTON, TX  77041-2018 | COMMON | 514 | COMMON STOCK |
| SEI PRIVATE TRUST COMPANY (2663) ATTN ERIC GREENE OR PROXY MGR ONE FREEDOM VALLEY DRIVE OAKS, PA  19456 | COMMON | 3,000 | COMMON STOCK |
| SG AMERICAS SECURITIES, LLC (0286) ATTN PAUL MITSAKOS OR PROXY MGR 1221 AVENUE OF THE AMERICAS NEW YORK, NY  10020 | COMMON | 26,249 | COMMON STOCK |
| SHANE HEBERT 1636 LA HWY 83 FRANKLIN, LA  70538 | COMMON | 790 | COMMON STOCK |
| SHANNON CLARKSON [ADDRESS REDACTED] | COMMON | 9,049 | COMMON STOCK |
| SHELLY ROSEN 602 ELLINGHAM DR KATY, TX  77450 | COMMON | 234 | COMMON STOCK |
| SIGMUND L CORNELIUS [ADDRESS REDACTED] | COMMON | 7,500 | COMMON STOCK |
| SOUVIK MUKHERJEE 27018 DOWNING PARK BLVD KATY, TX  77494 | COMMON | 192 | COMMON STOCK |
| SPENCER STONE 33018 THOUSAND OAKS BLVD MAGNOLIA, TX  77354 | COMMON | 206 | COMMON STOCK |
| STANFORD RICKERT 41 S PONY MEADOWS DR WICHITA, KS  67232-9214 | COMMON | 606 | COMMON STOCK |

Sheet 18 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| STANISLAV SHELUDKO<br>28727 PRIMROSE BLUFF DR<br>KATY, TX  77494 | COMMON | 1,788 | COMMON STOCK |
| STATE STREET (0997, 2399)<br>ATTN PROXY DEPARTMENT<br>1776 HERITAGE DRIVE<br>NORTH QUINCY, MA  02171 | COMMON | 200,302 | COMMON STOCK |
| STEPHEN LOVE<br>[ADDRESS REDACTED] | COMMON | 26,643 | COMMON STOCK |
| STEVEN HOWE<br>4328 AHWICK GRN<br>HILLIARD, OH  43026-7582 | COMMON | 30 | COMMON STOCK |
| STEVEN MANIER<br>POBOX 147 W5601 PINE VIEW RD<br>NEILLSVILLE, WI  54456-0147 | COMMON | 3,964 | COMMON STOCK |
| STIFEL NICOLAUS & CO. (0793)<br>ATTN CHRIS WIEGAND OR PROXY DEPT.<br>C/O MEDIANT COMMUNCATIONS<br>501 N. BROADWAY<br>ST. LOUIS, MO  63102 | COMMON | 339,491 | COMMON STOCK |
| STOCKCROSS FINANCIAL (0445)<br>ATTN DIANE TOBEY OR PROXY MGR<br>77 SUMMER STREET<br>BOSTON, MA  02210 | COMMON | 10,800 | COMMON STOCK |
| SUMITOMO TRUST & BANKING (2779)<br>ATTN BETH MUELLER OR PROXY MGR<br>527 MADISON AVENUE<br>NEW YORK, NY  10022 | COMMON | 200 | COMMON STOCK |
| T MICHAEL MORRIS &<br>LINDA W MORRIS JT TEN<br>PO BOX 644<br>ISLE OF PALMS, SC  29451-0644 | COMMON | 50 | COMMON STOCK |
| TARLOCHAN SINGH<br>1106 MOONMIST LANE<br>BAKERSFIELD, CA  93311-3530 | COMMON | 400 | COMMON STOCK |

