United States Courts
Southern District of Texas
FILED

*April 15, 2020*

David J. Bradley, Clerk of Court

| | |
|---|---|
| From: | Aaron Miller |
| To: | TXSDdb_Houston_Operation |
| Subject: | Carbo Ceramics Case No. 20-31973 |
| Date: | Wednesday, April 15, 2020 9:39:04 AM |
| Attachments: | AMCap Letter CRR-BK 2.pdf |

Hi-Below is what I plan on telling the courts & Judge Isgur on April 23, 2020.  Can you please forward to Judge Isgur in case I have technical difficulties logging in on April 23?

Your Honor:

Thanks for giving me this opportunity to speak.  I'm a shareholder that thinks that this bankruptcy filing is illegitimate, being done at the expense of shareholders & for benefit the Wilks Brothers LLC & Carbo Ceramics management team.  For the following reasons:

The most recent 10K filing Carbo Ceramics issued showed approximately $50 million in cash & 14 million tons of kaolin  that sells on the open market for approximately $150 per ton(that's $2.1 billion in revenues) .  Carbo Ceramics 10K filing prior to this showed that they had 19 million tons of kaolin.  Where did the 5 million tons go?

Carbo Ceramics also has many plants, mines, & materials that are valuable assets

Carbo Ceramics isn't in violation of any of their debt agreements & have no debt due for almost two years

The primary reason Wilks Brothers LLC wants to take Carbo Ceramics into chapter 11 is for one of several reasons:

A. They eliminate all the shareholders so they can run company private & than in the future take public
B. Sell off individual plants & materials such as the kaolin & pocket all the money without shareholders participating
C. Sell the entire company & profit without shareholders participating

Either of these scenarios the Wilks Brother LLC & Carbo Ceramics management team benefits at the shareholders expense

Your honor I'm hopeful the courts will make sure an equity committee gets formed to protect the interest of shareholders without the Wilks Brothers LLC being able to be on it.  Furthermore your honor I'm hopeful you will not approve Carbo Ceramics bankruptcy & if you do please consider making it a chapter 7 not chapter 11 bankruptcy so in that case shareholders will receive something because the way it stands now the Wilks Brothers & Carbo Ceramics current management team are trying to steal the company profit for themselves at the shareholders expense.  Thanks for your time & consideration.

From the desk of...
Mr. Aaron Miller, President
AM Capital

2 N. LaSalle Street, Suite 1800
Chicago, IL 60602
P: 312-884-0338
F: 312-263-1329
M: 312-286-8651
E: Aaron@am-capital.com