

ENTERED
04/24/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.: 4:20-bk-31973 (MI) |
| | § | |
| CARBO CERAMICS, INC., *et al.*, | § | Chapter 11 |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | (Emergency Hearing Requested) |

**AGREED ORDER GRANTING THE CITY OF MILLEN, GEORGIA AND PLANTERS ELECTRIC MEMBERSHIP CORPORATION'S EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY TO GIVE NOTICE OF DEFAULT AND ACCELERATION AND TO DEMAND PAYMENT UNDER THE LETTERS OF CREDIT**

Upon the motion (the "Motion")[1] filed by The City of Millen, Georgia and Planters Electric Membership Corporation (collectively, the "Note Holders") for entry of an order granting relief from the automatic stay provided in section 362(a) of the United States Bankruptcy Code to provide Debtor, CARBO Ceramics, Inc. ("CARBO") with written notice declaring the entire unpaid principal balance and all accrued interest on the Promissory Notes immediately due and payable for the purpose of demanding payment under the terms of the Letters of Credit, and upon consideration of the agreement between the Note Holders and CARBO, the Court finds the Motion meritorious and that cause exists to grant relief requested as set forth below:

IT IS, THEREFORE, ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is hereby modified to permit the Note Holders to provide CARBO written notice, substantially in the form attached to the Motion as Exhibit B, declaring the entire unpaid principal balance and all accrued interest on the Promissory Notes immediately due and payable solely for the purpose of demanding payment under the terms of the Letters of Credit.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

IT IS, FURTHER, ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to permit the Note Holders to make demand for payment on JPMorgan Chase Bank, N.A. (the "Bank") under the Letters of Credit, and to take any necessary legal action against the Bank to pursue collection of the Letters of Credit.

Signed: April 24, 2020

Marvin Isgur
United States Bankruptcy Judge

**AGREED AS FORM AND SUBSTANCE:**

**OKIN & ADAMS, LLP**

By: /s/ *Matthew Scott Okin*
    Matthew Scott Okin
    State Bar No. 00784695
    Johnie A Maraist
    State Bar No. 24109505
    1113 Vine Street, Suite 240
    Houston, TX 77002
    713-228-4100
    888-865-2118 (fax)
    Email: mokin@okinadams.com;
    jmaraist@okinadams.com

**COUNSEL FOR DEBTOR, CARBO CERAMICS, INC.**

AND

**BAKER & HOSTETLER, LLP**

By: /s/ *Douglas D. D'Arche*
    Douglas D. D'Arche
    State Bar No. 00793582
    Bradley K. Jones
    State Bar No. 24060041
    811 Main St., Suite 1100
    Houston, Texas 77002
    Telephone: (713) 751-1600
    Facsimile: (713) 751-1717
    Email: ddarche@bakerlaw.com;
    bkjones@bakerlaw.com

**COUNSEL FOR THE CITY OF MILLEN, GEORGIA AND PLANTERS ELECTRIC MEMBERSHIP CORPORATION**