United States Courts
Southern District of Texas
FILED

*May 07, 2020*

David J. Bradley, Clerk of Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-31973 |
| | § | |
| **CARBO CERAMICS INC.,** *et al.*, | § | Chapter 11 |
| Debtors[1] | § | |

### MOTION TO APPOINT AN OFFICIAL COMMITTEE OF EQUITY HOLDERS

To the Honorable Judge Marvin Isgur:

My name is Nathan Smart, I own 91,000 shares of Carbo Ceramics. I hereby move this Court, pursuant to 11 U.S.C. §1102(a)(2) to the appointment of an official committee of equity holders (an "Equity Committee" ). The grounds for this Motion are as follows:

### Grounds for Equity Committee

1.       Focused herein are irregularities in accounting valuations in Net Property, Plant and Equipment (collectively "Real Property" ). As well as begging the question to the fittedness of current management.

2.       The Consolidated Balance Sheet of both: the most recent 10-Q filing on September 30, 2019[2], and the "Pre-Reorg" June 30, 2020 Financial Information[3], the Debtors' Real Property before Bankruptcy filing, is valued at $240,561,000, and after filing, $66,168,000, respectively. If stakeholders are assumed to ignore the missing $174 million in Real Property, it is then curious how markedly similar the above $66 million Debtor valuation is to the $65 million lien, owed to the Wilks Brothers[4].

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: CARBO Ceramics Inc. (0013); StrataGen, Inc. (5205); and Asset Guard Products Inc. (6422). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 575 N. Dairy Ashford Road, Suite 300, Houston, Texas 77079.
[2] Exhibit A: SEC Filing (10-Q) from the SEC Edgar Database: September 30, 2019
[3] Exhibit B: [Docket 161] Pre-Reorg Consolidated Balance Sheet
[4] Exhibit D: Wilks Loan

3.      Further, in the Liquidation Analysis[5], the Debtors' purported "Net Book Value of Assets as of June 30, 2020", Real Property is valued at $56,700,000 on a consolidated basis. It is then – under the added assumption that an additional $9,468,000 has eroded from the estate – the Liquidation Analysis proceeds.

4.      From the Debtors' Chapter 7 recovery scenarios[6], we are led to believe the Real Property recovery to be somewhere between $6 million and $12 million. A 95-97% discount from the most recent 10-Q Real Property[7]. If stakeholders were to subscribe to such drastic assumptions: using the mid-recovery scenario would be tantamount to paying $9 million for 3,426 acres of land – or $2,627 per acre - while receiving, free of charge:

> machinery, mineral rights, computer hardware and software, and vehicles located at or near the Debtors' owned and leased properties. These properties include manufacturing facilities at McIntyre, Georgia; Toomsboro, Georgia; Eufaula, Alabama; New Iberia, Louisiana; and Decatur, Texas. Additional locations include the Company's leased corporate office and technology center; owned and leased North American distribution centers; an office building in New Iberia, Louisiana; and a sand plant in Marshfield, Wisconsin.[8]

The Debtors' analysis is predicated on an already discounted valuation.

5.      Disclosed in the Bankruptcy filing, the Debtor "owns approximately 2,957 acres of land and mineral leasehold interests near its plants in Georgia and Alabama"[9]. According to Tax Assessor's available data, inclusive of the Wilkinson County Development Authority (or "Wilkinson Lease" ) as noted in Exhibit N[10], the Debtor owns 2,111 acres in Georgia and Alabama. County assessors sources in Exhibit E[11] & Exhibit J[12]. Based on publicly available data, keeping

---

[5] Exhibit F: [Docket 161] Liquidation Analysis
[6] Exhibit F: [Docket 161] Liquidation Analysis – High and Low Scenarios
[7] Exhibit A: SEC Filing (10-Q) from the SEC Edgar Database: September 30, 2019
[8] Exhibit F: [Docket 161] Liquidation Analysis Pg. 11 "**G**" ¶ 1 – Defining Property, Plant & Equipment
[9] Exhibit I: [Docket 6] Acres in Georgia / Alabama & Nominal Wilkinson Lease
[10] Exhibit N: Public County Tax Assessor Records in Aggregate
[11] Exhibit E: Georgia Assessed Properties
[12] Exhibit J: Alabama Assessed Properties

in mind 800 acres is missing, the aggregate value the Debtors' Georgia and Alabama property is $40,613,654.

6.      In New Iberia Parish, Louisiana, commercial property is assessed at 10-15% fair market value ("FMV")[13]. According to the New Iberia Assessment data, the FMV for the Debtors' property is $62,073,187[14]. Conversely, the Debtors' "Schedule A/B: Assets" book value for the New Iberia properties is $1,667,707[15], a discount of 97%. The Debtors have valued the plants at 3% of the FMV.

7.      With the bleak appraisal the Debtors assert, it is further concerning to know, in the twelve calendar months prior to filing bankruptcy, the Debtors' management team received a total compensation of $5,521,707, including a payment to a direct relation to the Wilks Brothers.[16]

8.      According to the Debtors' Real Property, Schedule 5.9(d)[17], property information contradicts county records, such as addresses referring to Wilkinson County, Georgia, and New Iberia Parish, Louisiana.[18] [19] Rendering further due diligence as moot.

9.      Without an Equity Committee, shareholders are bereft of resources to address remaining concerns. For example: the potential future of patents[20], and uses of kaolin outside of the energy sector[21]. It is my belief that the above irregularities are representative of a management

---

[13] Exhibit L: New Iberia Parish Assessment Metrics
[14] Exhibit M: New Iberia Parish Assessed Properties
[15] Exhibit H: [Docket 197] Carbo Ceramics Schedule A/B Real Property
[16] Exhibit K: [Docket 200] Prior to Ch11 - Payments to Management
[17] Exhibit C: [Docket 8] Schedule Real Property List
[18] Exhibit E: Georgia Discoverable Properties
[19] Exhibit M: New Iberia Parish Assessed Properties
[20] Patent No. 10,584,278 – "Proppant having amphiphobic coatings and methods for making and using same"
[21] Daniel J. Gardner, *A Study of Mineral Impurities within the Georgia Kaolins,* 2016, Thesis, Georgia State University, https://scholarworks.gsu.edu/geosciences_theses/101/

team - whom emphatically cite troubled times[22] [23] [24] [25] [26] and portend to walk away from their own shares of equity[27] [28] - have exchanged their company for job security.

10.    In summary, The Debtors' management team has drastically undervalued their Real Property, decimating equity. Misguided by erroneous valuations, strained by the above-mentioned troubled times and an accelerated bidding process[29], third party suitors were given little chance to outbid the Wilks Brothers. Shareholders stand to receive nothing.

11.    Barring a concern to investigate the management team's foregoing job security under the Wilks; the erosion of hundreds of millions of dollars of total assets is enough to warrant an Equity Committee.  I implore the court to look out for the best interest of the equity holders by way of appointing an Equity Committee. Bringing to light the Debtors' various Real Property values in Wisconsin, Wyoming, North Dakota, Texas and Canada would be a great start.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Nathan Smart
522 Isabel Dr.
Martinez, CA 94553

---

[22] See Docket No. 6 ¶ 60
[23] See Docket No. 7 ¶ 17
[24] See Docket No. 20-1 Pg. 20 ¶ 3
[25] See Docket No. 161 Pg. 6 A.3.
[26] See Docket No. 229 ¶ 4
[27] See Docket No. 1 Pg. 33
[28] See Docket No. 55
[29] See Docket No. 7

## EXHIBITS:

Exhibit A: SEC Filing (10-Q) from the SEC Edgar Database: September 30, 2019 ...................... 6
Exhibit B: [Docket 161] Pre-Reorg Consolidated Balance Sheet.................................................... 8
Exhibit C: [Docket 8] Schedule Real Property List ...................................................................... 10
Exhibit D: Wilks Loan - SECOND AMENDMENT TO AMENDED AND RESTATED CREDIT
AGREEMENT AND JOINDER.......................................................................................................... 12
Exhibit E: Georgia Assessed Properties........................................................................................ 26
Exhibit F: [Docket 161] Liquidation Analysis.............................................................................. 56
Exhibit G: SEC Filing (10-K) from the SEC Edgar Database: December 31, 2018 ................... 61
Exhibit H: [Docket 197] Carbo Ceramics Schedule A/B Real Property ..................................... 62
Exhibit I: [Docket 6] Acres in Georgia / Alabama & Nominal Wilkinson Lease ....................... 65
Exhibit J: Alabama Assessed Properties........................................................................................ 67
Exhibit K: [Docket 200] Prior to Ch11 - Payments to Management ........................................... 74
Exhibit L: New Iberia Parish Assessment Metrics ....................................................................... 77
Exhibit M: New Iberia Parish Assessed Properties ...................................................................... 81
Exhibit N: Public County Tax Assessor Records in Aggregate.................................................. 102

## Exhibit A: SEC Filing (10-Q) from the SEC Edgar Database: September 30, 2019

Consolidated Balance Sheet

PART I.  FINANCIAL INFORMATION

ITEM 1.    FINANCIAL STATEMENTS

## CARBO CERAMICS INC.

## CONSOLIDATED BALANCE SHEETS

(\$ in thousands, except per share data)

| | September 30, 2019 | December 31, 2018 |
|---|---|---|
| | (Unaudited) | (Note 1) |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 39,865 | $ 72,752 |
| Restricted cash | 1,200 | 1,725 |
| Trade accounts and other receivables, net | 21,912 | 35,693 |
| Inventories: | | |
| Finished goods | 36,200 | 41,422 |
| Raw materials and supplies | 21,087 | 22,592 |
| Total inventories | 57,287 | 64,014 |
| Prepaid expenses and other current assets | 4,985 | 4,754 |
| Income tax receivable | 3,138 | 2,319 |
| Total current assets | 128,387 | 181,257 |
| Restricted cash | 9,159 | 8,840 |
| Property, plant and equipment: | | |
| Land and land improvements | 36,816 | 39,584 |
| Land-use and mineral rights | 19,523 | 19,696 |
| Buildings | 75,743 | 75,815 |
| Machinery and equipment | 416,369 | 432,906 |
| Construction in progress | 27,116 | 29,129 |
| Total property, plant and equipment | 575,567 | 597,130 |
| Less accumulated depreciation and amortization | 335,006 | 323,511 |
| Net property, plant and equipment | 240,561 | 273,619 |
| Goodwill | 3,500 | 3,500 |
| Operating lease right-of-use assets | 45,241 | — |
| Intangible and other assets, net | 11,799 | 7,150 |
| Total assets | $ 438,647 | $ 474,366 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 11,233 | $ 12,174 |
| Accrued payroll and benefits | 4,699 | 6,950 |
| Accrued freight | 2,728 | 2,434 |
| Accrued utilities | 751 | 1,012 |
| Other accrued expenses | 15,224 | 14,020 |
| Notes payable, related parties | — | 27,040 |
| Long-term debt, current portion | — | 15,733 |
| Operating lease liabilities | 11,522 | — |
| Other current liabilities | 2,181 | 1,192 |
| Total current liabilities | 48,338 | 80,555 |
| Deferred income taxes | 1,220 | 1,114 |
| Long-term debt, net | 62,236 | 45,650 |
| Noncurrent operating lease liabilities | 45,916 | — |
| Other long-term liabilities | 3,686 | 10,764 |
| Shareholders' equity: | | |
| Preferred stock, par value \$0.01 per share, 5,000 shares authorized, none outstanding | — | — |
| Common stock, par value \$0.01 per share, 80,000,000 shares authorized; 29,369,707 and 27,710,861 shares issued and outstanding at September 30, 2019 and December 31, 2018, respectively | 294 | 277 |
| Additional paid-in capital | 138,936 | 132,080 |
| Retained earnings | 138,021 | 203,926 |
| Total shareholders' equity | 277,251 | 336,283 |
| Total liabilities and shareholders' equity | $ 438,647 | $ 474,366 |

The accompanying notes are an integral part of these statements.

3

**Exhibit B: [Docket 161] Pre-Reorg Consolidated Balance Sheet**

**CONSOLIDATED BALANCE SHEET**

| ($000s) | Pre-Reorg 6/30/2020 | Adjustment | Post-Transaction | 12/31/2020 | 12/31/2021 | 12/31/2022 | 12/31/2023 |
|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | |
| Cash & Cash Equivalents | $8,844 | ($4,631) | $4,213 | $5,000 | $5,000 | $5,000 | $9,377 |
| Accounts Receivable | 20,704 | - | 20,704 | 12,670 | 13,302 | 14,256 | 15,069 |
| Inventory | 39,968 | - | 39,968 | 36,886 | 37,038 | 37,189 | 37,341 |
| Prepaid Expenses | 7,304 | - | 7,304 | 7,304 | 7,304 | 7,304 | 7,304 |
| Prepaid Income Taxes | 3,116 | (3,116) | - | - | - | - | - |
| Total Current Assets | $79,936 | ($7,747) | $72,189 | $61,860 | $62,644 | $63,749 | $69,091 |
| **Non-Current Assets** | | | | | | | |
| Restricted Cash | $9,729 | ($9,729) | $0 | $0 | $0 | $0 | $0 |
| Net Property, Plant, & Equipment | 66,168 | - | 66,168 | 64,229 | 60,352 | 56,476 | 52,599 |
| Operating Lease ROU Assets | 8,750 | - | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 |
| Intangible and Other Assets (net) | 7,429 | - | 7,429 | 7,429 | 7,429 | 7,429 | 7,429 |
| Total Noncurrent Assets | $92,076 | ($9,729) | $82,347 | $80,408 | $76,531 | $72,655 | $68,778 |
| Total Assets | $172,011 | ($17,476) | $154,535 | $142,269 | $139,175 | $136,404 | $137,869 |
| **Current Liabilities** | | | | | | | |
| Accounts Payable | $1,427 | $0 | $1,427 | $1,605 | $1,468 | $1,530 | $1,579 |
| Short-Term Notes Payable | 4,303 | - | 4,303 | 4,303 | 4,303 | 4,303 | 4,303 |
| Accrued Liabilities | 17,739 | - | 17,739 | 16,073 | 16,073 | 16,073 | 16,073 |
| Short-Term Lease Liability / Other | 49,908 | (49,908) | - | - | - | - | - |
| Long-Term Debt, Current Portion | 62,761 | (62,761) | - | - | - | - | - |
| Total Current Liabilities | $136,138 | ($112,669) | $23,469 | $21,982 | $21,844 | $21,906 | $21,955 |
| **Noncurrent Liabilities** | | | | | | | |
| Deferred Income Taxes | $238 | $0 | $238 | $238 | $238 | $238 | $238 |
| Long-Term Debt, Net | 15,000 | 500 | 15,500 | 6,897 | 5,618 | 1,881 | - |
| Total Noncurrent Liabilities | $15,238 | $500 | $15,738 | $7,135 | $5,856 | $2,119 | $238 |
| Total Liabilities | $151,376 | ($112,169) | $39,207 | $29,117 | $27,700 | $24,025 | $22,193 |
| Total Stockholders' Equity | $20,635 | $94,693 | $115,329 | $113,152 | $111,475 | $112,379 | $115,676 |
| Total Liabilities and Stockholders' Equity | $172,011 | ($17,476) | $154,535 | $142,269 | $139,175 | $136,404 | $137,869 |

**Exhibit C: [Docket 8] Schedule Real Property List**

**SCHEDULE 5.9(d)**

<u>Real Property</u>

| Type | Address | City | State | Zip |
|------|---------|------|-------|-----|
| Plant | 1800 Dent Rd | Toomsboro | GA | 31090 |
| Plant | 2301 East 4th Street | Marshfield | WI | 54449 |
| Plant | 2295 Wrigley Road | McIntyre | GA | 31054 |
| Plant | 36 Arch Drive | Eufaula | AL | 36027 |
| Plant | 4801 Industrial Drive | New Iberia | LA | 70560 |
| Office/Manufacturing Facility | 2242 East Hwy 380 | Decatur | TX | 76234 |
| Minerals Sand – Helgerson | 9240 County Road V | Marshfield | WI | 54449 |
| Minerals Sand - Hansen | 11575 MacArthur Drive | Marshfield | WI | 54449 |
| Minerals Sublease - Kaolin Allen North | | Wilkinson County | GA | |
| Minerals owned Kaolin Brannan | | Wilkinson County | GA | |
| Minerals owned Kaolin Kellam | | Wilkinson County | GA | |
| Minerals owned Kaolin CE Dent | | Wilkinson County | GA | |
| Minerals owned Kaolin CBrick | | Wilkinson County | GA | |
| Minerals Sublease Kaolin F Wall | | Wilkinson County | GA | |
| Minerals Sublease Kaolin CM Shepherd 1 | | Wilkinson County | GA | |
| Minerals Sublease Kaolin CM Shepherd 2 | | Wilkinson County | GA | |
| Minerals Sublease CD Dent | | Wilkinson County | GA | |
| Minerals Sublease - Kaolin CM Shepherd 2N | | Wilkinson County | GA | |
| Minerals stockpile Kaolin Roland | | Henry County | AL | |
| Minerals stockpile kaolin Sellers | | Henry County | AL | |
| Minerals stockpile kaolin Bell | | Henry County | AL | |
| Minerals stockpile kaolin Espy 4 | | Barbour County | AL | |
| Distribution Center | 4810 Industrial Drive | New Iberia | LA | 70560 |
| Distribution Center | 1975 W Blairtown Rd. | Rock Springs | WY | 82901 |
| Distribution Center | 2600 10180 101 St | Edmonton, AB | CA | T5J 3Y2 |
| Distribution Center | 8715 Park Road | Grand Prairie, AB | CA | T6R 2W9 |
| Distribution Center | 2346 CR 115 | Alice | TX | 78332 |
| Distribution Center | 51 Main Street | Douglas | ND | 58735 |

## <u>Exhibit D: Wilks Loan - SECOND AMENDMENT TO AMENDED AND RESTATED CREDIT AGREEMENT AND JOINDER</u>

https://www.sec.gov/Archives/edgar/data/1009672/000156459019022937/crr-ex101_8.htm
(source below)

EX-10.1 2 crr-ex101_8.htm EX-10.1

**Exhibit 10.1**

## SECOND AMENDMENT TO AMENDED AND RESTATED CREDIT AGREEMENT AND JOINDER

SECOND AMENDMENT TO AMENDED AND RESTATED CREDIT AGREEMENT AND JOINDER dated as of June 20, 2019 (this "Amendment"), with respect to the Credit Agreement referred to below, by and among CARBO Ceramics Inc., a Delaware corporation, as borrower ("Borrower"), the guarantors party hereto (collectively, the "Guarantors"), the lenders party hereto (collectively, the "Lenders"), and Wilks Brothers, LLC, a Texas limited liability company, as administrative agent (the "Administrative Agent").

## RECITALS

WHEREAS, Borrower, Administrative Agent, and the lenders party thereto from time to time are parties to that certain Amended and Restated Credit Agreement dated as of March 2, 2017, as amended by that certain First Amendment to Amended and Restated Credit Agreement dated as of June 7, 2018 (as the same now exists and as it may be further amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Credit Agreement");

WHEREAS, following the completion of a disposition of certain assets of Borrower, Borrower prepaid the Term Loans in an amount equal to $14,533,000 (the "Prepayment Amount") pursuant to that certain Waiver to Credit Agreement dated as of May 28, 2019 among Borrower, Administrative Agent, and the lenders party thereto;

WHEREAS, the Borrower has requested that, notwithstanding anything in the Credit Agreement to the contrary, the Administrative Agent and the lenders signatory hereto agree to permit Borrower to re-borrow the Prepayment Amount as an incremental term loan tranche under the existing Term Loan Facility such that after funding of such Incremental Term Loan (as hereinafter defined) by the Incremental Term Loan Lender (as hereinafter defined) on the Second Amendment Effective Date (as hereinafter defined), the aggregate outstanding principal amount of the Term Loans will be equal to $65,000,000;

WHEREAS, Equify Financial LLC ("Equify") is willing to become a Lender under and pursuant to the Credit Agreement to (i) provide the Incremental Term Loan to Borrower under the existing Term Loan Facility, and (ii) pursuant to that certain Assignment and Acceptance effective as of the date hereof (the "Assignment and Acceptance"), between Equify and Wilks Brothers, LLC, as existing lender ("Existing Lender"), purchase and assume from Existing Lender a portion of the Existing Lender's rights and obligations in its capacity as a Lender under the Credit Agreement and any other documents or instruments delivered pursuant thereto; and

WHEREAS, in order to effect the foregoing and modify and amend certain other terms of the Credit Agreement, the parties hereto desire to modify and amend the Credit Agreement on the terms and subject to the conditions as set forth herein.

