IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 20-31973 (MI) |
| | § | |
| **CARBO CERAMICS INC.,** *et al.*, | § | (Chapter 11) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Related Dkt Nos. 254, 440, & 475 |

NOTICE OF AGENDA FOR
HEARING ON JUNE 18, 2020 AT 11:00 A.M. (CENTRAL TIME)

Please take notice of the status and proposed disposition of the following matters set for hearing for June 18, 2020, at 11:00 a.m. (Central Time):

1. **Debtors' Second Amended Joint Chapter 11 Plan of Reorganization**

    Related Documents:

    a. Debtors' First Amended Joint Chapter 11 Plan of Reorganization [Docket No. 254]

    b. Notice of Filing of First Amended Plan and Disclosure Statement and Blacklines [Docket No. 256]

    c. Affidavit of Service of Solicitation Materials [Docket No. 299]

    d. Notice of Filing Supplement to the Debtors' First Amended Joint Chapter 11 Plan of Reorganization [Docket No. 414]

    e. Objection of Chris Kappos III to Final Approval of Disclosure Statement and Confirmation of the Chapter 11 Plan [Docket No. 434]

    f. Declaration of Emily Young of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Debtors' First Amended Joint Chapter 11 Plan of Reorganization [Docket No. 454]

    g. Notice of Stipulation [Docket No. 505]

    h. Notice of Electronic Plan Confirmation Hearing on June 18, 2020 at 11:00 A.M. [Docket No. 518]

    i. The Secured Lenders' Witness and Exhibit List for June 18, 2020 Hearing [Docket No. 519]

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: CARBO Ceramics Inc. (0013); StrataGen, Inc. (5205); and Asset Guard Products Inc. (6422). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 575 N. Dairy Ashford Road, Suite 300, Houston, Texas 77079.

1

  j. The Debtors' Witness and Exhibit List for June 18, 2020 Plan Confirmation Hearing [Docket No. 520]

  k. Notice of Filing Amended Supplement to the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization

  l. Debtors' Memorandum of Law in Support of Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization

 Proposed Form of Order:

  m. Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization

 Status: Contested. Going forward on June 18, 2020 at 11:00 a.m. (Central Time).

2. **Emergency Motion of the Official Committee of Unsecured Creditors, Pursuant to Sections 105 and 506(a) of the Bankruptcy Code and Bankruptcy Rule 3012(B), for Entry of an Order Determining Value of Prepetition Secured Lenders' Secured Claim for Voting Purposes [Docket No. 475]**

 Related Documents:

  a. Debtors' Memorandum of Law (I) in Support of (A) Final Approval of the Disclosure Statement And (B) the Debtors Voting Tabulation and (II) in Response to the Disclosure Statement and Voting Objections [Docket No. 479]

  b. Wilks Brothers, LLC and Equify Financial, LLC's (A) Joinder to the Debtors' Memorandum of Law (I) in Support of (A) Final Approval of the Disclosure Statement And (B) the Debtors Voting Tabulation and (II) in Response to the Disclosure Statement and Voting Objections and (B) Limited Response to the Objection of the Official Committee of Unsecured Creditors to the Debtors' Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization [Docket No. 482]

  c. Debtors' Response to the Official Committee Of Unsecured Creditors' Emergency Motion Pursuant to Sections 105 and 506(A) of the Bankruptcy Code and Bankruptcy Rule 3012(B), for Entry of An Order Determining Value of Prepetition Secured Lenders' Secured Claim For Voting Purposes [Docket No. 487]

 Status: Settled and withdrawn per the terms of the Plan.

3. **Emergency Motion of Official Committee of Unsecured Creditors for Leave, Standing, and Authority to Prosecute Causes of Action on Behalf of the Debtors' Estates [Docket No. 440]**

 Related Documents:

  a. Objection of Wilks Brothers, LLC and Equify Financial, LLC to Emergency Motion of Official Committee of Unsecured Creditors for Leave, Standing, and Authority to Prosecute Causes of Action on Behalf of the Debtors' Estates [Docket No. 443]

      b.      Debtors' (I) Joinder to Objection of Wilks Brothers, LLC and Equify Financial, LLC to Emergency Motion of Official Committee of Unsecured Creditors for Leave, Standing, and Authority to Prosecute Causes of Action on Behalf of the Debtors' Estates and (II) Additional Objections to the Committee's Motion [Docket No. 445]

<u>Status:</u>  Settled and withdrawn per the terms of the Plan.

Dated: June 17, 2020
Houston, Texas

        **VINSON & ELKINS LLP**

By:   */s/ Paul E. Heath*
      Paul E. Heath (TX 09355050)
      Matthew W. Moran (TX 24002642)
      Garrick C. Smith (TX 24088435)
      Matthew D. Struble (TX 24102544)
      Trammell Crow Center
      2001 Ross Avenue, Suite 3900
      Dallas, TX 75201
      Tel: 214.220.7700
      Fax: 214.999.7787
      pheath@velaw.com; mmoran@velaw.com
      gsmith@velaw.com; mstruble@velaw.com

      -and-

      David S. Meyer (admitted *pro hac vice*)
      Michael A. Garza (admitted *pro hac vice*)
      The Grace Building
      1114 Avenue of the Americas
      New York, NY 10036-7708
      Tel: 212.237.0000
      Fax: 212.237.0100
      dmeyer@velaw.com; mgarza@velaw.com

      **ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

     I certify that on June 17, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                  */s/ Garrick C. Smith*
                  One of Counsel

US 7170349