In re:  **Carbo Ceramics, Inc.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| TD AMERITRADE CLEARING, INC. (0188) ATTN MANDI FOSTER OR PROXY MGR 1005 AMERITRADE PLACE BELLEVUE, NE  68005 | COMMON | 3,082,403 | COMMON STOCK |
| TD WATERHOUSE CANADA INC. /CDS (5036) ATTN YOUSUF AHMED OR PROXY MGR 77 BLOOR STREET WEST 3RD FLOOR TORONTO, ON  M4Y 2T1 CANADA | COMMON | 293,409 | COMMON STOCK |
| TERRY KIKER 5512 SUNDANCE COURT MIDLAND, TX  79707 | COMMON | 346 | COMMON STOCK |
| TERRY PALISCH 3103 WYNDHAM LANE RICHARDSON, TX  75082-3133 | COMMON | 13,091 | COMMON STOCK |
| THU LIENG 20926 FLOWER CROFT CT RICHMOND, TX  77407-4488 | COMMON | 3,051 | COMMON STOCK |
| TIMOTHY A KRIEGSHAUSER 1335 BENT TRAIL CR SOUTHLAKE, TX  76092-9415 | COMMON | 3,961 | COMMON STOCK |
| TODD ROPER 25606 LUNA VISTA LN KATY, TX  77494-4088 | COMMON | 3,187 | COMMON STOCK |
| TRADESTATION SECURITIES (0271) ATTN CORPORATE ACTIONS 8050 SW 10TH STREET, STE 2000 PLANTATION, FL  33324 | COMMON | 31,717 | COMMON STOCK |
| U.S. BANK N.A. (2803) ATTN PAUL KUXHAUS OR PROXY MGR 1555 N. RIVER CENTER DRIVE SUITE 302 MILWAUKEE, WI  53212 | COMMON | 288 | COMMON STOCK |
| UBS FINANCIAL SERVICES LLC (0221) ATTN PROXY DEPARTMENT - JANE FLOOD 1000 HARBOR BLVD WEEHAWKEN, NJ  07086 | COMMON | 162,357 | COMMON STOCK |

Sheet 20 of 22  in List of Equity Security Holders

In re:  **Carbo Ceramics, Inc.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| UBS SECURITIES LLC (0642)<br>ATTN MICHAEL HALLET OR PROXY MGR<br>PROXY DEPARTMENT<br>315 DEADRICK STREET<br>NASHVILLE, TN  37238 | COMMON | 19,700 | COMMON STOCK |
| VANGUARD MARKETING CORP (0062)<br>ATTN BEN BEGUIN OR PROXY MGR<br>14321 N. NORTHSIGHT BOULEVARD<br>SCOTTSDALE, AZ  85260 | COMMON | 708,693 | COMMON STOCK |
| VIRTU AM (0295)<br>ATTN JANICA BRINK OR PROXY MGR<br>300 VESEY STREET<br>NEW YORK, NY  10282 | COMMON | 10,542 | COMMON STOCK |
| VISION FINANCIAL MARKETS LLC (0595)<br>ATTN OPS DEPT<br>120 LONG RIDGE ROAD, 3 NORTH<br>STAMFORD, CT  06902 | COMMON | 1,415 | COMMON STOCK |
| WADHAH AL-TAILJI<br>27314 N SADDLE CREEK LN<br>FULSHEAR, TX  77441-1110 | COMMON | 7,310 | COMMON STOCK |
| WEDBUSH (0103, 8199)<br>ATTN ALAN FERREIRA OR PROXY MGR<br>1000 WILSHIRE BLVD., SUITE #850<br>LOS ANGELES, CA  90030 | COMMON | 2,286 | COMMON STOCK |
| WELLS FARGO CLEARING SERVICES LLC (0141)<br>ATTN PROXY DEPARTMENT<br>H0006-08N<br>2801 MARKET STREET<br>ST. LOUIS, MO  63103 | COMMON | 881,052 | COMMON STOCK |
| WELLS FARGO SECURITIES, LLC (0250)<br>ATTN SCOTT NELLIS OR PROXY MGR<br>CORP ACTIONS - MAC D109-010<br>1525 WEST W.T. HARRIS BLVD, 1B1<br>CHARLOTTE, NC  28262 | COMMON | 66 | COMMON STOCK |
| WILLIAM BISHOP<br>160 SPRING RUN ROAD<br>DECATUR, TX  76234 | COMMON | 433 | COMMON STOCK |

In re:  **Carbo Ceramics, Inc.**                                    Case No. _____
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| WILLIAM C MORRIS<br>[ADDRESS REDACTED] | COMMON | 2,708,859 | COMMON STOCK |
| WILLIAM POPE<br>538 BLUFF VIEW DR<br>RINGGOLD, GA  30736-2562 | COMMON | 79 | COMMON STOCK |

Fill in this information to identify the case and this filing:

Debtor Name   CARBO Ceramics Inc.

United States Bankruptcy Court for the:   Southern   District of   Texas
(State)

Case number (if known):   20-

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule _____

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑   Other document that requires a declaration   List of Equity Security Holders and Corporate Ownership Statements

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 29 / 2020          ✗ _____
MM / DD / YYYY                            Signature of individual signing on behalf of debtor

Ernesto Bautista III
Printed name

Vice President & Chief Financial Officer
Position or relationship to debtor