1

NOW THEREFORE, in consideration of the premises and of the mutual covenants contained herein, and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto agree as follows:

SECTION 1. Defined Terms.

Unless otherwise defined herein, all capitalized terms used herein (including, without limitation, in the recitals to this Amendment) have the meanings assigned to such terms in the Credit Agreement, as amended hereby.

SECTION 2.                                     Joinder of Incremental Term Loan Lender.

By its execution of this Amendment, from and after the Second Amendment Effective Date, the Incremental Term Loan Lender shall become a party to the Credit Agreement and have the rights and obligations of a "Lender" for all purposes under the Credit Agreement and the other Credit Documents and shall be joined, and shall have bound itself to the Credit Agreement and to all other Credit Documents to which the lenders are bound generally as of the Second Amendment Effective Date.  The Incremental Term Loan Lender hereby assumes all of the obligations of a "Lender" under the Credit Agreement and the other Credit Documents and shall be entitled to all of the rights and benefits of a "Lender" under the Credit Documents.  The Incremental Term Loan Lender hereby agrees to furnish the Administrative Agent with all agreements, documents or instruments that the Administrative Agent or lenders are required or reasonably requested by the Administrative Agent, the lenders or the Borrower to deliver to the Administrative Agent, the lenders or to the Borrower pursuant to the Credit Agreement.

SECTION 3. Incremental Term Loan Commitment.

By its execution of this Amendment, effective as of the Second Amendment Effective Date, the Incremental Term Loan Lender shall be a Lender for all purposes under the Credit Agreement and shall fund the Incremental Term Loan in accordance with the Credit Agreement and this Amendment.  Following the Incremental Term Loan Lender's funding of the Incremental Term Loan Commitment pursuant to the Credit Agreement and this Amendment, the Incremental Term Loan Lender's commitment shall irrevocably terminate and the Borrower will have no further right to request any Term Loans from any Lender under the Credit Agreement.

SECTION 4. Amendments to Credit Agreement.

The Credit Agreement is, effective as of the Second Amendment Effective Date (as hereinafter defined), hereby amended as follows:

(a)                    The following new terms are hereby added to Section 1.1 (Certain Defined Terms) of the Credit Agreement in the appropriate alphabetical order:

"Incremental Term Loan" has the meaning set forth in Section 2.3.

- 2 -

2

"Incremental Term Loan Commitment" means the commitment of the Incremental Term Loan Lender to make the Incremental Term Loan in accordance with Section 2.3.

"Incremental Term Loan Lender" mean Equify Financial LLC.

"Second Amendment to Credit Agreement and Joinder" means that certain Second Amendment to Amended and Restated Credit Agreement and Joinder dated as of the Second Amendment Effective Date by and among Borrower, the guarantors party thereto, the lenders party thereto and the Administrative Agent.

"Second Amendment Effective Date" means June 20, 2019, the date on which the conditions precedent to the effectiveness of the Second Amendment to Credit Agreement and Joinder were satisfied.

(b)                    The following terms as set forth in Section 1.1 (Certain Defined Terms) of the Credit Agreement are hereby amended and restated in their entirety as follows:

"Majority Lenders" means (a) other than as provided in clause (b) and (c) below, two or more Lenders holding at least fifty-one-percent (51%) of the sum of the aggregate unpaid principal amount of the Term Loan, (b) other than as provided in clause (c) below at any time when there is only one Lender, such Lender, and (c) at any time when the Wilks Brothers, LLC or its Affiliate is a Lender, Wilks Brothers, LLC or its Affiliate.

"Make-Whole Payment" means, with respect to any optional prepayment of Term Loans under Section 2.5(b) and any mandatory prepayment under Section 2.5(c)(i), or any prepayment or repayment of Term Loans following an Event of Default and the acceleration of the Term Loans as a result of such Event of Default (provided, however, that with respect to any such acceleration resulting from an Event of Default arising under Sections 7.1(c) (only with respect to a breach of Section 5.3(a), 6.1, 6.2, 6.3, 6.5, 6.9, 6.10, 6.14) and 7.1(k), no Make-Whole Payment shall be due unless Borrower (x) has received written notice of such Default or Event of Default from the Administrative Agent and (y) has failed to cure or remedy such Default or Event of Default within thirty (30) days after receipt of such written notice; provided further, that with respect to Defaults or Events of Default as a result of violations of (i) Sections 6.1, 6.3, 6.9 and 6.10, the Borrower shall only have the ability to cure such Event of Default in the event the cost of such cure for any single Default or single Event of Default, if any, does not exceed the greater of (A) ten-percent (10%) of the value of the transaction giving rise to such Default or Event of Default, and (B) $500,000 (provided that in no event shall the aggregate costs associated with all cures pursuant to the foregoing clauses (A) and (B) exceed $1,000,000 prior to the payment in full of all Obligations relating to the Term Loans), and (ii) Sections 6.2, 6.5, 6.14 and 7.1(k) the Borrower shall only have the ability to cure such Event of Default in the event the cost to cure such Default or Event of Default is de minimis and with respect to any cure of Section 7.1(k) such cure must also restore the security interest of the Administrative Agent on the relevant Property to an Acceptable Security Interest), in each case solely to the extent such prepayment or repayment of Term Loans is made or is required to be made, as applicable, at any time prior to March 31, 2021, a cash amount equal to the excess, if any, of (1) the sum of the present values of (i) one hundred-percent (100%) of the principal amount of Term Loans being prepaid or repaid

- 3 -

3

and (ii) the remaining scheduled payments of interest with respect to such Term Loans being prepaid or repaid from the actual date of prepayment or repayment through December 31, 2022, not including any portion of such payments of interest accrued as of the date of prepayment or repayment, discounted back to the day of prepayment or repayment on a semi-annual basis (assuming a 360-day year consisting of twelve thirty (30)-day months) at the Treasury Rate plus fifty (50) basis points, over (2) one hundred-percent (100%) of the principal amount of Term Loans being prepaid or repaid.  Any required payment of a Make-Whole Payment under this Agreement is in addition to, and not in replacement of, any amount paid pursuant to Section 2.8.  For the avoidance of doubt, provisions relating to Make-Whole Payment are for the benefit of the Lenders only (and the Administrative Agent for the ratable benefit of the Lenders).  The Borrower acknowledges that (i) the Lenders have bargained for the right to maintain their investment in the Term Loans free from repayment until the Maturity Date, with certain limited exceptions as specified in this Agreement, (ii) such limited exceptions, and the repayment price applicable to such exceptions, are the result of negotiations among the Borrower and the Lenders, (iii) the Borrower does not have the right to directly or indirectly optionally repay the Term Loans other than pursuant to Section 2.5(b), (iv) except as specifically provided in this Agreement, any voluntary repayment of Term Loans at any time prior to March 31, 2021 is required to be at a price including the Make-Whole Payment, and (v) the Make-Whole Payment (A) is intended to provide compensation to the Lenders for the repayment of the Term Loans prior to the Maturity Date, (B) constitutes reasonable compensation to the Lenders for the deprivation of their right to hold the Term Loans free from such early repayment, and (C) is not a penalty.

"Term Loans" means any and all (i) "Tranche B Term Advances" (as defined in the Existing Agreement) outstanding on the Effective Date immediately before giving effect to this Agreement, (ii) Additional Term Loans outstanding on the Second Amendment Effective Date immediately before giving effect to the Second Amendment to Credit Agreement and Joinder, and (iii) Incremental Term Loans made pursuant to Section 2.3.

(c)                Schedule I (Commitments, Contact Information) to the Credit Agreement is hereby amended and restated in its entirety to read in full as set forth on Schedule I hereto and each Lender's Pro Rata Share of the Term Loans on the Second Amendment Effective Date, immediately after giving effect to the Second Amendment to Credit and the Assignment and Acceptance, is set forth on Schedule I hereto.

(d)                Section 2.3 of the Credit Agreement is hereby amended and restated in its entirety to read as follows:

"2.3                Incremental Term Loan.  The Incremental Term Loan Lender agreed, subject to the terms and conditions set forth in the Second Amendment to Credit Agreement and Joinder, to make an incremental term loan in the principal amount of $14,533,000 (the "Incremental Term Loan") to the Borrower on the Second Amendment Effective Date.  The Incremental Term Loan Commitment shall irrevocably terminate upon the Incremental Term Loan Lender funding the Incremental Term Loan.  Once prepaid or repaid, the Borrower may not re-borrow any Term Loan (including without limitation, the Incremental Term Loan) or any portion thereof."

- 4 -

4

(e)                    The first sentence of Section 6.6 of the Credit Agreement is hereby amended and restated in its entirety to read as follows:

"No Credit Party shall, nor shall it permit any of its Subsidiaries to, use the proceeds of the Additional Term Loan or the Incremental Term Loan other than for working capital purposes, general corporate purposes and to fund Acquisitions permitted hereunder."

SECTION 5.            Representations and Warranties.

Each Credit Party hereby represents and warrants (which representations and warranties survive the execution and delivery hereof) to each of the Lenders and the Administrative Agent that:

(a)                    the representations and warranties contained in the Credit Agreement and the other Credit Documents are true and correct in all material respects at and as of the date hereof as though made on and as of the date hereof, except (x) to the extent such representation or warranty was specifically made with regard to an earlier date in which case such representation or warranty shall be true and correct as of such earlier date; and (y) for such changes as a result of any act or omission specifically permitted under the Credit Agreement or any other Credit Document;

(b)                    the execution, delivery and performance of this Amendment have been duly authorized by all necessary action on the part of, and duly executed and delivered by such Credit Party, and this Amendment is a legal, valid and binding obligation of each Credit Party, enforceable against such Credit Party, in accordance with its terms, except as the enforcement thereof may be subject to the effect of any applicable bankruptcy, insolvency, reorganization, moratorium, or similar laws affecting creditors' rights generally and general principles of equity (regardless of whether such enforcement is sought in a proceeding in equity or at law);

(c)                    immediately prior to and after giving effect to this Amendment, no Default and no Event of Default exists and each Credit Party is in full compliance with the Credit Agreement and each of the other Credit Documents to which such Credit Party is a party;

(d)                    the borrowing of the Incremental Term Loan and the use of proceeds thereof are within Borrower's corporate power, have been duly authorized by all necessary action, do not contravene (i) the Borrower's certificate or articles of incorporation or bylaws, or (ii) any Legal Requirement or any material contractual restriction binding on or affecting the Borrower, will not result in or require the creation or imposition of any Lien prohibited by the Credit Agreement and do not require any authorization or approval or other action by, or any notice or filing with any Governmental Authority; and

(e)                    as of the date hereof, all Liens, security interests, assignments and pledges encumbering the Collateral, created pursuant to and/or referred to in the Credit Agreement or the other Credit Documents, are valid, enforceable, duly perfected to the extent required by the Credit Agreement and the other Credit Documents, non-avoidable, first priority liens, security interests, assignments and pledges (subject only to Permitted Liens), continue unimpaired, are in full force and effect and secure and shall continue to secure all of the obligations purported to be secured in the respective Security Document pursuant to which such Liens were granted.

- 5 -

5

SECTION 6.          Conditions Precedent.

The obligation of the Incremental Term Loan Lender to extend the Incremental Term Loan as provided for in this Amendment and the effectiveness of this Amendment is subject to prior or concurrent satisfaction of each of the following conditions precedent:

(a)                    Documentation.   The Administrative Agent or its counsel shall have received (including by way of electronic transmission) the following, duly executed by all the parties thereto, each in form and substance reasonably satisfactory to the Administrative Agent and the Lenders:

(i)          an Amendment to the Stockholder's Agreement, an Amendment to the Warrant Agreement, the Assignment and Acceptance, this Amendment, to the extent requested by a Lender, a Note payable to the order of each Lender, and all other applicable Credit Documents;

(ii)         a certificate from an authorized officer of each of the Credit Parties dated as of the Second Amendment Effective Date stating that as of such date (A) all representations and warranties of such Credit Party set forth in this Amendment, the Credit Agreement and the other Credit Documents are true and correct, (B) such Credit Party shall have performed and complied with all covenants and conditions required herein to be performed or complied with by it prior to the Second Amendment Effective Date and (C) no Default then exists;

(iii)        a secretary's certificate from each Credit Party certifying such Credit Party's (A) officers' incumbency, (B) authorizing resolutions, (C) organizational documents, and (D) governmental approvals, if any, with respect to this Amendment, and the other Credit Documents to which such Credit Party is a party;

(iv)        certificates of good standing for each Credit Party in the state in which each such Credit Party is incorporated or organized, which certificates shall be dated a date not earlier than ten (10) days prior to the Second Amendment Effective Date;

(v)         legal opinion of Vinson & Elkins LLP, as special counsel to the Credit Parties with respect to the Amendment to the Stockholder's Agreement, the Amendment to the Warrant Agreement, this Amendment, the Credit Agreement and the other Credit Documents, similar in scope and substance to the opinion addressed and delivered to the Administrative Agent in connection with the of the Credit Agreement;

(vi)        security documentation, reaffirmation agreements or ratifications as the Administrative Agent or any Lender may reasonably request; and

(vii)       such other documents, governmental certificates, agreements and lien searches as the Administrative Agent or any Lender may reasonably request.

- 6 -

6

(b)                                    Consents;  Authorization;  Conflicts.    The Borrower shall have received any consents, licenses and approvals required in accordance with applicable law, or in accordance with any document, agreement, instrument or arrangement to which the Borrower, or any Subsidiary is a party, in connection with the execution, delivery, performance, validity and enforceability of this Amendment, the Credit Agreement and the other Credit Documents.  In addition, the Borrower and the Subsidiaries shall have all such material consents, licenses and approvals required in connection with the continued operation of the Borrower and its Subsidiaries, and such approvals shall be in full force and effect, and all applicable waiting periods shall have expired without any action being taken or threatened by any competent authority which would restrain, prevent or otherwise impose adverse conditions on this Amendment and the actions contemplated hereby.

(c)                                    Representations and Warranties.    The representations and warranties contained in Section 5 of this Amendment shall be true and correct on and as of the Second Amendment Effective Date before and after giving effect to the making of the Incremental Term Loan and to the application of the proceeds therefrom.

(d)                                    Payment of Fees and Expenses.

(i)                  Borrower shall have paid in full to the Incremental Term Loan Lender an amendment fee equal to $217,995.00 in good and immediately available funds (the "Amendment Fee").   The Amendment Fee shall be fully earned and nonrefundable as of the date of this Amendment; and

(ii)                  Borrower shall have paid in full to the Administrative Agent and its counsel all other fees and expenses related to this Amendment, the Credit Agreement or any other Credit Document.

(e)                                    Other Proceedings.    No action, suit, investigation or other proceeding (including, without limitation, the enactment or promulgation of a statute or rule) by or before any arbitrator or any Governmental Authority shall be pending or, to the knowledge of Borrower, threatened and no preliminary or permanent injunction or order by a state or federal court shall have been entered (i) in connection with this Amendment, the Credit Agreement, or any other Credit Documents or any transaction contemplated hereby or thereby or (ii) which, in any case, in the judgment of the Administrative Agent, could reasonably be expected to result in a Material Adverse Change.

(f)                                    Other Reports.    The Administrative Agent shall have received, in form and substance reasonably satisfactory to it, all environmental reports, and such other reports, audits or certifications as it may reasonably request.

(g)                                    No Default.    No Default then exists and the making of the Incremental Term Loan would not cause a Default to occur.

(h)                                    Solvency.    The Administrative Agent shall have received a certificate in form and substance reasonably satisfactory to the Administrative Agent from a senior financial officer

- 7 -

7

of the Borrower and each Guarantor certifying that, both before and after giving effect to the Incremental Term Loan to be made on the Second Amendment Effective Date, the Borrower and each such other Guarantor is and shall be Solvent.

(i)                     USA Patriot Act.  The Borrower has delivered to each Lender that is subject to the Patriot Act such information requested by such Lender in order to comply with the Patriot Act.

SECTION 7.         Waiver of Claims.

Each Credit Party hereby waives, releases, remises and forever discharges the Administrative Agent and the Lenders from any and all claims, suits, actions, investigations, proceedings or demands arising out of or in connection with this Amendment, the Credit Agreement and any other Credit Document (collectively, "Claims"), whether based in contract, tort, implied or express warranty, strict liability, criminal or civil statute or common law of any kind or character, known or unknown, which such Credit Party ever had, now has or might hereafter have against the Administrative Agent or any Lender which relate, directly or indirectly, to any acts or omissions of the Administrative Agent or any Lender on or prior to the date hereof.

SECTION 8.         Reference to and Effect on the Credit Agreement and the Credit Documents.

(a)                     Except as expressly provided herein (i) the Credit Agreement and the other Credit Documents shall be unmodified and shall continue to be in full force and effect in accordance with their terms and are hereby in all respects ratified and confirmed, (ii) the agreements of the Administrative Agent and the Lenders set forth herein shall be limited strictly as written, and (iii) this Amendment shall not be deemed a waiver of any term or condition of the Credit Agreement or any other Credit Document and shall not be deemed to limit, impair, constitute a waiver of, or otherwise affect or prejudice any right or rights which the Administrative Agent or any Lender may now have or may have in the future under or in connection with the Credit Agreement or any other Credit Document or any of the instruments or agreements referred to therein, as the same may be amended from time to time.

(b)                     Each Credit Party hereby affirms its obligations under the Credit Agreement (as amended hereby) and the other Credit Documents and confirms its grant of a security interest in and the Administrative Agent's Lien on its assets as Collateral for the Obligations and acknowledges and affirms that such guarantee and/or grant is and shall remain in full force and effect in respect of, and to secure, the Obligations, in each case, in accordance with and subject to the terms of the Credit Agreement and the other Credit Documents, as applicable.

(c)                     Upon and after the date hereof, each reference in the Credit Agreement to "this Agreement", "hereunder", "herein", "hereof" or words of like import referring to the Credit Agreement, and each reference in the other Credit Documents to the "Credit Agreement", "thereunder", "therein", "thereof" or words of like import referring to the Credit Agreement, shall mean and be a reference to the Credit Agreement as modified and amended by this Agreement.

(d)                     This Amendment shall constitute a Credit Document.

- 8 -

8

SECTION 9.        Execution in Counterparts.

This Amendment may be executed in any number of counterparts and by the different parties hereto on separate counterparts, each of which counterparts when executed and delivered shall be an original, but all of which shall together constitute one and the same instrument.  Delivery by electronic transmission (including .pdf) of an executed counterpart of a signature page to this Amendment shall be effective as delivery of an original executed counterpart of this Amendment.

SECTION 10.       Costs and Expenses.

Borrower hereby affirms its obligation under the Credit Agreement to reimburse the Administrative Agent for all costs and expenses paid or incurred by the Administrative Agent in connection with the preparation, negotiation, execution and delivery of this Amendment and all other documents and instruments delivered in connection herewith, including but not limited to the attorneys' fees and time charges of attorneys for the Administrative Agent with respect thereto.

SECTION 11.       Further Assurances.

Pursuant to the Credit Agreement and the other Credit Documents, each Credit Party hereby authorizes the Administrative Agent to file any (x) financing statements to the extent permitted by applicable Legal Requirements in order to perfect or maintain the perfection of any security interest granted under any of the Credit Documents and/or (y) amendments to the existing financing statements to reflect the terms of the Credit Documents as amended by this Amendment.  The Borrower at its expense will, and will cause each Subsidiary to, promptly execute and deliver to the Administrative Agent upon reasonable request by the Administrative Agent all such other documents, agreements and instruments to comply with or accomplish the covenants and agreements of any other Credit Party or Subsidiary, as the case may be, in the Credit Documents, or to further evidence and more fully describe the Collateral intended as security for the Obligations, or to correct any omissions in the Security Documents, or to state more fully the security obligations set out herein or in any of the Security Documents, or to perfect, protect or preserve any Liens created pursuant to any of the Security Documents, or to make any recordings, to file any notices or obtain any consents, all as may be necessary or appropriate in connection therewith or to enable the Administrative Agent to exercise and enforce its rights and remedies with respect to any Collateral, the Credit Agreement, the other Credit Documents and this Amendment.

- 9 -

9

SECTION 12.            Guarantors Consent and Acknowledgement.

The Guarantors, for value received, hereby consent to the Borrower's execution and delivery of this Amendment, and the performance by the Borrower of its agreements and obligations hereunder (including without limitation the borrowing of the Incremental Term Loan by the Borrower hereunder).  This Amendment and the performance or consummation of any transaction that may be contemplated under this Amendment, shall not limit, restrict, extinguish or otherwise impair the Guarantors' liabilities and obligations to the Administrative Agent and/or the lenders under the Credit Documents (including without limitation the Guaranteed Obligations, as defined in the Guaranty).  Each of the Guarantors acknowledges and agrees that (i) the Guaranty to which such Guarantor is a party remains in full force and effect and is fully enforceable against such Guarantor in accordance with its terms and (ii) it has no offsets, claims or defenses to or in connection with the Guaranteed Obligations, all of such offsets, claims and/or defenses are hereby waived.

SECTION 13.            Governing Law; Submission to Jurisdiction; Waiver of Jury.

The terms of Section 9.13 (Governing Law), Section 9.16 (Submission to Jurisdiction) and Section 9.18 (Waiver of Jury) of the Credit Agreement with respect to governing law, submission to jurisdiction, venue and waiver of jury trial (and, where applicable, judicial reference) are incorporated herein by reference, *mutatis mutandis*, and the parties hereto agree to such terms.

[Signature page follows]

- 10 -

10

In Witness Whereof, the parties hereto have caused this Amendment to be executed and delivered as of the date first above written.

**BORROWER:**

CARBO CERAMICS INC.

By: /s/ Gary Kolstad
Name: Gary Kolstad
Title: President

**GUARANTORS**:

CARBO CERAMICS INC.

By: /s/ Gary Kolstad
Name: Gary Kolstad
Title: President

ASSET GUARD INC.

By: /s/ Gary Kolstad
Name: Gary Kolstad
Title: President

STRATAGEN, INC.

By: /s/ Gary Kolstad
Name: Gary Kolstad
Title: President

1

**ADMINISTRATIVE AGENT:**

WILKS BROTHERS, LLC.
as Administrative Agent


By: /s/ MORGAN D. NEFF
Name: Morgan D. Neff
Title: Authorized Representative


**LENDERS:**

WILKS BROTHERS, LLC


By: /s/ MORGAN D. NEFF
Name: Morgan D. Neff
Title: Authorized Representative

EQUIFY FINANCIAL LLC


By: /s/ PAT HOIBY
Name: Pay Hoiby
Title: President

2

## SCHEDULE I

### Commitments, Contact Information

| ADMINISTRATIVE AGENT | |
|---|---|
| **Wilks Brothers, LLC,**<br>**as Administrative Agent** | Address: 17010 IH-20<br>Cisco, Texas 76437<br>Attn: Morgan Neff<br>Matthew Wilks<br>Facsimile:(817) 850-3698<br>Email:Mneff@wilksbrothers.com<br>Mwilks@ie-llc.net |
| **CREDIT PARTIES** | |
| **Borrower/Guarantors** | Address:Energy Center II<br>575 N. Dairy Ashford Rd., Ste 300<br>Houston, TX 77079<br>Attn: Ernesto Bautista III<br>Chief Financial Officer<br>Telephone:(281) 931-8884<br>Facsimile: (281) 931-8302<br>Email:ernesto.bautista@carboceramics.com |
| **LENDERS** | |
| **Wilks Brothers, LLC**<br><br>Additional Term Loan Commitment: $12,349,000.00<br><br>Term Loans Outstanding: $33,150,000.00[1] | Address: Wilks Brothers, LLC<br>17010 IH-20<br>Cisco, Texas 76437<br>Attn: Morgan Neff<br>Matthew Wilks<br>Facsimile:(817) 850-3698<br>Email:Mneff@wilksbrothers.com<br>Mwilks@ie-llc.net |
| **Equify Financial LLC**<br><br>Incremental Term Loan Commitment:<br>$14,533,000.00<br><br>Term Loans Outstanding: $31,850,000.00[2] | Address:777 Main Street, Suite 3900<br>Fort Worth, TX 76102<br>Attn: Bill Baker<br>Telephone:(817) 490-6800<br>Email:bill.baker@equifyllc.com |

---

[1] After giving effect to Assignment and Acceptance effective as of June 20, 2019 between Wilks Brothers, LLC, as assignor, and Equify Financial LLC, as assignee.

[2] After giving effect to (x) Assignment and Acceptance effective as of June 20, 2019 between Wilks Brothers, LLC, as assignor, and Equify Financial LLC, as assignee, and (y) Equify's funding of its entire commitment pursuant to the Second Amendment to Credit Agreement and Joinder.

## Exhibit E: Georgia Assessed Properties

(source below table)

| Parcel as Reported | Address as Reported | Ownership as Reported | County | Values | Acres | Source |
|---|---|---|---|---|---|---|
| 061 002 | WRILEY RD | CARBO CERAMICS INC | Wilkinson County, GA | $ 475,910 | 349.07 | http://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&KeyValue=061%20%20%20%20002 |
| 061 002C | 2295 WRILEY RD | WILKINSON COUNTY DEV AUTHORITY | Wilkinson County, GA | $ 3,975,081 | 36.43 | https://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&Q=1073951068&KeyValue=061+++002C |
| 061 002CLE | 2295 WRILEY RD | CARBO CERAMICS | Wilkinson County, GA | $ 3,021,879 | 0 | http://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&KeyValue=061%20%20%20%20002CLE |
| 071 045 | MT NEBO RD | CARBO CERAMICS INC | Wilkinson County, GA | $ 104,675 | 78.93 | http://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&KeyValue=071%20%20%20%20020045 |
| 072 022 | LIBERTY CHURCH RD | CARBO CERAMICS INC | Wilkinson County, GA | $ 180,853 | 190.63 | http://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&KeyValue=072%20%20%20%20020022 |
| 073 002 | (undisclosed) | CARBO CERAMICS INC | Wilkinson County, GA | $ 185,959 | 195.33 | http://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&KeyValue=073%20%20%20%20020002 |
| 073 009 | 1880 DENT RD | DEVELOPMENT AUTHORITY OF WILKINSON CO | Wilkinson County, GA | $ 826,595 | 1002.54 | https://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&Q=1985528515&KeyValue=073++++009 |
| 073 009 LE | 1880 DENT RD | CARBO CERAMICS | Wilkinson County, GA | $ 7,616,776 | 79.25 | http://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&KeyValue=073%20%20%2020009%20LE |
| 073 009 IND | 1880 DENT RD | WILKINSON COUNTY DEV AUTHORITY | Wilkinson County, GA | $ 16,257,563 | 0 | https://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&Q=1985528515&KeyValue=073++++009+IND |
| 084 013 | DAY RD | CARBO CERAMICS | Wilkinson County, GA | $ 101,378 | 79.37 | http://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&KeyValue=084%20%20%20%20020013 |
| 085 001 | THOMAS RD | CARBO CERAMICS | Wilkinson County, GA | $ 88,455 | 70.41 | http://beacon.schneidercorp.com/Application.aspx?AppID=718&LayerID=11431&PageTypeID=4&PageID=4921&KeyValue=085%20%20%20%20020001 |

 **qPublic.net™** Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 061 002 |
| Location Address | WRILEY RD |
| Legal Description | WRILEY RD & RR - LL 127 128 |
| | (Note: Not to be used on legal documents) |
| Class | 15-Industrial |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 349.07 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 127 / 04 |
| Water | No Water |
| Sewer | No Sewer |
| Electric | No Electricity |
| Gas | Tank Gas |
| Topography | Rolling |
| Drainage | Good |
| Road Class | County |
| Parcel Road Access | No Road |

View Map

## Owner

CARBO CERAMICS INC
C/O TAX DEPARTMENT
575 N DAIRY ASHFORD SUITE 300
HOUSTON, TX 77079

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Woodlands | Rural | 8 | 219 |
| RUR | Woodlands | Rural | 2 | 25 |
| RUR | Woodlands | Rural | 4 | 6 |
| RUR | Woodlands | Rural | 6 | 9 |
| RUR | Woodlands | Rural | 7 | 44.5 |
| RUR | Woodlands | Rural | 2 | 45.57 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 10/28/2008 | 326 371 | 19591-2 | $1,047,210 | OTHER | LAVENDER EDWIN & MAR | CARBO CERAMICS INC |
| 1/16/1997 | 228 6 28 | 12 96 | $30,700 | PART | | LAVENDER EDWIN & MAR |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $475,910 | $475,910 | $475,910 | $475,910 | $475,910 |
| Land Value | $475,910 | $475,910 | $475,910 | $475,910 | $475,910 |
| + Improvement Value | $0 | $0 | $0 | $0 | $0 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $475,910 | $475,910 | $475,910 | $475,910 | $475,910 |

**No data available for the following modules:** Land, Conservation Use Rural Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Photos, Sketches.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.
User Privacy Policy
GDPR Privacy Notice

Developed by
**Schneider** GEOSPATIAL

Last Data Upload: 5/1/2020, 3:48:09 PM

Version 2.3.57

5/1/2020                           Beacon - Wilkinson County, GA - Report: 061 002C

 **qPublic.net™** Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 061 002C |
| Location Address | 2295 WRILEY RD |
| Legal Description | WRILEY RD AT RAILROAD PB 18/9 |
| | (Note: Not to be used on legal documents) |
| Class | E1-Exempt |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 36.43 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 137 / 04 |
| Water | Well |
| Sewer | Septic Tank |
| Electric | Electricity |
| Gas | Pipe Gas |
| Topography | Rolling |
| Drainage | Fair |
| Road Class | County |
| Parcel Road Access | Paved |



View Map

## Owner

WILKINSON COUNTY DEV AUTHORITY
P O BOX 525
IRWINTON, GA 31042

## Commercial Improvement Information

| | |
|---|---|
| Description | Ind Light Manufacturing-S-AVG |
| Value | $400,000 |
| Actual Year Built | 1999 |
| Effective Year Built | |
| Square Feet | 0 |
| Wall Height | 1 |
| Wall Frames | |
| Exterior Wall | |
| Roof Cover | |
| Interior Walls | |
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 1 |

| | |
|---|---|
| Description | XZ–INDUSTRIAL |
| Value | $9,212 |
| Actual Year Built | 2001 |
| Effective Year Built | |
| Square Feet | 0 |
| Wall Height | 0 |
| Wall Frames | |
| Exterior Wall | |
| Roof Cover | |
| Interior Walls | |
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 1 |

| | |
|---|---|
| Description | XZ–INDUSTRIAL |
| Value | $2,050,305 |
| Actual Year Built | 1999 |
| Effective Year Built | |
| Square Feet | 0 |
| Wall Height | 0 |



Wall Frames
Exterior Wall
Roof Cover
Interior Walls
Floor Construction
Floor Finish
Ceiling Finish
Lighting
Heating
Number of Buildings    1


Description          X7-INDUSTRIAL
Value                $315,000
Actual Year Built    1999
Effective Year Built
Square Feet          0
Wall Height          0
Wall Frames
Exterior Wall
Roof Cover
Interior Walls
Floor Construction
Floor Finish
Ceiling Finish
Lighting
Heating
Number of Buildings    1


Description          X2-INDUSTRIAL
Value                $4,060
Actual Year Built    2001
Effective Year Built
Square Feet          0
Wall Height          0
Wall Frames
Exterior Wall
Roof Cover
Interior Walls
Floor Construction
Floor Finish
Ceiling Finish
Lighting
Heating
Number of Buildings    1


Description          X2-INDUSTRIAL
Value                $20,500
Actual Year Built    2001
Effective Year Built
Square Feet          0
Wall Height          0
Wall Frames
Exterior Wall
Roof Cover
Interior Walls
Floor Construction
Floor Finish
Ceiling Finish
Lighting
Heating
Number of Buildings    1


Description          X7-INDUSTRIAL
Value                $485,320
Actual Year Built    1999
Effective Year Built
Square Feet          0
Wall Height          0
Wall Frames
Exterior Wall
Roof Cover
Interior Walls
Floor Construction

5/1/2020                                                Beacon - Wilkinson County, GA - Report: 061 002C

Floor Finish
Ceiling Finish
Lighting
Heating
Number of Buildings    1

## Accessory Information

| Description | Year Built | Dimensions/Units | Identical Units | Value |
|---|---|---|---|---|
| Paving: Asphalt | 2005 | 0x0 / 0 | 1 | $91,413 |
| Comm. Fence: Chain Link | 2005 | 0x0 / 0 | 0 | $17,911 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 11/1/2003 | 284 728 | 189 | $0 | QUIT CLAIM | CARBO CREAMICS INC | WILKINSON COUNTY DEV AUTHORITY |
| 7/21/1997 | 232 429 | 189 | $250,000 | GOV | LAVENDER EDWIN & MARGARED | WILKINSON COUNTY DEV AUTHORITY |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $3,975,081 | $3,975,081 | $3,975,081 | $3,975,081 | $3,975,081 |
| Land Value | $581,360 | $581,360 | $581,360 | $581,360 | $581,360 |
| + Improvement Value | $3,284,397 | $3,284,397 | $3,284,397 | $3,284,397 | $3,284,397 |
| + Accessory Value | $109,324 | $109,324 | $109,324 | $109,324 | $109,324 |
| = Current Value | $3,975,081 | $3,975,081 | $3,975,081 | $3,975,081 | $3,975,081 |

## Photos



**No data available for the following modules:** Land, Rural Land, Conservation Use Rural Land, Residential Improvement Information, Mobile Homes, Prebill Mobile Homes, Permits, Sketches.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.
User Privacy Policy
GDPR Privacy Notice

Developed by
Schneider
GEOSPATIAL

Last Data Upload: 5/1/2020, 3:48:09 PM                                   Version 2.3.57

5/1/2020                                   Beacon - Wilkinson County, GA - Report: 061 002CLE

 **qPublic.net**™ Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 061 002CLE |
| Location Address | 2295 WRILEY RD |
| Legal Description | LEASEHOLD INTEREST IN WRILEY PLANT & LAND |
| | (Note: Not to be used on legal documents) |
| Class | I5-Industrial |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 0 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 137 / 04 |
| Water | N/A |
| Sewer | N/A |
| Electric | N/A |
| Gas | N/A |
| Topography | N/A |
| Drainage | N/A |
| Road Class | N/A |
| Parcel Road Access | N/A |



Map Not Available

## Owner

CARBO CERAMICS
C/O TAX DEPARTMENT
575 N DAIRY ASHFORD SUITE 300
HOUSTON, TX 77079

## Commercial Improvement Information

| | |
|---|---|
| Description | Pre Fab Metal Bld |
| Value | $2,629,228 |
| Actual Year Built | 1998 |
| Effective Year Built | |
| Square Feet | 6400 |
| Wall Height | 10 |
| Wall Frames | |
| Exterior Wall | |
| Roof Cover | |
| Interior Walls | |
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 1 |

| | |
|---|---|
| Description | Pre Fab Metal Bld |
| Value | $1 |
| Actual Year Built | 1998 |
| Effective Year Built | |
| Square Feet | 3200 |
| Wall Height | 15 |
| Wall Frames | |
| Exterior Wall | |
| Roof Cover | |
| Interior Walls | |
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 1 |

| | |
|---|---|
| Description | Ind Light Manufacturing-S-AVG |
| Value | $1 |
| Actual Year Built | 1998 |
| Effective Year Built | |
| Square Feet | 17500 |

Wall Height             75
Wall Frames
Exterior Wall
Roof Cover
Interior Walls
Floor Construction
Floor Finish
Ceiling Finish
Lighting
Heating
Number of Buildings    1

Description             Ind Light Manufacturing-S-AVG
Value                   $1
Actual Year Built       1998
Effective Year Built
Square Feet             2500
Wall Height             75
Wall Frames
Exterior Wall
Roof Cover
Interior Walls
Floor Construction
Floor Finish
Ceiling Finish
Lighting
Heating
Number of Buildings    1

Description             Warehouse-Storage-S-AVG
Value                   $1
Actual Year Built       1998
Effective Year Built
Square Feet             24000
Wall Height             40
Wall Frames
Exterior Wall
Roof Cover
Interior Walls
Floor Construction
Floor Finish
Ceiling Finish
Lighting
Heating
Number of Buildings    1

Description             Warehouse-Storage-S-AVG
Value                   $1
Actual Year Built       1998
Effective Year Built
Square Feet             27000
Wall Height             40
Wall Frames
Exterior Wall
Roof Cover
Interior Walls
Floor Construction
Floor Finish
Ceiling Finish
Lighting
Heating
Number of Buildings    1

Description             Warehouse-Storage-S-AVG
Value                   $1
Actual Year Built       1998
Effective Year Built
Square Feet             16000
Wall Height             20
Wall Frames
Exterior Wall
Roof Cover
Interior Walls

| | |
|---|---|
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 1 |

| | |
|---|---|
| Description | Ind Light Manufacturing-C-GD |
| Value | $1 |
| Actual Year Built | 1998 |
| Effective Year Built | |
| Square Feet | 2100 |
| Wall Height | 10 |
| Wall Frames | |
| Exterior Wall | |
| Roof Cover | |
| Interior Walls | |
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 1 |

| | |
|---|---|
| Description | Office-C-AVG |
| Value | $1 |
| Actual Year Built | 1998 |
| Effective Year Built | |
| Square Feet | 4800 |
| Wall Height | 10 |
| Wall Frames | |
| Exterior Wall | |
| Roof Cover | |
| Interior Walls | |
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 1 |

| | |
|---|---|
| Description | Office-DP-LC |
| Value | $1 |
| Actual Year Built | 1998 |
| Effective Year Built | |
| Square Feet | 300 |
| Wall Height | 7 |
| Wall Frames | |
| Exterior Wall | |
| Roof Cover | |
| Interior Walls | |
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 2 |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $3,021,879 | $3,021,879 | $3,021,879 | $3,021,879 | $3,021,879 |
| Land Value | $392,642 | $392,642 | $392,642 | $392,642 | $392,642 |
| + Improvement Value | $2,629,237 | $2,629,237 | $2,629,237 | $2,629,237 | $2,629,237 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $3,021,879 | $3,021,879 | $3,021,879 | $3,021,879 | $3,021,879 |

## Photos

5/1/2020                    Beacon - Wilkinson County, GA - Report: 061 002CLE



**Sketches**



5/1/2020                          Beacon - Wilkinson County, GA - Report: 061 002CLE



5/1/2020                                     Beacon - Wilkinson County, GA - Report: 061 002CLE

5/1/2020                         Beacon - Wilkinson County, GA - Report: 061 002CLE



5/1/2020                                Beacon - Wilkinson County, GA - Report: 061 002CLE



5/1/2020                                    Beacon - Wilkinson County, GA - Report: 061 002CLE

5/1/2020                                    Beacon - Wilkinson County, GA - Report: 061 002CLE



5/1/2020                                     Beacon - Wilkinson County, GA - Report: 061 002CLE



5/1/2020                               Beacon - Wilkinson County, GA - Report: 061 002CLE



5/1/2020                                    Beacon - Wilkinson County, GA - Report: 061 002CLE



**No data available for the following modules:** Land, Rural Land, Conservation Use Rural Land, Residential Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Sales.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.

Developed by 

User Privacy Policy
GDPR Privacy Notice

Last Data Upload: 5/1/2020, 3:48:09 PM                                         Version 2.3.57

 **qPublic.net**™ Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 071 045 |
| Location Address | MT NEBO RD |
| Legal Description | TRACT B OLD SOUTH LAND & TIMBER |
| | (Note: Not to be used on legal documents) |
| Class | A5-Agricultural |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 78.93 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 192 / 04 |
| Water | N/A |
| Sewer | N/A |
| Electric | N/A |
| Gas | N/A |
| Topography | N/A |
| Drainage | N/A |
| Road Class | N/A |
| Parcel Road Access | N/A |

View Map

## Owner

CARBO CERAMICS INC
C/O TAX DEPARTMENT 575 N DAIRY
ASHFORD
SUITE 300
HOUSTON, TX 77079

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Woodlands | Rural | 3 | 5 |
| RUR | Woodlands | Rural | 4 | 53.93 |
| RUR | Woodlands | Rural | 6 | 20 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 6/15/2009 | 331 214 | 19 179 | $100,000 | OTHER | SOUTHEAST MINERAL CORPORATION | CARBO CERAMICS INC |
| 1/29/2003 | 275 403 | 19 179 | $49,252 | MINERALS | OLD SOUTH LAND & TIMBER | SOUTHEAST MINERAL CORPORATION OF AMERICA |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $104,675 | $104,675 | $104,675 | $104,675 | $104,675 |
| Land Value | $104,675 | $104,675 | $104,675 | $104,675 | $104,675 |
| + Improvement Value | $0 | $0 | $0 | $0 | $0 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $104,675 | $104,675 | $104,675 | $104,675 | $104,675 |

**No data available for the following modules:** Land, Conservation Use Rural Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Photos, Sketches.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.
User Privacy Policy
GDPR Privacy Notice.

Developed by
**Schneider**
GEOSPATIAL

Last Data Upload: 5/1/2020, 3:48:09 PM                          Version 2.3.57

5/1/2020                                  Beacon - Wilkinson County, GA - Report: 072 022



## Summary

| | |
|---|---|
| Parcel Number | 072 022 |
| Location Address | LIBERTY CHURCH RD |
| Legal Description | PART OF CHATTAHOOCHEE BRICK TRACT |
| | (Note: Not to be used on legal documents) |
| Class | A5-Agricultural |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 190.63 |
| Neighborhood | N/A |
| Homestead Exemption | No ($0) |
| Landlot/District | 1900 / |
| Water | N/A |
| Sewer | N/A |
| Electric | N/A |
| Gas | N/A |
| Topography | N/A |
| Drainage | N/A |
| Road Class | N/A |
| Parcel Road Access | N/A |

View Map

## Owner

CARBO CERAMICS
C/O TAX DEPARTMENT
575 N DAIRY ASHFORD SUITE 300
HOUSTON, TX 77079

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Woodlands | Rural | 2 | 17 |
| RUR | Woodlands | Rural | 4 | 32 |
| RUR | Woodlands | Rural | 5 | 12 |
| RUR | Woodlands | Rural | 6 | 35.63 |
| RUR | Woodlands | Rural | 7 | 94 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 7/23/2002 | 271 39 | 19 133 | $3,888,200 | MULTI | SOUTHEAST MINERAL CORP OF AMERICA | CARBO CERAMICS |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $180,853 | $180,853 | $180,853 | $180,853 | $180,853 |
| Land Value | $180,853 | $180,853 | $180,853 | $180,853 | $180,853 |
| + Improvement Value | $0 | $0 | $0 | $0 | $0 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $180,853 | $180,853 | $180,853 | $180,853 | $180,853 |

**No data available for the following modules:** Land, Conservation Use Rural Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Photos, Sketches.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.
User Privacy Policy
GDPR Privacy Notice

Developed by
Schneider
GEOSPATIAL

Last Data Upload: 5/1/2020, 3:48:09 PM                                      Version 2.3.57

5/1/2020                                    Beacon - Wilkinson County, GA - Report: 073 002

 Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 073 002 |
| Location Address | |
| Legal Description | MAIN TRACT PARCEL C PB 13/92 LL 159 212 239 |
| | (Note: Not to be used on legal documents) |
| Class | A5-Agricultural |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 195.33 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 159 / 04 |
| Water | No Water |
| Sewer | No Sewer |
| Electric | No Electricity |
| Gas | Tank Gas |
| Topography | Rolling |
| Drainage | Good |
| Road Class | County |
| Parcel Road Access | No Road |

View Map

## Owner

CARBO CERAMICS INC
C/O TAX DEPARTMENT 575 N DAIRY
ASHFORD
SUITE 500
HOUSTON, TX 77079

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Woodlands | Rural | 8 | 19.33 |
| RUR | Woodlands | Rural | 2 | 9 |
| RUR | Woodlands | Rural | 5 | 104 |
| RUR | Woodlands | Rural | 6 | 23 |
| RUR | Woodlands | Rural | 7 | 40 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 9/28/2006 | 310 585 | 13 92 | $538,455 | ADJOINING PROPERTY | SOUTHEAST MINERAL CORPORATION | CARBO CERAMICS INC |
| 7/6/2001 | 260 258 | 13 92 | $1,215,000 | MULTI | REYNOLDS METALS | SOUTHEAST MINERAL CORPORATION OF AMERICA |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $185,959 | $185,959 | $185,959 | $185,959 | $185,959 |
| Land Value | $185,959 | $185,959 | $185,959 | $185,959 | $185,959 |
| + Improvement Value | $0 | $0 | $0 | $0 | $0 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $185,959 | $185,959 | $185,959 | $185,959 | $185,959 |

No data available for the following modules: Land, Conservation Use Rural Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Photos, Sketches.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.
User Privacy Policy
GDPR Privacy Notice

Development by:


Last Data Upload: 5/1/2020, 3:48:09 PM                                          Version 2.3.57

5/1/2020                                    Beacon - Wilkinson County, GA - Report: 073 009

 **qPublic.net** Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 073 009 |
| Location Address | 1880 DENT RD |
| Legal Description | LAND SURROUNDING TOOMSBORO PLANT |
| | (Note: Not to be used on legal documents) |
| Class | E1- Exempt |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 1002.54 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 156 / 04 |
| Water | N/A |
| Sewer | N/A |
| Electric | N/A |
| Gas | N/A |
| Topography | N/A |
| Drainage | N/A |
| Road Class | N/A |
| Parcel Road Access | N/A |

View Map

## Owner

DEVELOPMENT AUTHORITY OF WILKINSON
CO
PO BOX 413
IRWINTON, GA 31042

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Woodlands | Rural | 2 | 13.46 |
| RUR | Woodlands | Rural | 3 | 2 |
| RUR | Woodlands | Rural | 4 | 22 |
| RUR | Woodlands | Rural | 5 | 23.02 |
| RUR | Woodlands | Rural | 6 | 136 |
| RUR | Woodlands | Rural | 7 | 324 |
| RUR | Woodlands | Rural | 8 | 480.06 |
| RUR | Woodlands | Rural | 9 | 2 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 12/29/2009 | 334 437 | | $0 | QUIT CLAIM | CARBO CERAMICS | DEVELOPMENT AUTHORITY OF WILKINSON CO |
| 7/23/2002 | 271 39 | | $3,888,200 | MULTI | SOUTHEAST MINERAL CORP OF AMERICA | CARBO CERAMICS |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $826,595 | $826,595 | $826,595 | $826,595 | $826,595 |
| Land Value | $822,776 | $822,776 | $822,776 | $822,776 | $822,776 |
| + Improvement Value | $3,819 | $3,819 | $3,819 | $3,819 | $3,819 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $826,595 | $826,595 | $826,595 | $826,595 | $826,595 |

## Sketches



**No data available for the following modules:** Land, Conservation Use Rural Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Photos.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.
User Privacy Policy
GDPR Privacy Notice

Last Data Upload: 5/1/2020, 3:48:09 PM                                        Version 2.3.57

Developed by
Schneider
GEOSPATIAL

 qPublic.net™ Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 073 009 IND |
| Location Address | 1880 DENT RD |
| Legal Description | TOOMSBORO PLANT & PLANT SITE |
| | (Note: Not to be used on legal documents) |
| Class | E1-Exempt |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 79.25 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 158 / 4 |
| Water | N/A |
| Sewer | N/A |
| Electric | N/A |
| Gas | N/A |
| Topography | N/A |
| Drainage | N/A |
| Road Class | N/A |
| Parcel Road Access | N/A |

Map Not Available

## Owner

WILKINSON COUNTY DEV AUTHORITY
P O BOX 525
IRWINTON, GA 31042

## Land

| Type | Description | Calculation Method | Square Footage | Frontage | Depth | Acres | Lots |
|---|---|---|---|---|---|---|---|
| Exempt | Industrial County Ac | Acres | 3,452,130 | 0 | 0 | 79.25 | 0 |

## Commercial Improvement Information

| | |
|---|---|
| Description | XZ–INDUSTRIAL |
| Value | $16,000,000 |
| Actual Year Built | 2005 |
| Effective Year Built | |
| Square Feet | 10000 |
| Wall Height | 25 |
| Wall Frames | |
| Exterior Wall | |
| Roof Cover | |
| Interior Walls | |
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 1 |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $16,257,563 | $16,257,563 | $16,257,563 | $16,257,563 | $16,257,563 |
| Land Value | $257,563 | $257,563 | $257,563 | $257,563 | $257,563 |
| + Improvement Value | $16,000,000 | $16,000,000 | $16,000,000 | $16,000,000 | $16,000,000 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $16,257,563 | $16,257,563 | $16,257,563 | $16,257,563 | $16,257,563 |

## Sketches

5/1/2020                    Beacon - Wilkinson County, GA - Report: 073 009 IND

**No data available for the following modules:** Rural Land, Conservation Use Rural Land, Residential Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Sales, Photos.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All data is subject to change.

User Privacy Policy
GDPR Privacy Notice



Last Data Upload: 5/1/2020, 3:48:09 PM                    Version 2.3.57

 Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 073 009 LE |
| Location Address | 1880 DENT RD |
| Legal Description | LEASEHOLD TOOMSBORO PLANT & PLANT SITE |
| | (Note: Not to be used on legal documents) |
| Class | I5-Industrial |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 79.25 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 158 / 4 |
| Water | N/A |
| Sewer | N/A |
| Electric | N/A |
| Gas | N/A |
| Topography | N/A |
| Drainage | N/A |
| Road Class | N/A |
| Parcel Road Access | N/A |

Map Not Available

## Owner

CARBO CERAMICS
C/O TAX DEPARTMENT
575 N DAIRY ASHFORD SUITE 300
HOUSTON, TX 77079

## Land

| Type | Description | Calculation Method | Square Footage | Frontage | Depth | Acres | Lots |
|---|---|---|---|---|---|---|---|
| Industrial | Industrial County Ac | Acres | 3,441,240 | 0 | 0 | 79.25 | 0 |

## Commercial Improvement Information

| | |
|---|---|
| Description | Ind Light Manufacturing-S-GD |
| Value | $7,379,200 |
| Actual Year Built | 2005 |
| Effective Year Built | |
| Square Feet | 10000 |
| Wall Height | 25 |
| Wall Frames | |
| Exterior Wall | |
| Roof Cover | |
| Interior Walls | |
| Floor Construction | |
| Floor Finish | |
| Ceiling Finish | |
| Lighting | |
| Heating | |
| Number of Buildings | 1 |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $7,616,776 | $7,616,776 | $7,616,776 | $7,616,776 | $7,616,776 |
| Land Value | $237,576 | $237,576 | $237,576 | $237,576 | $237,576 |
| + Improvement Value | $7,379,200 | $7,379,200 | $7,379,200 | $7,379,200 | $7,379,200 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $7,616,776 | $7,616,776 | $7,616,776 | $7,616,776 | $7,616,776 |

## Sketches

5/1/2020                          Beacon - Wilkinson County, GA - Report: 073 009 LE



**No data available for the following modules:** Rural Land, Conservation Use Rural Land, Residential Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Sales, Photos.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information from the last certified tax roll is current and is subject to change.
User Privacy Policy
GDPR Privacy Notice

Developed by


Last Data Upload: 5/1/2020, 3:48:59 PM                              Version 2.3.57

 **qPublic.net™** Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 084 013 |
| Location Address | DAY RD |
| Legal Description | 27 DENT PB 12/245 |
| | (Note: Not to be used on legal documents) |
| Class | A5-Agricultural |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 79.37 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 211 / 04 |
| Water | No Water |
| Sewer | No Sewer |
| Electric | No Electricity |
| Gas | Tank Gas |
| Topography | Rolling |
| Drainage | Good |
| Road Class | County |
| Parcel Road Access | No Road |

View Map

## Owner

CARBO CERAMICS
C/O TAX DEPARTMENT
575 N DAIRY ASHFORD SUITE 300
HOUSTON, TX 77079

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Woodlands | Rural | 4 | 29.37 |
| RUR | Woodlands | Rural | 5 | 17 |
| RUR | Woodlands | Rural | 6 | 17 |
| RUR | Woodlands | Rural | 7 | 16 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 7/23/2002 | 271 039 | 12 245 | $3,888,200 | MULTI | SOUTHEAST MINERAL CORPORATION | CARBO CERAMICS |
| 7/6/2001 | 260 528 | 12 245 | $1,215,000 | MULTI | REYNOLDS METALS | SOUTHEAST MINERAL CORPORATION OF AMERICA |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $101,378 | $101,378 | $101,378 | $101,378 | $101,378 |
| Land Value | $101,378 | $101,378 | $101,378 | $101,378 | $101,378 |
| + Improvement Value | $0 | $0 | $0 | $0 | $0 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $101,378 | $101,378 | $101,378 | $101,378 | $101,378 |

**No data available for the following modules:** Land, Conservation Use Rural Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Photos, Sketches.

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.
User Privacy Policy
GDPR Privacy Notice

Developed by
**Schneider**
GEOSPATIAL

 qPublic.net™ Wilkinson County, GA

## Summary

| | |
|---|---|
| Parcel Number | 085 001 |
| Location Address | THOMAS RD |
| Legal Description | LL 268 269 294 295 |
| | (Note: Not to be used on legal documents) |
| Class | A5-Agricultural |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY (District 01) |
| Millage Rate | 34.4 |
| Acres | 70.41 |
| Neighborhood | N/A |
| Homestead Exemption | No (S0) |
| Landlot/District | 295 / 03 |
| Water | No Water |
| Sewer | No Sewer |
| Electric | No Electricity |
| Gas | Tank Gas |
| Topography | Rolling |
| Drainage | Good |
| Road Class | County |
| Parcel Road Access | No Road |

View Map

## Owner

CARBO CERAMICS
C/O TAX DEPARTMENT
575 N DAIRY ASHFORD SUITE 300
HOUSTON, TX 77079

## Rural Land

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | Woodlands | Rural | 7 | 63.41 |
| RUR | Woodlands | Rural | 2 | 2 |
| RUR | Woodlands | Rural | 6 | 5 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 12/11/2008 | 327 128 | 4 119 | $79,211 | OTHER | BOONE JOSEPH A | SOUTHEAST MINERAL CORPORATION OF AMERICA |
| 12/11/2008 | 327 125 | 4 119 | $79,212 | INTEREST | W DOYLE DOMINY ESTATE | SOUTHEAST MINERAL CORPORATION OF AMERICA |
| 12/3/2008 | 327 604 | | $159,208 | ADJOINING PROPERTY | SOUTHEAST MINERAL CORPORATION | CARBO CERAMICS |
| 9/12/2007 | 318 603 | 4 119 | $77,000 | Land Market Sale | RICHARD Z. GRAVES LIMITED PART | BOONE JOSEPH A & DOMINY W DOYLE |
| 9/12/2007 | 318 601 | 4 119 | $0 | LEGAL | GRAVES RICHARD Z LIMITED PARTN | RICHARD Z. GRAVES LIMITED PARTNERSHIP |
| 6/1/2005 | 301 10 | 4 119 | $0 | QUIT CLAIM | HUGHES LUCY G | GRAVES RICHARD Z LIMITED PARTNERSHIP |
| 6/1/2005 | 301 7 | 4 119 | $0 | QUIT CLAIM | WALKER MELISSA G & LUCY HUGHS | HUGHES LUCY G |
| 8/28/1997 | 233 140 | 4 1 19 | $35,000 | TIMBER | | GRAVES RICHARD |

## Valuation

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| Previous Value | $88,455 | $88,455 | $88,455 | $88,455 | $88,455 |
| Land Value | $88,455 | $88,455 | $88,455 | $88,455 | $88,455 |
| + Improvement Value | $0 | $0 | $0 | $0 | $0 |
| + Accessory Value | $0 | $0 | $0 | $0 | $0 |
| = Current Value | $88,455 | $88,455 | $88,455 | $88,455 | $88,455 |

**No data available for the following modules:** Land, Conservation Use Rural Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Accessory Information, Prebill Mobile Homes, Permits, Photos, Sketches.

5/1/2020                                    Beacon - Wilkinson County, GA - Report: 085 001

The Wilkinson County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.

User Privacy Policy
GDPR Privacy Notice



Last Data Upload: 5/1/2020, 3:48:09 PM                          Version 2.3.57

**Exhibit F: [Docket 161] Liquidation Analysis**

# LIQUIDATION ANALYSIS

## Consolidating Liquidation Analysis: Low Recovery Scenario

| ($000s) | Notes | Net Book Value of Assets as of June 30, 2020 | | | | CCI | | Asset Guard | | StrataGen | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CCI | Asset Guard | StrataGen | Consolidated | $ | % | $ | % | $ | % | $ | % |
| **Gross Liquidation Proceeds** | | | | | | | | | | | | | |
| Cash & Cash Equivalents | A | $4,629 | $2,615 | $1,281 | $8,524 | 4,629 | 100% | $2,615 | 100% | $1,281 | 100% | $8,524 | 100% |
| Restricted Cash | B | 2,152 | - | - | 2,152 | 1,113 | 52% | - | 0% | - | 0% | 1,113 | 52% |
| Trade Receivables | C | 17,323 | 1,655 | 1,719 | 20,698 | 12,126 | 70% | 1,159 | 70% | 1,289 | 75% | 14,575 | 70% |
| Finished Goods | D | 22,287 | 1,846 | - | 24,133 | 1,916 | 9% | 282 | 15% | - | 0% | 2,199 | 9% |
| Raw Materials | E | 18,047 | 1,427 | - | 19,474 | 1,479 | 8% | 143 | 10% | - | 0% | 1,622 | 8% |
| Prepaid Expenses | F | 7,064 | 136 | 47 | 7,247 | - | 0% | - | 0% | - | 0% | - | 0% |
| Property, Plant, & Equipment | G | 53,473 | 2,957 | 269 | 56,700 | 3,925 | 7% | 2,575 | 87% | 26 | 10% | 6,526 | 12% |
| Software | H | - | - | 3,472 | 3,472 | - | 0% | - | 0% | 1,974 | 57% | 1,974 | 57% |
| Other Noncurrent Assets | I | 83,183 | - | - | 83,183 | - | 0% | - | 0% | - | 0% | - | 0% |
| **Total Gross Liquidation Proceeds** | | **$208,158** | **$10,636** | **$6,919** | **$225,713** | **$25,189** | **12%** | **$6,773** | **64%** | **$4,570** | **66%** | **$36,533** | **16%** |
| Encumbered Value | | | | | | $23,024 | | $4,198 | | $2,570 | | $29,792 | |
| Unencumbered Value | | | | | | $2,165 | | $2,575 | | $2,000 | | $6,740 | |
| (-) Wind-Down / Operating Expenses | J | | | | | ($6,416) | | ($3,045) | | ($1,125) | | ($10,586) | |
| (-) Chapter 7 Trustee Fees | K | | | | | (583) | 3.00% | (125) | 3.00% | (99) | 3.00% | (807) | 3.00% |
| (-) Chapter 7 Trustee Legal Fees & Financial Advisors | L | | | | | (1,265) | | (271) | | (214) | | (1,750) | |
| (-) Chapter 11 Professional Fee Carve-Out | M | | | | | (3,529) | | | | | | (3,529) | |
| **Net Liquidation Proceeds** | | | | | | **$13,395** | | **$3,333** | | **$3,133** | | **$19,861** | |
| Remaining Encumbered Value | | | | | | $13,395 | 80% | $3,333 | 80% | $2,570 | 80% | $19,298 | |
| Remaining Unencumbered Value | | | | | | $0 | | $0 | | $563 | | $563 | |

| Claims Recovery Analysis | | Claim | | | | CCI | | ASSETGUARD | | STRATAGEN | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class  Claim | Notes | CCI | ASSETGUARD | STRATAGEN | Consolidated | $ | % | $ | % | $ | % | $ | % |
| 0 DIP Claims | N | $15,420 | $15,420 | $15,420 | $15,420 | $8,954 | 100% | $3,333 | 27% | $3,133 | 20% | $15,420 | 100% |
| 1 Other Priority Claims | O | 343 | 57 | - | 400 | 343 | 100% | - | 0% | - | N/A | 343 | 86% |
| 2 Other Secured Claims | P | 1,326 | - | - | 1,326 | 1,326 | 100% | - | N/A | - | N/A | 1,326 | 100% |
| 3 Prepetition Lender Secured Claims | Q | 65,000 | - | - | 65,000 | 2,771 | 4% | - | N/A | - | N/A | 2,771 | 4% |
| 4 General Unsecured Claims | R | 66,041 | 816 | 961 | 67,818 | - | 0% | - | 0% | - | 0% | - | 0% |
| 4 Prepetition Lender Deficiency Claims | R | 62,229 | - | - | 62,229 | - | 0% | - | N/A | - | N/A | - | 0% |
| 5 Intercompany Claims | S | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| 6 Intercompany Interests | T | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| 7 Section 510(b) Claims | U | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| 8 CARBO Interests | V | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| **Total Recovery** | | **$210,359** | **$16,293** | **$16,381** | **$212,193** | **$13,395** | **6%** | **$3,333** | **20%** | **$3,133** | **19%** | **$19,861** | **9%** |

## Consolidating Liquidation Analysis: Mid Recovery Scenario

| ($000s) | Notes | Net Book Value of Assets as of June 30, 2020 | | | | CCI | | Asset Guard | | StrataGen | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CCI | Asset Guard | StrataGen | Consolidated | $ | % | $ | % | $ | % | $ | % |
| **Gross Liquidation Proceeds** | | | | | | | | | | | | | |
| Cash & Cash Equivalents | A | $4,629 | $2,615 | $1,281 | $8,524 | 4,629 | 100% | $2,615 | 100% | $1,281 | 100% | $8,524 | 100% |
| Restricted Cash | B | 2,152 | - | - | 2,152 | 1,661 | 77% | - | 0% | - | 0% | 1,661 | 77% |
| Trade Receivables | C | 17,323 | 1,655 | 1,719 | 20,698 | 13,859 | 80% | 1,324 | 80% | 1,461 | 85% | 16,644 | 80% |
| Finished Goods | D | 22,287 | 1,846 | - | 24,133 | 2,825 | 13% | 350 | 19% | - | 0% | 3,176 | 13% |
| Raw Materials | E | 18,047 | 1,427 | - | 19,474 | 1,959 | 11% | 214 | 15% | - | 0% | 2,173 | 11% |
| Prepaid Expenses | F | 7,064 | 136 | 47 | 7,247 | - | 0% | - | 0% | - | 0% | - | 0% |
| Property, Plant, & Equipment | G | 53,473 | 2,957 | 269 | 56,700 | 5,489 | 10% | 3,435 | 116% | 39 | 15% | 8,964 | 16% |
| Software | H | - | - | 3,472 | 3,472 | - | 0% | - | 0% | 2,461 | 71% | 2,461 | 71% |
| Other Noncurrent Assets | I | 83,183 | - | - | 83,183 | - | 0% | - | 0% | - | 0% | - | 0% |
| **Total Gross Liquidation Proceeds** | | **$208,158** | **$10,636** | **$6,919** | **$225,713** | **$30,421** | **15%** | **$7,939** | **75%** | **$5,242** | **76%** | **$43,602** | **19%** |
| Encumbered Value | | | | | | $27,455 | | $4,503 | | $2,742 | | $34,700 | |
| Unencumbered Value | | | | | | $2,966 | | $3,435 | | $2,500 | | $8,902 | |
| (-) Wind-Down / Operating Expenses | J | | | | | ($6,416) | | ($3,045) | | ($1,125) | | ($10,586) | |
| (-) Chapter 7 Trustee Fees | K | | | | | (724) | 3.00% | (160) | 3.00% | (119) | 3.00% | (1,003) | 3.00% |
| (-) Chapter 7 Trustee Legal Fees & Financial Advisors | L | | | | | (1,264) | | (279) | | (207) | | (1,750) | |
| (-) Chapter 11 Professional Fee Carve-Out | M | | | | | (3,529) | | - | | | | (3,529) | |
| **Net Liquidation Proceeds** | | | | | | **$18,488** | | **$4,456** | | **$3,791** | | **$26,735** | |
| Remaining Encumbered Value | | | | | | $18,488 | | $4,456 | | $2,742 | | $25,686 | |
| Remaining Unencumbered Value | | | | | | $0 | | $0 | | $1,049 | | $1,049 | |

| Claims Recovery Analysis | | Claim | | | | CCI | | ASSETGUARD | | STRATAGEN | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class  Claim | Notes | CCI | ASSETGUARD | STRATAGEN | Consolidated | $ | % | $ | % | $ | % | $ | % |
| 0 DIP Claims | N | $15,406 | $15,406 | $15,406 | $15,406 | $7,159 | 100% | $4,456 | 38% | $3,791 | 25% | $15,406 | 100% |
| 1 Other Priority Claims | O | 343 | 57 | - | 400 | 343 | 100% | - | 0% | - | N/A | 343 | 86% |
| 2 Other Secured Claims | P | 1,326 | - | - | 1,326 | 1,326 | 100% | - | N/A | - | N/A | 1,326 | 100% |
| 3 Prepetition Lender Secured Claims | Q | 65,000 | - | - | 65,000 | 9,660 | 15% | - | N/A | - | N/A | 9,660 | 15% |
| 4 General Unsecured Claims | R | 68,041 | 816 | 961 | 69,818 | - | 0% | - | 0% | - | 0% | - | 0% |
| 4 Prepetition Lender Deficiency Claims | R | 55,340 | - | - | 55,340 | - | 0% | - | N/A | - | N/A | - | 0% |
| 5 Intercompany Claims | S | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| 6 Intercompany Interests | T | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| 7 Section 510(b) Claims | U | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| 8 CARBO Interests | V | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| **Total Recovery** | | **$205,456** | **$16,278** | **$16,367** | **$207,290** | **$18,488** | **9%** | **$4,456** | **27%** | **$3,791** | **23%** | **$26,735** | **13%** |

| Consolidating Liquidation Analysis: High Recovery Scenario | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Notes | Net Book Value of Assets as of June 30, 2020 | | | | CCI | | Asset Guard | | StrataGen | | Consolidated | |
| ($000s) | | CCI | Asset Guard | StrataGen | Consolidated | $ | % | $ | % | $ | % | $ | % |
| **Gross Liquidation Proceeds** | | | | | | | | | | | | | |
| Cash & Cash Equivalents | A | $4,629 | $2,615 | $1,281 | $8,524 | $4,629 | 100% | $2,615 | 100% | $1,281 | 100% | $8,524 | 100% |
| Restricted Cash | B | 2,152 | - | - | 2,152 | 2,152 | 100% | - | 0% | - | 0% | 2,152 | 100% |
| Trade Receivables | C | 17,323 | 1,655 | 1,719 | 20,698 | 15,591 | 90% | 1,490 | 90% | 1,633 | 95% | 18,714 | 90% |
| Finished Goods | D | 22,287 | 1,846 | - | 24,133 | 3,734 | 17% | 438 | 23% | - | 0% | 4,153 | 17% |
| Raw Materials | E | 18,047 | 1,427 | - | 19,474 | 2,439 | 14% | 285 | 20% | - | 0% | 2,724 | 14% |
| Prepaid Expenses | F | 7,064 | 136 | 47 | 7,247 | - | 0% | - | 0% | - | 0% | - | 0% |
| Property, Plant, & Equipment | G | 53,473 | 2,957 | 269 | 56,700 | 7,052 | 13% | 4,296 | 145% | 52 | 19% | 11,401 | 20% |
| Software | H | - | - | 3,472 | 3,472 | - | 0% | - | 0% | 2,948 | 85% | 2,948 | 85% |
| Other Noncurrent Assets | I | 83,183 | - | - | 83,183 | - | 0% | - | 0% | - | 0% | - | 0% |
| **Total Gross Liquidation Proceeds** | | $208,158 | $10,636 | $6,919 | $225,713 | $35,597 | 17% | $9,104 | 86% | $5,914 | 85% | $50,616 | 22% |
| **Encumbered Value** | | | | | | $31,830 | | $4,808 | | $2,914 | | $39,552 | |
| **Unencumbered Value** | | | | | | $3,767 | | $4,296 | | $3,000 | | $11,063 | |
| (-) Wind-Down / Operating Expenses | J | | | | | ($6,416) | | ($3,045) | | ($1,125) | | ($10,586) | |
| (-) Chapter 7 Trustee Fees | K | | | | | (864) | 3.00% | (155) | 3.00% | (139) | 3.00% | (1,198) | 3.00% |
| (-) Chapter 7 Trustee Legal Fees & Financial Advisors | L | | | | | (1,263) | 3.00% | (284) | 3.00% | (203) | 3.00% | (1,750) | 3.00% |
| (-) Chapter 11 Professional Fee Carve-Out | M | | | | | (3,529) | | - | | - | | (3,529) | |
| **Net Liquidation Proceeds** | | | | | | $23,524 | | $5,581 | | $4,448 | | $33,553 | |
| **Remaining Encumbered Value** | | | | | | $23,524 | | $4,808 | | $2,914 | | $31,247 | |
| **Remaining Unencumbered Value** | | | | | | $0 | | $772 | | $1,533 | | $2,306 | |
| **Claims Recovery Analysis** | | Claim | | | | CCI | | ASSETGUARD | | STRATAGEN | | Consolidated | |
| Class  Claim | Notes | CCI | ASSETGUARD | STRATAGEN | Consolidated | $ | % | $ | % | $ | % | $ | % |
| 0 DIP Claims | N | $15,391 | $15,391 | $15,391 | $15,391 | $5,363 | 100% | $5,581 | 51% | $4,448 | 29% | $15,391 | 100% |
| 1 Other Priority Claims | O | 343 | 57 | - | 400 | 343 | 100% | - | 0% | - | N/A | 343 | 86% |
| 2 Other Secured Claims | P | 1,326 | - | - | 1,326 | 1,326 | 100% | - | N/A | - | N/A | 1,326 | 100% |
| 3 Prepetition Lender Secured Claims | Q | 65,000 | - | - | 65,000 | 16,493 | 25% | - | N/A | - | N/A | 16,493 | 25% |
| 4 General Unsecured Claims | R | 70,041 | 816 | 961 | 71,818 | - | 0% | - | 0% | - | 0% | - | 0% |
| 4 Prepetition Lender Deficiency Claims | R | 48,507 | - | - | 48,507 | - | 0% | - | N/A | - | N/A | - | 0% |
| 5 Intercompany Claims | S | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| 6 Intercompany Interests | T | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| 7 Section 510(b) Claims | U | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| 8 CARBO Interests | V | - | - | - | - | - | N/A | - | N/A | - | N/A | - | 0% |
| **Total Recovery** | | $200,609 | $16,264 | $16,352 | $202,442 | $23,524 | 12% | $5,581 | 34% | $4,448 | 27% | $33,553 | 17% |

**III.**     **Notes to Liquidation Analysis**

*Gross Liquidation Proceeds*

**A.     Cash & Cash Equivalents**

- Cash & cash equivalents are shown net of restricted cash and cash maintained in foreign jurisdictions.

- Cash balances held in foreign bank accounts are assumed not to be recoverable in a liquidation scenario as such funds will be used to wind down the Debtors' foreign entities and/or are not permitted to be repatriated.  As of March 31, 2020, the Debtors' foreign bank accounts held approximately $683,000.

**B.     Restricted Cash**

- Restricted cash is held in segregated accounts in support of the Debtors' prepetition obligations for letters of credit, performance bonds, and other contingent obligations.  The Debtors' restricted cash also includes postpetition adequate assurance utility deposits.

- The forecasted restricted cash balance assumes that certain counterparties will have drawn on letters of credit and other collateral support, due to defaults under counterparty agreements, by the Conversion Date.

- Recoveries of CCI's restricted cash range from 52% to 100% based on the forecasted underlying claims owed to certain counterparties.

**C.     Trade Receivables**

- Trade receivables are based on the Debtors' business plan through the Conversion Date.

- Trade receivable recoveries incorporate counterparty risk, which is enhanced in the current distressed environment.  The Liquidation Analysis assumes recoveries of 70% to 90% for CCI's trade receivables and 75% to 95% for Asset Guard's and StrataGen's trade receivables.  Higher recoveries are assumed for Asset Guard and StrataGen because those entities will continue operating during and after the marketing and sale process.

- As of the Conversion Date, trade receivable recoveries from Asset Guard and StrataGen are utilized to fund operations during the chapter 7 cases.  Trade receivables generated during the chapter 7 cases and outstanding as of the sale dates are assumed to be acquired by the buyer(s) of Asset Guard and StrataGen.

**D.     Finished Goods Inventory**

- Finished goods inventory includes the Debtors' finished manufactured products.

- CCI is estimated to have over 90 million pounds of finished goods inventory.  Recoveries are assumed to be approximately 9% to 17% of net book value, based on current market conditions, with varying recoveries for each of CCI's product categories.

- Recoveries for Asset Guard's finished goods inventory range from 15% to 23% of net book value, with recoveries varying for different product categories.  While ranges for finished goods inventory have been provided, the Liquidation Analysis assumes that Asset Guard is sold as a going concern business, with Asset Guard's remaining inventory as of the assumed sale date being purchased by the buyer.

- StrataGen has no inventory.

**E.     Raw Materials Inventory**

- Raw materials inventory include the Debtors' current and long-term raw materials used in the production of their various products.

- Recoveries of CCI's raw materials range from 8% to 14% of net book value, varying for each of the

different categories of raw materials.

- Recoveries of Asset Guard's raw materials range from 10% to 20% of net book value for all of its raw materials. While specific ranges for this raw materials inventory have been provided, the Liquidation Analysis assumes that Asset Guard is sold as a going concern business, with remaining inventory as of the assumed sale date being purchased by the buyer.

- StrataGen has no inventory.

**F.     Prepaid Expenses**

- Prepaid expenses include the Debtors' prepayments to trade vendors, insurance providers, taxing authorities, railcar lessors, and software licensors.

- Each of these prepaid expenses is presumed either to amortize during the chapter 7 cases or otherwise provide no recovery value in a liquidation.

**G.     Property, Plant & Equipment**

- Property, plant & equipment include the Debtors' real estate, machinery, mineral rights, computer hardware and software, and vehicles located at or near the Debtors' owned and leased properties. These properties include manufacturing facilities at McIntyre, Georgia; Toomsboro, Georgia; Eufaula, Alabama; New Iberia, Louisiana; and Decatur, Texas. Additional locations include the Company's leased corporate office and technology center; owned and leased North American distribution centers; an office building in New Iberia, Louisiana; and a sand plant in Marshfield, Wisconsin.

- Proceeds from the liquidation of CCI's property, plant & equipment are based on indications of interest and feedback received from prospective third-party buyers during the Debtors' prepetition marketing process, adjusted for the fire-sale nature of a forced liquidation. Total recoveries from CCI's property, plant & equipment are assumed to range from $3.9 to $7.1 million.

- The Liquidation Analysis assumes that Asset Guard is sold as a going concern business, inclusive of all inventory and accounts receivable generated after the Conversion Date. Total proceeds for Asset Guard, exclusive of cash and trade receivables as of the Conversion Date, are estimated to range from $3 to $5 million. This range is based on indications of interest and feedback received from prospective third-party buyers during the Debtors' prepetition marketing process, adjusted for the fire-sale nature of a forced sale.

- StrataGen's property, plant & equipment includes vehicles, office equipment, and computer hardware. Recoveries of these assets are assumed to range from 10% to 20% of net book value. While specific ranges for property, plant & equipment have been reflected, the liquidation analysis assumes that StrataGen is sold as a going concern business, with the majority of the purchase price allocated to StrataGen's software assets.

**H.     Software**

- The Debtors' software assets include StrataGen's software assets.

- Neither CCI nor Asset Guard have any material software assets.

- The Liquidation Analysis assumes that StrataGen is sold as a going concern business, inclusive of all inventory and accounts receivable generated after the Conversion Date. Total proceeds for StrataGen, exclusive of cash and trade receivables as of the Conversion Date, are estimated to range from $2 to $3 million. Other than those proceeds allocated to property, plant & equipment, the remainder of the proceeds for StrataGen are allocated to software assets. This range is based on indications of interest and feedback received from third-party buyers during the Debtors' prepetition marketing process, adjusted for the fire-sale nature of a forced sale.

## Exhibit G: SEC Filing (10-K) from the SEC Edgar Database: December 31, 2018

**16.     Commitments**

The Company has an agreement with a supplier to purchase at least 50 percent of the annual kaolin requirements for the Eufaula, Alabama plant at specified contract prices.  In May 2017, the agreement was extended for an additional three years.  For the years ended December 31, 2018 and 2017, the Company purchased from the supplier $1,141 and $2,207, respectively, of kaolin under the agreement.

The Company has a mining agreement with a contractor to purchase 100% percent of the annual kaolin requirements for the Company's McIntyre and Toomsboro, Georgia plants at specified contract prices, from lands owned or leased by either the Company or the contractor.   The agreement remains in effect until such time as all Company-owned minerals have been depleted.  For the years ended December 31, 2018 and 2017, the Company purchased $2,161 and $950, respectively, of kaolin under the agreement.

The Company had an agreement with a supplier to provide frac sand for the Company's Marshfield, Wisconsin plant at a specified contract price.  The terms of the agreement required the Company to purchase minimum annual amounts and remained in effect until the specified sand was depleted.  For the years ended December 31, 2018 and 2017, the Company purchased $2,452 and $3,837, respectively, of frac sand under this agreement.  The mine was depleted in 2018 and there are no future commitments under this agreement.

The Company has an agreement with a supplier to purchase wet sand at specified contract prices.  The two-year agreement began January 1, 2018 and requires the Company to purchase 720,000 tons over the two-year contract.  Any shortfall would be due from the Company at two dollars per ton.  As of December 31, 2018, there was approximately 435,000 remaining to be purchased under the agreement.  For the year ended December 31, 2018, the Company purchased $4,586 of wet sand under this agreement.  In addition, the Company has an agreement with a sand processing company to process sand at specified prices.  The two year agreement also began January 1, 2018 and requires the Company to process at least 10,000 tons per month on a rolling three-month average.  Any shortfall would be due from the Company at seven dollars per ton.   The Company provided an upfront capital infusion to the sand processing company to facilitate the processing of wet sand and will be repaid to the Company as an offset to future sand processing charges.  As of December 31, 2018, the total amount due to the Company relating to the unrecovered capital infusion and other receivables was approximately $716, which is recorded within prepaid expenses and other current assets.  For the year ended December 31, 2018, the Company spent $2,369 in net sand processing charges under this agreement.

The Company had an agreement with a supplier to provide hydro sized sand for the Company's Marshfield, Wisconsin plant at a specified contract price.  The Company agreed to purchase a minimum of 40,000 tons with the option to purchase additional hydro sized sand at the Company's discretion.  As of December 31, 2018, the Company purchased $1,077 of hydro sized sand under this agreement.  As of December 31, 2018, the Company had not yet purchased any hydro sized sand under this agreement.  There are no further commitments under this agreement.

The Company entered into a lease agreement dated November 1, 2008 ("2008 Agreement") with the Development Authority of Wilkinson County (the "Wilkinson County Development Authority").  Pursuant to the 2008 Agreement, the Wilkinson County Development Authority holds the title to the real and personal property of the Company's McIntyre and Toomsboro manufacturing facilities and leases the facilities to the Company for an annual administrative fee of $50 per year. The Company elected the renewal option on November 1, 2017, which extended the lease through November 1, 2021.  At any time prior to the scheduled termination of the lease, the Company has the option to terminate the lease and purchase the property for a nominal fee plus the payment of any rent payable through the balance of the lease term.  Furthermore, the Company has security interests in the titles held by the Development

F-22

Authority.  The Company has also entered into a Memorandum of Understanding (the "MOU") with the Development Authority and other local agencies, under which the Company receives tax incentives in exchange for its commitment to invest in the county and increase employment.  The Company is required to achieve certain employment levels in order to retain its tax incentives.  In the event the Company does not meet the agreed-upon employment targets or the MOU is otherwise terminated, the Company would be subjected to additional property taxes annually.  Based on adverse economic conditions beyond the Company's control that negatively impacted employment levels, a notice dated February 1, 2016 sent by the Company to the Development Authority of Wilkinson County declared a force majeure, which suspended employment levels defined in the original agreement and preserved tax incentives until further notification of the restart of plant operations.  The Development Authority of Wilkinson County has not challenged the Company's declaring a force majeure.  The properties subject to these lease agreements are included in Property, Plant and Equipment (net book value of $104,179 at December 31, 2018) in the accompanying consolidated financial statements.

**Exhibit H: [Docket 197] Carbo Ceramics Schedule A/B Real Property**

Debtor    CARBO Ceramics, Inc.                                Case number (if known) 20-31973
         (Name)

---

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
| --- | --- |

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.    VEHICLES - VARIOUS | $27,502.29 | BOOK VALUE | $27,502.29 |
| **48.  WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** *EXAMPLES:* BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **NONE** | | | |
| **49.  AIRCRAFT AND ACCESSORIES** | | | |
| **NONE** | | | |
| **50.  OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    OTHER MATCHINERY, FIXTURES AND EQUIPMENT, EXCLUDING FARM EQUIPMENT | $21,358,632.37 | BOOK VALUE | $21,358,632.37 |

**51  Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.                                        $21,386,134.66

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 9: | REAL PROPERTY |
| --- | --- |

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.    CORP OFFICE - 575 NORTH DAIRY ASHFORD, SUITE 300 HOUSTON TX | LEASEHOLD IMPROVEMENTS | $4,358.00 | BOOK VALUE | UNDETERMINED |
| 55.2.    DISTRIBUTION CENTER - 1975 BLAIRTOWN AVE ROCK SPRINGS WY | OWNER | $882,737.81 | BOOK VALUE | UNDETERMINED |
| 55.3.    DISTRIBUTION CENTER - 2346 COUNTY ROAD 115 ALICE TX | OWNER | $380,000.16 | BOOK VALUE | UNDETERMINED |
| 55.4.    DISTRIBUTION CENTER - 51 MAIN ST. DOUGLAS ND | OWNER | $379,999.58 | BOOK VALUE | UNDETERMINED |
| 55.5.    DISTRIBUTION CENTER - 8010 43 STREET LEDUC ALBERTA | OWNER | $422,069.55 | BOOK VALUE | UNDETERMINED |

Debtor   CARBO Ceramics, Inc.
(Name)

Case 20-31973   Document 197   Filed in TXSB on 04/22/20   Page 23 of 223

Case number (if known) _____

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.6. DISTRIBUTION CENTER - 8715 PARK RD.  GRAND PRAIRIE ALBERTA | OWNER | $349,999.58 | BOOK VALUE | UNDETERMINED |
| 55.7. MFG PLANT - 1800 DENT RD TOOMSBORO GA | OWNER | $9,979,876.96 | BOOK VALUE | UNDETERMINED |
| 55.8. MFG PLANT - 2295 WRILEY ROAD MCINTYRE GA | OWNER | $11,401,075.63 | BOOK VALUE | UNDETERMINED |
| 55.9. MFG PLANT - 2301 EAST 4TH STREET MARSHFIELD WI | OWNER | $7,076,341.95 | BOOK VALUE | UNDETERMINED |
| 55.10. MFG PLANT - 36 ARCH DR. EUFAULA AL | OWNER | $2,801,687.53 | BOOK VALUE | UNDETERMINED |
| 55.11. MFG PLANT - 4810 INDUSTRIAL BLVD. NEW IBERIA LA | OWNER | $826,587.44 | BOOK VALUE | UNDETERMINED |
| 55.12. OFFICE BLDG - 4701 W. ADMIRAL DOYLE DRIVE NEW IBERIA LA | OWNER | $841,119.82 | BOOK VALUE | UNDETERMINED |
| 55.13. TECH CENTER - 5050 WESTWAY PARK BLVD., SUITE 150 HOUSTON TX | LEASEHOLD IMPROVEMENTS | $1,657,981.47 | BOOK VALUE | UNDETERMINED |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | | | | UNDETERMINED

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 10:   INTANGIBLES AND INTELLECTUAL PROPERTY**

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1. PATENT (ALLOWED) - ELECTRICALLY CONDUCTIVE PROPPANT AND METHODS FOR DETECTING, LOCATING AND CHARACTERIZING THE ELECTRICALLY CONDUCTIVE PROPPANT (EA) | UNDETERMINED | N/A | UNDETERMINED |
| 60.2. PATENT (ALLOWED) - METHODS AND SYSTEMS FOR INFUSING POROUS CERAMIC PROPPANT WITH A CHEMICAL TREATMENT AGENT (EA) | UNDETERMINED | N/A | UNDETERMINED |
| 60.3. PATENT (ALLOWED) - SYSTEMS AND METHODS FOR LOCATING AND IMAGING PROPPANT IN AN INDUCED FRACTURE (US) | UNDETERMINED | N/A | UNDETERMINED |
| 60.4. PATENT (ISSUED) - CERAMIC PARTICLES FOR USE IN A SOLAR POWER TOWER (US) | UNDETERMINED | N/A | UNDETERMINED |
| 60.5. PATENT (ISSUED) - CERAMIC PARTICLES FOR USE IN A SOLAR POWER TOWER (US) | UNDETERMINED | N/A | UNDETERMINED |
| 60.6. PATENT (ISSUED) - COMPOSITION AND METHOD FOR HYDRAULIC FRACTURING AND EVALUATION AND DIAGNOSTICS OF HYDRAULIC FRACTURES USING INFUSED POROUS CERAMIC PROPPANT (US) | UNDETERMINED | N/A | UNDETERMINED |
| 60.7. PATENT (ISSUED) - COMPOSITION AND METHOD FOR HYDRAULIC FRACTURING AND EVALUATION AND DIAGNOSTICS OF HYDRAULIC FRACTURES USING INFUSED POROUS CERAMIC PROPPANT (US) | UNDETERMINED | N/A | UNDETERMINED |

**Exhibit I: [Docket 6] Acres in Georgia / Alabama & Nominal Wilkinson Lease**

18.     Additionally, CARBO leases two manufacturing facilities located in McIntyre, Georgia and Toomsboro, Georgia, which are covered by a single lease. At the termination of the lease, title to all of the real property and plant facilities is to be conveyed to CARBO in exchange for nominal consideration. These facilities primarily use locally-mined kaolin for the production of ceramic proppant products. Each facility includes real property and plant facilities that CARBO leases from the Development Authority of Wilkinson County in Georgia. The original lease was executed in 1997 and was last amended in 2008. The term of the current lease was automatically extended through November 1, 2021. Under the terms of the lease, CARBO is responsible for all costs incurred in connection with the premises, including costs of construction of the plant facilities and equipment.

19.     CARBO also owns a sand processing plant in Marshfield, Wisconsin, including the land on which the plant facilities are located. The Marshfield plant became operational in 2012. In addition, CARBO owns approximately 2,957 acres of land and mineral leasehold interests near its plants in Georgia and Alabama. The land contains kaolin and other raw material for use in the production of CARBO's lightweight ceramic proppants. CARBO also holds approximately 469 acres of land and mineral leasehold interests in Wisconsin. CARBO owns distribution facilities located in Douglas, North Dakota, Alice, Texas, and Rock Springs, Wyoming and otherwise utilizes distribution facilities in multiple other locations around the United States and internationally.

20.     Finally, Asset Guard owns its manufacturing facility located in Decatur, Texas, and leases other regional service facilities within the United States. The Company also owns certain intellectual property related to software and consulting products.

9

## Exhibit J: Alabama Assessed Properties

(source below table)

| Parcel | Name | TL Mkt Value | Yrly Tax | Total Acres | Website |
|---|---|---|---|---|---|
| 06 24 03 05 3 006 006.000 | CARBO CERAMICS INC | $ 6,369,000.00 | $ 29,300.40 | 0 | https://www.alabamagis.com/Barbour/reports/prc_Main.CFM?Master__Master_key=06%2024%2003%2005%203%20006%20006%2E000 |
| 06 24 03 05 3 006 007.000 | CARBO CERAMICS INC | $ 543,200.00 | $ 4,620.20 | 0 | https://www.alabamagis.com/Barbour/reports/prc_Main.CFM?Master__Master_key=06%2024%2003%2005%203%20006%20007%2E000 |
| 06 24 03 05 3 006 007.800 | CARBO CERAMICS INC | $ 805,100.00 | $ 6,846.35 | 0 | https://www.alabamagis.com/Barbour/reports/prc_Main.CFM?Master__Master_key=06%2024%2003%2005%203%20006%20007%2E800 |
| 06 24 03 06 4 003 004.000 | CARBO CERAMICS INC | $ 31,200.00 | $ 268.20 | 7.8 | https://www.alabamagis.com/Barbour/reports/prc_Main.CFM?Master__Master_key=06%2024%2003%2006%204%20003%20004%2E000 |
| 37 05 05 22 0 000 001.000 | CARBO CERAMICS INC | $ 21,840.00 | $678.48 for 2019 | 16 | https://www.alabamagis.com/Henry/CamaTemplates/reports/prc_Main.CFM?Master__Master_key=37%2005%2005%2022%200%20000%20001%2E000 |
| 37 05 06 23 0 000 012.000 | CARBO CERAMICS INC | $ 8,190.00 | $344.66 for 2019 | 6 | https://www.alabamagis.com/Henry/CamaTemplates/reports/prc_Main.CFM?Master__Master_key=37%2005%2006%2023%200%20000%20012%2E000 |

5/2/2020                                                      Barbour County AL

## Property Record Card

Print Close



### Parcel Info

| Parcel Number | | | Account # | Exempt | |
|---|---|---|---|---|---|
| 2403053006006000 | | | 86070 | N | |
| Subdivision | 009999-N/A | | | | |
| Neighborhood | -- | | | | |

| District | City | S-T-R | Acreage | Lot Size | Deed B/P |
|---|---|---|---|---|---|
| 01 | 01 | 05-10N-29E | 0 | 0 X 0 | B-000000 P-000000 D-01/01/1900 |
| Legal | 277 X 255.5 IRR LOT W 1/2 SW 1/4 | | | | |

**AMENTITES** X
**ROAD** X
**TOPO** X
**ELEC**
**WATER** X
**GAS** X

### Owner

| Name | CARBO CERAMICS INC A DELLAWARE CORP | |
|---|---|---|
| Mailing Addr | 4701 WEST ADMIRAL DOYLE DR. NEW IBERIA, LA  70560 | Physical Addr |

### Values

| Land Total: | $3,500.00 |
|---|---|
| Building Total: | $6,365,500.00 |
| Appraised Value: | $6,369,000.00 |
| Yrly Tax: | $29,300.40 |

### Building

| | Bldg No | Use Type | Yr Built | Base Area | Upper Area | Story | Appr Value |
|---|---|---|---|---|---|---|---|
| Detail | 1 | 0300 | 2016 | 33715 | 0 | 1 | $6,308,600.00 |

### Misc Improvements

| Code | Desc | Dim | Yr Built | Value |
|---|---|---|---|---|
| 4417 | WALL-RET WALL RETAINING CONCRETE BLOCK 8" | 800 X 10 | 2016 | $56,900.00 |

### Land

| GR# | CL | EX | PEN | TYPE | ACRES | GR Desc | ADJ | ADJ | ADJ | ADJ | PRE_APPR | APPR | BOE | ASSESSED | PEN | ORIG-APPR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | Y | N | 1 | 0 | L | 0 | 0 | 0 | 0 | 3500 | 3500 | 0 | 700 | | 3500 |

5/2/2020                                                    Barbour County AL

## Property Record Card
<span style="color:red">Print</span> Close



### Parcel Info

| Parcel Number | | | Account # | Exempt |
|---|---|---|---|---|
| 2403053006007000 | | | 86070 | N |

| | AMENTITES | X |
|---|---|---|
| | ROAD | X |
| | TOPO | X |
| | ELEC | |
| | WATER | X |
| | GAS | X |

| Subdivision | 009999-N/A |
|---|---|
| Neighborhood | -- |

| District | City | S-T-R | Acreage | Lot Size | Deed B/P |
|---|---|---|---|---|---|
| 01 | 01 | 05-10N-29E | 0 | 0 X 0 | B-00E107 P-000797 D-06/30/1987 |

| Legal | A TRACT DESC AS BEG AT INTER OF W/L OF SW 1/4 WITH N ROW OF COGRR; TH NE ALG RR 1400'; W 760'; SW 395'; S 42'; SE 255.5'; S 134.2'; W 211.8'; S 375' TO POB PT W 1/2 OF SW 11 ACRES |
|---|---|

### Owner

| Name | CARBO CERAMICS INC A DELLAWARE CORP | |
|---|---|---|
| Mailing Addr | 4701 WEST ADMIRAL DOYLE DR. NEW IBERIA, LA 70560 | Physical Addr |

### Values

| Land Total: | $38,500.00 |
|---|---|
| Building Total: | $504,700.00 |
| Appraised Value: | $543,200.00 |
| Yrly Tax: | $4,620.20 |

### Building

| | Bldg No | Use Type | Yr Built | Base Area | Upper Area | Story | Appr Value |
|---|---|---|---|---|---|---|---|
| Detail | 1 | 0610 | 1978 | 1800 | 0 | 1 | $42,600.00 |
| Detail | 2 | 0530 | 1978 | 306 | 0 | 1 | $1,300.00 |
| Detail | 3 | 0200 | 1987 | 25000 | 0 | 1 | $334,400.00 |
| Detail | 4 | 0610 | 2002 | 3219 | 0 | 1 | $126,400.00 |

### Land

| GR# | CL | EX | PEN | TYPE | ACRES | GR Desc | ADJ | ADJ | ADJ | ADJ | PRE_APPR | APPR | BOE | ASSESSED | PEN | ORIG-APPR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | N | N | 1 | 0 | A | 0 | 0 | 0 | 0 | 38500 | 38500 | 0 | 7700 | | 38500 |

5/2/2020                                    Barbour County AL

## Property Record Card                                    Print Close

### Parcel Info

| Parcel Number | | | Account # | Exempt | AMENTITES | X |
|---|---|---|---|---|---|---|
| 2403053006007800 | | | 110880 | N | ROAD | X |
| | | | | | TOPO | X |
| Subdivision | 009999-N/A | | | | ELEC | |
| Neighborhood | -- | | | | WATER | X |
| | | | | | GAS | X |

| District | City | S-T-R | Acreage | Lot Size | Deed B/P |
|---|---|---|---|---|---|
| 01 | 01 | 05-10N-29E | 0 | 0 X 0 | B-000000 P-000000 D-01/01/1900 |

| Legal | |
|---|---|

### Owner

| Name | CARBO CERAMICS INC | |
|---|---|---|
| Mailing Addr | 4701 WEST ADMIRAL DOYLE DR.<br>NEW IBERIA, LA 70560 | Physical Addr |

### Values

| Land Total: | $0.00 |
|---|---|
| Building Total: | $805,100.00 |
| Appraised Value: | $805,100.00 |
| Yrly Tax: | $6,846.35 |

### Building

| | Bldg No | Use Type | Yr Built | Base Area | Upper Area | Story | Appr Value |
|---|---|---|---|---|---|---|---|
| Detail | 1 | 0200 | 0 | 1500 | 0 | 1 | $16,600.00 |
| Detail | 2 | 0200 | 0 | 30000 | 0 | 1 | $285,300.00 |
| Detail | 3 | 0200 | 0 | 50000 | 0 | 1 | $503,200.00 |

5/2/2020                                          Barbour County AL

## Property Record Card

Print  Close



### Parcel Info

| Parcel Number | | | Account # | Exempt | AMENTITES | X |
|---|---|---|---|---|---|---|
| 2403064003004000 | | | 86070 | N | ROAD | X |
| | | | | | TOPO | X |
| Subdivision | 009999-N/A | | | | ELEC | |
| | | | | | WATER | X |
| Neighborhood | -- | | | | GAS | X |

| District | City | S-T-R | Acreage | Lot Size | Deed B/P |
|---|---|---|---|---|---|
| 01 | | 06-10N-29E | 0 | 0 X 0 | B-00E237 P-000620 D-04/26/2002 |
| Legal | | BEG @ INTER N ROW CENTRAL OF GEORGIA RR & E SEC LINE, TH W ALG SD ROW 432', N 502' TO ROW EDISON ST., E 22.20', NW 408.21', SE 356.95', S 702' TO POB. 7.8 ACRES C | | | |

### Owner

| Name | CARBO CERAMICS INC A DELLAWARE CORP | |
|---|---|---|
| Mailing Addr | 4701 WEST ADMIRAL DOYLE DR. NEW IBERIA, LA 70560 | Physical Addr |

### Values

| Land Total: | $31,200.00 |
|---|---|
| Building Total: | $0.00 |
| Appraised Value: | $31,200.00 |
| Yrly Tax: | $268.20 |

### Land

| AC# | CL | EX | PEN | TYP | AC | TOT-AC | SCHED | PRICE | ADJ | ADJ | ADJ | ADJ | ADJ | PREV_APPR | APPR | CURR-USE | BOE | ASSESSED | PEN | VAL-ADON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | N | N | C | 7.8 | 0 | | 4000 | 0 | 0 | 0 | 0 | 31200 | 31200 | 0 | 0 | 6240 | 0 | 0 | |

5/2/2020                                    Henry County Alabama

## Henry County Alabama - 2020

### Property Record Card

<span style="color:red">Print</span> Close



### Parcel Info

| Parcel Number | | | Delta Pin # | Exempt | AMENTITES |
|---|---|---|---|---|---|
| 0505220000001000 | | | 12192 | | ROAD TOPO |
| Subdivision | | | | | SEWER WATER |
| Neighborhood | R002 | | | | GAS |

| District | City | S-T-R | Acreage | Lot Size | Deed B/P/D |
|---|---|---|---|---|---|
| 01 | County | 22-8N-28E | 16 | | DEED- 0233-0000624-8/20/2019 |

| Brief Description | COM AT SE COR OF SEC 22 TWP 8N RNG 28E; TH NW 1358.61 TO POB; TH W 352.51 ; TH SW 110.41 ; TH W 100.37 ; TH NW 251.04 ; TH NW 73.02 ; TH NE 270.44 ; TH N 683.35 ; TH E 738.66 ; TH S 979.93 TO POB |
|---|---|

### Owner

| Name | CARBO CERAMICS INC | | |
|---|---|---|---|
| Mailing Addr | 575 NORTH DAIRY ASHFORD SUITE 300 HOUSTON, TX  77079 | Physical Addr | 0 HIGHWAY 95 |

### Values

| Land Total: | $21,840.00 |
|---|---|
| Building Total: | $0.00 |
| Appraised Value: | $21,840.00 |
| Yrly Tax: | $678.48 for 2019 |

### Tax History

| Tax Year | Date Paid | Amount Paid |
|---|---|---|
| 2019 | 10/3/2019 | $678.48 |
| 2018 | 12/27/2018 | $678.48 |
| 2017 | 2/5/2018 | $689.19 |
| 2016 | 10/31/2016 | $678.48 |

5/2/2020                                                    Henry County Alabama

## Henry County Alabama - 2020

| Property Record Card | Print  Close |
| --- | --- |



### Parcel Info

| Parcel Number | | | Delta Pin # | Exempt | AMENTITES ROAD TOPO SEWER WATER GAS |
| --- | --- | --- | --- | --- | --- |
| 0506230000012000 | | | 13132 | | |
| Subdivision | | | | | |
| Neighborhood | R002 | | | | |

| District | City | S-T-R | Acreage | Lot Size | Deed B/P/D |
| --- | --- | --- | --- | --- | --- |
| 01 | County | 23-8N-28E | 6 | | DEED- 0233-0000624-8/20/2019 |

| Brief Description | COM AT NW COR OF SEC 23 TWP 8N RNG 28E; TH SE 309 TO SE R W OF ST RD 95 & POB; TH SE 50.75 ; TH SW 102.89 ; TH SE 233.41 ; TH SE 184.99 ; TH SE 205.81 ; TH SW 95.31 ; TH W 192.41 ; TH SW 318.93 ; TH N 603.78 TO SAID R W; TH NE ALG SAID R W 390.2 TO POB |
| --- | --- |

### Owner

| Name | CARBO CERAMICS INC | | |
| --- | --- | --- | --- |
| Mailing Addr | 575 NORTH DAIRY ASHFORD SUITE 300 HOUSTON, TX  77079 | Physical Addr | 0 HIGHWAY 95 |

### Values

| Land Total: | $8,190.00 |
| --- | --- |
| Building Total: | $0.00 |
| Appraised Value: | $8,190.00 |
| Yrly Tax: | $344.66 for 2019 |

### Tax History

| Tax Year | Date Paid | Amount Paid |
| --- | --- | --- |
| 2019 | 10/3/2019 | $344.66 |
| 2018 | 12/27/2018 | $344.66 |
| 2017 | 2/5/2018 | $350.10 |
| 2016 | 10/31/2016 | $344.66 |

**Exhibit K: [Docket 200] Prior to Ch11 - Payments to Management**

## Statement of Financial Affairs - Exhibit 4

## CARBO Ceramics Inc.   20-31973

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|------|------------------------|--------------|--------|-------------|
| CARLA MASHINSKI<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | DIRECTOR | 3/30/19-3/29/20 | $97,000.01<br><br>**$97,000.01** | DIRECTOR FEES |
| CHAD C. DEATON<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | DIRECTOR | 3/30/19-3/29/20 | $96,000.01<br><br>**$96,000.01** | DIRECTOR FEES |
| DON P. CONKLE<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | OFFICER | 3/30/19-3/29/20<br>3/30/19-3/29/20 | $818,236.68<br>$24,435.18<br>**$842,671.86** | GROSS COMPENSATION<br>EXPENSE REIMBURSEMENT |
| ELLEN M. SMITH<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | OFFICER | 3/30/19-3/29/20<br>3/30/19-3/29/20 | $512,274.46<br>$1,999.13<br>**$514,273.59** | GROSS COMPENSATION<br>EXPENSE REIMBURSEMENT |
| ERNESTO BAUTISTA, III<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | OFFICER | 3/30/19-3/29/20<br>3/30/19-3/29/20 | $700,871.42<br>$15,906.71<br>**$716,778.13** | GROSS COMPENSATION<br>EXPENSE REIMBURSEMENT |
| GARY A. KOLSTAD<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | DIRECTOR AND<br>CORPORATE OFFICER | 3/30/19-3/29/20<br>3/30/19-3/29/20 | $1,608,984.85<br>$35,763.58<br>**$1,644,748.43** | GROSS COMPENSATION<br>DIRECTOR FEES |
| H. E. LENTZ, JR.<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | DIRECTOR | 3/30/19-3/29/20 | $123,800.00<br><br>**$123,800.00** | DIRECTOR FEES |
| JUSTIN H. WILKS<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | DIRECTOR | 3/30/19-3/29/20 | $26,714.61<br><br>**$26,714.61** | DIRECTOR FEES |
| RANDY L. LIMBACHER<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | DIRECTOR | 3/30/19-3/29/20 | $108,000.00<br><br>**$108,000.00** | DIRECTOR FEES |
| ROBERT J. WILLETTE<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | OFFICER | 3/30/19-3/29/20<br>3/30/19-3/29/20 | $400,799.27<br>$2,050.24<br>**$402,849.51** | GROSS COMPENSATION<br>EXPENSE REIMBURSEMENT |
| SHANNON NELSON<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | OFFICER | 3/30/19-3/29/20<br>3/30/19-3/29/20 | $352,901.90<br>$23,764.69<br>**$376,666.59** | GROSS COMPENSATION<br>EXPENSE REIMBURSEMENT |
| SIGMUND L. CORNELIUS<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | DIRECTOR | 3/30/19-3/29/20 | $104,500.00<br><br>**$104,500.00** | DIRECTOR FEES |
| STEPHEN LOVE<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | OFFICER | 3/30/19-3/29/20<br>3/30/19-3/29/20 | $443,425.19<br>$24,279.53<br>**$467,704.72** | GROSS COMPENSATION<br>EXPENSE REIMBURSEMENT |
| WILKS BROTHERS, LLC<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX 77079 | SHAREHOLDER | 3/30/19-3/29/20 | $18,859,133.40<br><br>**$18,859,133.40** | LOAN PAYMENT |

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|------|------------------------|--------------|--------|-------------|
| WILLIAM C. MORRIS<br>575 N DAIRY ASHFORD<br>STE 300<br>HOUSTON, TX  77079 | SHAREHOLDER | 3/30/19-3/29/20 | $22,582,829.84 | LOAN PAYMENT |
| | | | **$22,582,829.84** | |
| **Grand Total:  15** | | | **$46,963,670.70** | |

**Exhibit L: New Iberia Parish Assessment Metrics**

http://iberiaassessor.org/About
(referenced below)



Menu

# ACT 693 - 2014 LEGISLATIVE SESSION

To enact R.S. 24:523.1, relative to the legislative auditor; to provide for the posting of notices relative to misappropriation, fraud, waste, or abuse of public funds; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. R.S. 24:523.1 is hereby enacted to read as follows:

§523.1. Notices to be posted

A. Every auditee shall post and keep posted in conspicuous places upon its premises a notice, prepared by the legislative auditor and located on his website, setting forth information concerning the reporting of the misappropriation, fraud, waste, or abuse of public funds.

B. Every auditee shall also post such notices on the website of the auditee.

# About Taxes

The Iberia Parish Assessor's Office must appraise and assess value on approximately 68,000 parcels of property. The Louisiana constitution requires the assessor to list and place a value on all property that is subject to ad

valorem taxes. Ad valorem means according to value. The value that the assessor determines is called assessed value and is a percentage of fair market value or use value as prescribed by law. The assessed value is calculated as a percentage of the market value as provided for by law.

| | |
|---|---|
| Land (Residential and Commercial): | 10% FMV |
| Residential Improvements: | 10% FMV |
| Commercial Improvements: | 15% FMV |
| Commercial Personal Property: | 15% FMV |
| Public Service (value set by LTC): | 25% FMV |

Taxes are calculated by multiplying the assessed value by the tax rate set by various millages, bond rates and fees voted on by registered voters in different districts established by the Legislature or Constitution. If the property is your home, you may deduct a maximum of $7,500 from the total assessed value before finding the taxable assessed value. For example, if your home is valued at $100,000 and assessed at 10%, or $10,000, and you are eligible and have signed for homestead exemption, you would calculate your taxes as follows:

| | Parish | City |
|---|---|---|
| **Assessed Value** | 10,000 | 10,000 |
| **Homestead Exemption** | - 7,500 | - 0 |
| **Taxable Assessed Value** | 2,500 | 10,000 |
| **Assumed Tax Rate** | x .070 | x .020 |
| **Totals** | $ 175 | $ 200 |

The Iberia Parish Tax Collector, which is the Iberia Parish Sheriff's Office, is responsible for mailing the tax notices and collecting the taxes based on the assessments and the millage rates. The annual parish tax notices are mailed out in November and are due by December 31 of that year.

Each municipality within the parish is responsible for mailing the tax notices and collecting the taxes based on the assessments and the millage rates for that municipality. The municipality sets these millage rates or tax rates.

The different governing bodies within the parish set millage rates for the parish. These governing bodies include the Iberia Parish School Board, Iberia Parish Sheriff, Iberia Parish Council, and several others. Also, there may be

5/4/2020                                    Iberia Parish Assessor Web Site

additional millages set for the individual Fire Districts, Recreation Districts, etc.
that depend on where the property is located.

## Exhibit M: New Iberia Parish Assessed Properties

(sources below table)

| Parcel as Reported | Address as Reported | Description | Ownership as Reported | County | Values | Acres | Source |
|---|---|---|---|---|---|---|---|
| 100951000 | 4810 INDUSTRIAL DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 3,298,777 | 10.8 | http://iberiaassessor.org/Details?parcelNumber=0100951000/0 |
| 100952000 | 4810 INDUSTRIAL DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 2,287,060 | 13.28 | http://iberiaassessor.org/Details?parcelNumber=0100952000/0 |
| 1101415000 | 4810 INDUSTRIAL DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 40,894,853 | 0 | http://iberiaassessor.org/Details?parcelNumber=1101415000/0 |
| 1101415000M | 4810 INDUSTRIAL DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 13,037,040 | 0 | http://iberiaassessor.org/Details?parcelNumber=0100034000A/0 |
| 0100034000A | 4701 ADMIRAL DOYLE DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 2,094,930 | 2.7 | http://iberiaassessor.org/Details?parcelNumber=1101415000E/0 |
| 1101415000E | 4701 ADMIRAL DOYLE DR W | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 460,527 | 0 | http://iberiaassessor.org/Details?parcelNumber=1101415000M/0 |

**This is a revaluation year — Assessed Values could change**
2020 Assessment Listing

**Parcel#**
0100951000
View on Map (http://atlas.geoportalmaps.com/iberia/q/Parcel?ParcelNumb=0100951000)

**Primary Owner**
CARBO CERAMICS INC
**Mailing Address**
C/O KATIE TUCKER
575 N DAIRY ASHFORD STE 300
HOUSTON TX 77079-0000

**Ward**
Ward 01

**Type**
Real Estate

**Legal**
10.80 AC.. ITEM 2
BEING DESIGNATED AS TRACT 1-B OF PLAT.
LOCATED IN SECS. 32 & 33, T 11 S,R 6 E.
LAND COMM SITE DEVELOPMENT ITEM 4
ACQ: STANDARD OIL PROPPAANTS COMPANY - 1987 (928-657)
IMP (OFFICE) ITEM 6
IMP (COMPRESSOR BLDG) ITEM 7
IMP (MFG PLANT) ITEM 8
IMP (LAB) ITEM 9
IMP (WAREHOUSE) ITEM 10
IMP (MAINTENANCE BLDG) ITEM 11
IMP (RAILROAD LOADING ITEM 12
IMP (SCALE HOUSE) ITEM 13
IMP (OIL STORAGE BLDG) ITEM 14
IMP (TRUCK LOAD OUT AREA) ITEM 18
IMP (SERVICE BLDG) ITEM 19
IMP (MICROWAVE SWITCHGEAR MCC BLDG) ITEM 20

**Physical Address**
4810 INDUSTRIAL DR

## Parcel Items

| Property Class | Assessed Value | Market Value | Units | Homestead |
|---|---|---|---|---|
| MISC AGRI LAND | 28,227 | 282,270 | 11.00 | 0 |
| LAND COMM SITE DEVELOPMENT | 35,280 | 352,800 | 1.00 | 0 |
| IMPS ALL OTHER | 77,654 | 517,693 | 1.00 | 0 |
| IMPS ALL OTHER | 11,656 | 77,707 | 1.00 | 0 |
| IMP ALL OTHER-MFG PLANT | 149,292 | 995,280 | 1.00 | 0 |
| IMPS ALL OTHER | 16,972 | 113,147 | 1.00 | 0 |
| IMPS ALL OTHER | 83,561 | 557,073 | 1.00 | 0 |
| IMPS ALL OTHER | 31,739 | 211,593 | 1.00 | 0 |
| IMPS ALL OTHER | 8,260 | 55,067 | 1.00 | 0 |
| IMPS ALL OTHER | 2,208 | 14,720 | 1.00 | 0 |
| IMPS ALL OTHER | 1,733 | 11,553 | 1.00 | 0 |
| IMPS ALL OTHER | 1,545 | 10,300 | 1.00 | 0 |

5/4/2020                                    Print

| Property Class | Assessed Value | Market Value | Units | Homestead |
|---|---|---|---|---|
| IMPS ALL OTHER | 11,380 | 75,867 | 1.00 | 0 |
| IMPS ALL OTHER | 3,556 | 23,707 | 1.00 | 0 |
| **TOTAL** | **463,063** | **3,298,777** | **24.00** | **0** |

## Deeds

| Deed# | Type | Date | Amount | Book | Page |
|---|---|---|---|---|---|
| PERMIT # | Bldg Report | 5/2/1995 | 246,000 | | |
| PERMIT # | Bldg Report | 1/11/1995 | 170,000 | | |
| NO DEED | Cash Sale | 1/1/1987 | 3,745,000 | 928 | 657 |

## Ownership History

| Homestead? | Name | Primary? | % Ownership | % Tax | From | To Address |
|---|---|---|---|---|---|---|
| NO | CARBO CERAMICS INC | YES | 100.0000 | 100.0000 | 1/1/1987 | |

## Locations

| Subdivision | Block | Lot | Section | Township | Range | Tract |
|---|---|---|---|---|---|---|
| [NO SUB] | | | 32 | 11 | 06 | |
| [NO SUB] | | | 33 | 11 | 06 | |



INDUSTRIAL DR 4810 (NI) - ITEM 6 - OFFICE - 0100951000 - VIEW 3



INDUSTRIAL DR 4810 (NI) - ITEM 6 - OFFICE - 0100951000

First Floor
7704.0sf



INDUSTRIAL DR 4810 (NI) - ITEM 7 - COMPRESSOR ROOM - 0100951000

5/4/2020                                                      Print



INDUSTRIAL DR 4810 (NI) - ITEM 8 - MFG PLANT - 0100951000





INDUSTRIAL DR 4810 (NI) - ITEM 10 - WAREHOUSE - 0100951000



INDUSTRIAL DR 4810 (NI) - ITEM 11 - MAINTANCE SHOP - 0100951000

Print



INDUSTRIAL DR 4810 (NI) - ITEM 12 - RAILROAD LOADING - 0100951000



INDUSTRIAL DR 4810 (NI) - ITEM 13 - SCALE HOUSE - 0100951000



INDUSTRIAL DR 4810 (NI) - ITEM 14 - OIL STORAGE BLDG - 0100951000



INDUSTRIAL DR 4810 (NI) - ITEM 18 - TRUCK LOAD OUT AREA - 0100951000

5/4/2020                                          Print



INDUSTRIAL DR 4810 (NI) - SERVICE BLDG - 0100951000

5/4/2020                                                              Print

**This is a revaluation year – Assessed Values could change**
2020 Assessment Listing

**Parcel#**
0100952000
View on Map (http://atlas.geoportalmaps.com/iberia/q/Parcel?ParcelNumb=0100952000)

**Primary Owner**
CARBO CERAMICS INC
**Mailing Address**
C/O KATIE TUCKER
575 N DAIRY ASHFORD STE 300
HOUSTON TX 77079-0000

**Ward**
Ward 01

**Type**
Real Estate

**Legal**
13.28 AC..
BEING TRACT 1-A OF PLAT.
LOCATED IN SECS. 32 & 33 T 11 S,R 6 E
ACQ: THE CARBORUNDUM COMPANY-1991 (1016-387)
LAND COMM SITE DEVELOPMENT ITEM 9
IMP (4810 INDUSTRIAL DR RESEARCH & PRODUCT) ITEM 12
IMP ITEM 13
IMP (COVERED AREA) ITEM 14

**Physical Address**
4810 INDUSTRIAL DR

## Parcel Items

| Property Class | Assessed Value | Market Value | Units | Homestead |
|---|---|---|---|---|
| MISC AGRI LAND | 34,709 | 347,090 | 13.00 | 0 |
| LAND COMM SITE DEVELOPMENT | 9,443 | 94,430 | 1.00 | 0 |
| IMPS ALL OTHER | 21,562 | 143,747 | 1.00 | 0 |
| IMPS ALL OTHER | 254,069 | 1,693,793 | 1.00 | 0 |
| IMPS ALL OTHER | 1,200 | 8,000 | 1.00 | 0 |
| **TOTAL** | **320,983** | **2,287,060** | **17.00** | **0** |

## Deeds

| Deed# | Type | Date | Amount | Book | Page |
|---|---|---|---|---|---|
| PERMIT #10603 | Bldg Report | 9/19/2002 | 350,000 | | |
| NO DEED | Cash Sale | 1/1/1991 | 440,000 | 1016 | 387 |

## Ownership History

| Homestead? | Name | Primary? | % Ownership | % Tax | From | To Address |
|---|---|---|---|---|---|---|
| NO | CARBO CERAMICS INC | YES | 100.0000 | 100.0000 | 1/1/1991 | |

5/4/2020                                                        Print

## Locations

| Subdivision | Block | Lot | Section | Township | Range | Tract |
|---|---|---|---|---|---|---|
| [NO SUB] | | | 32 | 11 | 06 | |
| [NO SUB] | | | 33 | 11 | 06 | |



INDUSTRIAL DR 4810 (NI) - ITEM 12 - RESEARCH AND PRODUCT DEVELOPMENT CENTER - 0100952000 - 2015

5/4/2020                                                                 Print



INDUSTRIAL DR 4810 (NI) - ITEM 12 - RESEARCH AND PRODUCT DEVELOPMENT CENTER - 0100952000





INDUSTRIAL DR 4810 (NI) - ITEM 14 - COVERED AREA - 0100952000

5/4/2020                                                    Print

**This is a revaluation year — Assessed Values could change**
2020 Assessment Listing

**Parcel#**
1101415000
View on Map (http://atlas.geoportalmaps.com/iberia/q/Parcel?ParcelNumb=1101415000)

**Primary Owner**
CARBO CERAMICS INC
**Mailing Address**
ATTN: KATIE TUCKER
575 N DAIRY ASHFORD, STE 300
HOUSTON TX 77079-0000

**Ward**
Ward 01

**Type**
Personal Property

**Legal**
KATIE TUCKER - 281-921-6504

**Physical Address**
4810 INDUSTRIAL DR

## Parcel Items

| Property Class | Assessed Value | Market Value | Units | Homestead |
|---|---|---|---|---|
| INVENTORYS | 2,727,275 | 18,181,833 | 1.00 | 0 |
| BUS FURN/FIX | 6,060 | 40,400 | 1.00 | 0 |
| MACH & EQUIP | 3,400,811 | 22,672,073 | 1.00 | 0 |
| MISC PROPERTY | 82 | 547 | 1.00 | 0 |
| **TOTAL** | **6,134,228** | **40,894,853** | **4.00** | **0** |

## Ownership History

| Homestead? | Name | Primary? | % Ownership | % Tax | From | To Address |
|---|---|---|---|---|---|---|
| NO | CARBO CERAMICS INC | YES | 100.0000 | 100.0000 | 12/28/2001 | |

5/4/2020                                                    Print

**This is a revaluation year — Assessed Values could change**
2020 Assessment Listing

**Parcel#**
1101415000M
View on Map (http://atlas.geoportalmaps.com/iberia/q/Parcel?ParcelNumb=1101415000M)

**Primary Owner**
CARBO CERAMICS INC
**Mailing Address**
ATTN: KATIE TUCKER
575 N DAIRY ASHFORD STE 300
HOUSTON TX 77079-0000

**Ward**
Ward 01

**Type**
Industrial Tax Exemption

**Legal**
HEXA MIX BLDG, CONTROL ROOM & RESTROOM - CONTRACT 20110143 ITEM 5

**Physical Address**
4810 INDUSTRIAL DR

---

## Parcel Items

| Property Class | Assessed Value | Market Value | Units | Homestead |
|---|---|---|---|---|
| BUILDINGS MFG - ITEP | 5,609 | 37,393 | 1.00 | 5,609 |
| MACH & EQUIP - ITEP | 1,017,561 | 6,783,740 | 1.00 | 1,017,561 |
| MISC PP - ITEP | 74,386 | 495,907 | 1.00 | 74,386 |
| MACH & EQUIP - ITEP | 510,631 | 3,404,207 | 1.00 | 510,631 |
| MISC PP - ITEP | 46,236 | 308,240 | 1.00 | 46,236 |
| MACH & EQUIP - ITEP | 6,517 | 43,447 | 1.00 | 6,517 |
| MISC PP - ITEP | 13,928 | 92,853 | 1.00 | 13,928 |
| MACH & EQUIP - ITEP | 184,578 | 1,230,520 | 1.00 | 184,578 |
| BUILDINGS MFG - ITEP | 91,982 | 613,213 | 1.00 | 91,982 |
| BUILDINGS MFG - ITEP | 4,128 | 27,520 | 1.00 | 4,128 |
| **TOTAL** | **1,955,556** | **13,037,040** | **10.00** | **1,955,556** |

---

## Ownership History

| Homestead? | Name | Primary? | % Ownership | % Tax | From | To Address |
|---|---|---|---|---|---|---|
| NO | CARBO CERAMICS INC | YES | 100.0000 | 100.0000 | 5/8/2013 | |

5/4/2020                                        Print



INDUSTRIAL DR 4810 (NI) - ITEM 5 - HEXA MIX BLDG - 10 YR EXEMPT - 1101415000M

CONTRACT:  20110143

EXP:  2022

5/4/2020                                                  Print

**This is a revaluation year -- Assessed Values could change**
2020 Assessment Listing

**Parcel#**
0100034000A
View on Map (http://atlas.geoportalmaps.com/iberia/q/Parcel?ParcelNumb=0100034000A)

**Primary Owner**
CARBO CERAMICS INC
**Mailing Address**
C/O KATIE TUCKER
575 N DAIRY ASHFORD STE 300
HOUSTON TX 77079-0000

**Ward**
Ward 01

**Type**
Real Estate

**Legal**
2.698 AC
ADMIRAL DOYLE DR, AGGREKO LLC, AGGREKO LLC, AGGREKO LLC
BEING TRACT 2-B OF PLAT
LOCATED IN SEC 32, T 11 S, R 6 E
IMP (4701 ADMIRAL DOYLE DR) ITEM 2
IMP (CONTROL CENTER) ITEM 4
ACQ: AGGREKO LLC - 2006 (1333-326)

**Physical Address**
4701 ADMIRAL DOYLE DR

## Parcel Items

| Property Class | Assessed Value | Market Value | Units | Homestead |
|---|---|---|---|---|
| MISC AGRI LAND | 7,052 | 70,520 | 3.00 | 0 |
| IMPS ALL OTHER | 292,200 | 1,948,000 | 1.00 | 0 |
| LAND COMM SITE DEVELOPMENT | 5,775 | 57,750 | 1.00 | 0 |
| IMPS ALL OTHER | 2,799 | 18,660 | 1.00 | 0 |
| **TOTAL** | **307,826** | **2,094,930** | **6.00** | **0** |

## Deeds

| Deed# | Type | Date | Amount | Book | Page |
|---|---|---|---|---|---|
| 06-5674 | Cash Sale | 5/19/2006 | 1,500,000 | 1333 | 326 |
| PERMIT | Bldg Report | 1/1/1995 | 865,000 | | |
| 89-7920 | Cash Sale | 12/4/1989 | 165,536 | 982 | 113 |

## Ownership History

| Homestead? | Name | Primary? | % Ownership | % Tax | From | To | Address |
|---|---|---|---|---|---|---|---|
| NO | CARBO CERAMICS INC | YES | 100.0000 | 100.0000 | 5/19/2006 | | |
| NO | AGGREKO LLC | YES | 100.0000 | 100.0000 | 12/28/2001 | 5/19/2006 | |

5/4/2020                                        Print

## Locations

| Subdivision | Block | Lot | Section | Township | Range | Tract |
|---|---|---|---|---|---|---|
| [NO SUB] | | | 32 | 11 | 06 | |



5/4/2020                                              Print

## 4701 ADMIRAL DOYLE DR WEST



## 4701 ADMIRAL DOYLE DR WEST

First Floor
645.0sf

CEMENT
SLAB

A/C
CONTROL CENTER

5/4/2020                                                    Print

5/4/2020                                                Print

**This is a revaluation year — Assessed Values could change**
2020 Assessment Listing

**Parcel#**
1101415000E
View on Map (http://atlas.geoportalmaps.com/iberia/q/Parcel?ParcelNumb=1101415000E)

**Primary Owner**
CARBO CERAMICS INC
**Mailing Address**
ATTN: KATIE TUCKER
ADMINISTRATIVE BUILDING
575 N DAIRY ASHFORD STE 300
HOUSTON TX 77079-0000

**Ward**
Ward 01

**Type**
Personal Property

**Legal**
KATIE TUCKER - 281-921-6504

**Physical Address**
4701 ADMIRAL DOYLE DR W

## Parcel Items

| Property Class | Assessed Value | Market Value | Units | Homestead |
|---|---|---|---|---|
| BUS FURN/FIX | 9,787 | 65,247 | 1.00 | 0 |
| MISC PROPERTY | 428 | 2,853 | 1.00 | 0 |
| MACH & EQUIP | 58,864 | 392,427 | 1.00 | 0 |
| **TOTAL** | **69,079** | **460,527** | **3.00** | **0** |

## Ownership History

| Homestead? | Name | Primary? | % Ownership | % Tax | From | To Address |
|---|---|---|---|---|---|---|
| NO | CARBO CERAMICS INC | YES | 100.0000 | 100.0000 | 5/4/2007 | |

## Exhibit N: Public County Tax Assessor Records in Aggregate

### County Tax Assessors Records*

| Parcel as Reported | Address as Reported | Description | Ownership as Reported | County | Values | Acres | Source |
|---|---|---|---|---|---|---|---|
| 061 002 | WRILEY RD | McIntyre | CARBO CERAMICS INC | Wilkinson County, GA | $ 475,910 | 349.07 | beacon.schneidercorp.com/ |
| 061 002C | 2295 WRILEY RD | McIntyre | WILKINSON COUNTY DEV AUTHORITY | Wilkinson County, GA | $ 3,975,081 | 36.43 | beacon.schneidercorp.com/ |
| 061 002CLE | 2295 WRILEY RD | McIntyre | CARBO CERAMICS INC | Wilkinson County, GA | $ 3,021,879 | 0 | beacon.schneidercorp.com/ |
| 071 045 | MT NEBO RD | McIntyre | CARBO CERAMICS INC | Wilkinson County, GA | $ 104,675 | 78.93 | beacon.schneidercorp.com/ |
| 072 022 | LIBERTY CHURCH RD | Toomsboro | CARBO CERAMICS INC | Wilkinson County, GA | $ 180,853 | 190.63 | beacon.schneidercorp.com/ |
| 073 002 | (undisclosed) | Irwinton, GA | CARBO CERAMICS INC | Wilkinson County, GA | $ 185,959 | 195.33 | beacon.schneidercorp.com/ |
| 073 009 | 1880 DENT RD | Toomsboro | DEVELOPMENT AUTHORITY OF WILKINSON CO | Wilkinson County, GA | $ 826,595 | 1002.54 | beacon.schneidercorp.com/ |
| 073 009 LE | 1880 DENT RD | Toomsboro | CARBO CERAMICS INC | Wilkinson County, GA | $ 7,616,776 | 79.25 | beacon.schneidercorp.com/ |
| 073 009 IND | 1880 DENT RD | Toomsboro | WILKINSON COUNTY DEV AUTHORITY | Wilkinson County, GA | $ 16,257,563 | 0 | beacon.schneidercorp.com/ |
| 084 013 | DAY RD | Toomsboro | CARBO CERAMICS INC | Wilkinson County, GA | $ 101,378 | 79.37 | beacon.schneidercorp.com/ |
| 085 001 | THOMAS RD | McIntyre | CARBO CERAMICS INC | Wilkinson County, GA | $ 88,455 | 70.41 | beacon.schneidercorp.com/ |
| 06 24 03 05 3 006 006.000 0 | (undisclosed) | Eufaula, AL | CARBO CERAMICS INC | Barbour County AL | $ 6,369,000 | (undisclosed) | alabamagis.com/Barbour |
| 06 24 03 05 3 006 007.000 0 | (undisclosed) | Eufaula, AL | CARBO CERAMICS INC | Barbour County AL | $ 543,200 | (undisclosed) | alabamagis.com/Barbour |
| 06 24 03 05 3 006 007.800 0 | (undisclosed) | Eufaula, AL | CARBO CERAMICS INC | Barbour County AL | $ 805,100 | (undisclosed) | alabamagis.com/Barbour |
| 06 24 03 06 4 003 004.000 0 | (undisclosed) | Eufaula, AL | CARBO CERAMICS INC | Barbour County AL | $ 31,200 | 7.8 | alabamagis.com/Barbour |
| 37 05 05 23 0 000 001.000 | 0 HIGHWAY 95 | (County) | Henry County, AL | Henry County, AL | $ 21,840 | 16 | alabamagis.com/Henry |
| 37 05 06 23 0 000 012.000 | 0 HIGHWAY 95 | (County) | Henry County, AL | Henry County, AL | $ 8,190 | 6 | alabamagis.com/Henry |
| 1600137 | 9240 COUNTY RD V | ROCK, WI | CARBO CERAMICS INC | Wood County, WI | $ 26,100 | 54.96 | propertytax.co.wood.wi.us |
| 1600139A | (undisclosed) | ROCK, WI | CARBO CERAMICS INC | Wood County, WI | $ 23,000 | 22.21 | propertytax.co.wood.wi.us |
| 1600132 | (undisclosed) | ROCK, WI | CARBO CERAMICS INC | Wood County, WI | $ 20,600 | 20 | propertytax.co.wood.wi.us |
| 1600134 | (undisclosed) | ROCK, WI | CARBO CERAMICS INC | Wood County, WI | $ 20,600 | 20 | propertytax.co.wood.wi.us |
| 1600136A | (undisclosed) | ROCK, WI | CARBO CERAMICS INC | Wood County, WI | $ 34,100 | 33 | propertytax.co.wood.wi.us |
| 1600140 | (undisclosed) | ROCK, WI | CARBO CERAMICS INC | Wood County, WI | $ 49,700 | 40 | propertytax.co.wood.wi.us |
| 2200123 | (undisclosed) | WOOD, WI | CARBO CERAMICS INC | Wood County, WI | $ 6,200 | 40 | propertytax.co.wood.wi.us |
| 2200126 | (undisclosed) | WOOD, WI | CARBO CERAMICS INC | Wood County, WI | $ 6,400 | 38 | propertytax.co.wood.wi.us |
| 3300184 | 2009 E 4TH ST | MARSHFIELD, WI | CARBO CERAMICS INC | Wood County, WI | $ 1,712,500 | 13.1 | propertytax.co.wood.wi.us |
| 3303410A | 2301 E 4TH ST | MARSHFIELD, WI | CARBO CERAMICS INC | Wood County, WI | $ 3,956,500 | 25.56 | propertytax.co.wood.wi.us |
| P339064 | 2301 E 4TH ST | MARSHFIELD, WI | CARBO CERAMICS INC | Wood County, WI | $ 1,231,100 | 0 | propertytax.co.wood.wi.us |
| 2200124 | (undisclosed) | WOOD, WI | CARBO CERAMINCS INC | Wood County, WI | $ 4,500 | 29.64 | propertytax.co.wood.wi.us |
| 1600136 | 11575 MACARTHUR DR | ROCK, WI | HANSEN FAMILY IRREVOCABLE TRUST | Wood County, WI | $ - | 7 | propertytax.co.wood.wi.us |
| 2200114 | (undisclosed) | WOOD, WI | SHARON D WOODFORD SHAWN R WOODFORD | Wood County, WI | $ - | 105.87 | propertytax.co.wood.wi.us |
| 100951000 | 4810 INDUSTRIAL DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 3,298,777 | 10.8 | iberiaassessor.org/search |
| 100952000 | 4810 INDUSTRIAL DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 2,287,060 | 13.28 | iberiaassessor.org/search |
| 1101415000 | 4810 INDUSTRIAL DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 40,894,853 | 0 | iberiaassessor.org/search |
| 1101415000M | 4810 INDUSTRIAL DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 13,037,040 | 0 | iberiaassessor.org/search |
| 0100034000A | 4701 ADMIRAL DOYLE DR | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 2,094,930 | 2.7 | iberiaassessor.org/search |
| 1101415000E | 4701 ADMIRAL DOYLE DR W | New Iberia, LA | CARBO CERAMICS INC | Iberia Parish, LA | $ 460,527 | 0 | iberiaassessor.org/search |
| 1016605601000 | 2346 CR 115 (& W HWY 44) | Alice, TX | CARBO CERAMICS INC | Jim Wells, TX | $ 147,906 | 43.5 | mytax.eztaxonline.net/jimwells/cad/appraisal/faces/search.jsp |
| 9987288000005100 | 201 E JOHN W CARPENTER FWY Suite: 650 | Irving, TX | CARBO CERAMICS INC | Dallas Central, TX | $ 32,320 | 0 | dallascad.org |
| 9916051733000000 | 201 E JOHN W CARPENTER FWY Suite: 650 | Irving, TX | FALCON TECHNOLOGIES & SERVICES INC | Dallas Central, TX | $ 32,320 | 0 | dallascad.org |
| 9909081369000000000 | 201 E JOHN W CARPENTER FWY Suite: 650 | Irving, TX | STRATA GEN INC | Dallas Central, TX | $ 32,320 | 0 | dallascad.org |
| 903021620000 | 8322 QUINTANA RD | San Antonio, TX | CARBO CERAMICS INC | Bexar County, TX | $ - | 0 | bexar.acttax.com/ |
| 000001298030 | 8322 QUINTANA RD | San Antonio, TX | STRATAGEN INC | Bexar County, TX | $ 494,430 | 0 | bexar.acttax.com/ |
| 1048681 | 9949 SAM HOUSTON , 77064 | Houston, TX | CARBO CERAMICS INC | Harris County, TX | $ - | 0 | actweb.acttax.com/act_webdev/cyfair/index.jsp |
| 2315773 | 7885 NORTHCOURT RD , 77040 | Houston, TX | CARBO CERAMICS | Harris County, TX | $ 12,231 | 0 | actweb.acttax.com/act_webdev/cyfair/index.jsp |
| 0957675 | 9949 SAM HOUSTON , 77040 | Houston, TX | CARBO CERAMICS | Harris County, TX | $ - | 0 | actweb.acttax.com/act_webdev/cyfair/index.jsp |
| 2079305 | 9949 W SAM HOUSTON PKWY N , 77064 | Houston, TX | HALLIBURTON | Harris County, TX | $ - | 0 | actweb.acttax.com/act_webdev/cyfair/index.jsp |
| 2136103 | 5050 WESTWAY PARK BLVD , 77041 | Houston, TX | CARBO CERAMICS INC | Harris County, TX | $ 1,998,342 | 0 | actweb.acttax.com/act_webdev/cyfair/index.jsp |
| P000451182 | HWY 380 2242 E | Decatur, TX | FALCON TECHNOLOGIES & SERVICES INC | Wise County, TX | $ 3,102,660 | 0 | iswdataclient.azurewebsites.net/webSearchName.aspx?dbkey=wisecad |
| R000037590 | HWY 380 2242 E | Decatur, TX | FALCON TECHNOLOGIES & SERVICES INC | Wise County, TX | $ 1,356,590 | 13.05 | iswdataclient.azurewebsites.net/webSearchName.aspx?dbkey=wisecad |
| R000037591 | OLD DENTON 0 | Decatur, TX | FALCON TECHNOLOGIES & SERVICES INC | Wise County, TX | $ 198,850 | 12.37 | iswdataclient.azurewebsites.net/webSearchName.aspx?dbkey=wisecad |
| I000005588 | (undisclosed) | Midland, TX | FALCON TECHNOLOGIES & SVCS INC | Midland Central County, TX | $ 287,100 | 0 | iswdataclient.azurewebsites.net/ |
| I000005725 | (undisclosed) | Midland, TX | FALCON TECHNOLOGIES & SVCS INC | Midland Central County, TX | $ 525,970 | 0 | iswdataclient.azurewebsites.net/ |
| I000005844 | (undisclosed) | Midland, TX | FALCON TECHNOLOGIES & SVCS INC | Midland Central County, TX | $ 1,658,860 | 0 | iswdataclient.azurewebsites.net/ |
| I000005926 | (undisclosed) | Midland, TX | FALCON TECHNOLOGIES & SVCS INC | Midland Central County, TX | $ 17,000 | 0 | iswdataclient.azurewebsites.net/ |
| 1805-04-3-00-023-00 | 1975 BLAIRTOWN RD | Rock Springs, WY | CARBO CERAMICS INC KATIE TUCKER | Sweetwater County, WY | $ 2,069,234 | 11.22 | maps.greenwoodmap.com/sweetwater |
| 1805-04-3-01-010-00 | 1975 BLAIRTOWN RD | Rock Springs, WY | CARBO CERAMICS INC ATTN MAI | Sweetwater County, WY | $ 226,250 | 1.87 | maps.greenwoodmap.com/sweetwater |
| 1805-04-3-01-011-00 | 1975 BLAIRTOWN RD | Rock Springs, WY | CARBO CERAMICS INC ATTN: KATIE TUCKER | Sweetwater County, WY | $ 211,238 | 1.69 | maps.greenwoodmap.com/sweetwater |
| 1805-04-3-01-012-00 | 1975 BLAIRTOWN RD | Rock Springs, WY | CARBO CERAMICS INC ATTN MAI | Sweetwater County, WY | $ 227,488 | 1.82 | maps.greenwoodmap.com/sweetwater |
| 1805-04-3-01-013-00 | 1975 BLAIRTOWN RD | Rock Springs, WY | CARBO CERAMICS INC ATTN MAI | Sweetwater County, WY | $ 272,500 | 2.18 | maps.greenwoodmap.com/sweetwater |
| DG3609?0000050 | 80 MAIN ST | Douglas, ND | CARBO CERAMICS | Ward County, ND | $ 1,629,000 | 4.23 | ward.northdakotaassessors.com |
| DG51.045.530.0000 | 80 MAIN ST | Douglas, ND | CARBO CERAMICS | Ward County, ND | $ 12,000 | 0 | ward.northdakotaassessors.com |
| DG36.099.000.0060 | 0 *UNASSIGNED | Douglas, ND | CARBO CERAMICS | Ward County, ND | $ 10,000 | 3.72 | ward.northdakotaassessors.com |

*NS May 5, 2020 - Information contained herein is not to be used for legal purposes and is intended for the sole purpose of appointing a shareholder equity committee.

Total: $ 124,332,750   2683.53
Missing: $ ???????   800+