# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 20-31973 (MI)** |
| | § | |
| **CARBO CERAMICS INC.**, *et al.*, | § | **(Chapter 11)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Related to Dkt. No. 528 and 539** |

### NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION AND (II) OCCURRENCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on June 18, 2020, the Honorable Marvin Isgur, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "***Court***"), entered the order [Docket No. 539] (the "***Confirmation Order***") confirming the *Debtors' Second Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 528] (as amended, modified, or supplemented, the "***Plan***").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **July 2, 2020**.

**PLEASE TAKE FURTHER NOTICE** that copies of Confirmation Order and the Plan, as well as other documents filed in the Chapter 11 Cases can be found on the docket of the Chapter 11 Cases and can also be downloaded free of charge from the website of the Debtors' noticing and claims agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/Carbo.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VIII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order, and the provisions thereof, are binding on the Debtors, the Reorganized Debtors, the Plan Administrator, the Liquidating Trust, any Holder of a Claim against or Interest in the Debtors and such Holder's respective successors, assigns, and designees, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or entity voted to accept the Plan.[3]

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: CARBO Ceramics Inc. (0013); StrataGen, Inc. (5205); and Asset Guard Products Inc. (6422). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 575 N. Dairy Ashford Road, Suite 300, Houston, Texas 77079.

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order.

[3] The Debtors or the Reorganized Debtors will make all distributions on account of all Allowed General Unsecured Claims at Asset Guard and StrataGen when such Claims are Allowed and the Plan Administrator will not bear further responsibility for such distributions.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Administrative Claims shall be 30 days after the Effective Date and the deadline for filing requests for payment of Professional Fee Claims and Committee Professional Fee Claims shall be 45 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that from and after this date, if you wish to receive notice of filings in this case, you must request such notice with the clerk of the Court and serve a copy of such request for notice on counsel to the Reorganized Debtors. You must do this even if you filed such a notice prior to the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Dated:  July 2, 2020
Houston, Texas

**VINSON & ELKINS LLP**

By:  */s/ Garrick C. Smith*
Paul E. Heath (TX 09355050)
Matthew W. Moran (TX 24002642)
Garrick C. Smith (TX 24088435)
Matthew D. Struble (TX 24102544)
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel:  214.220.7700
Fax:  214.999.7787
pheath@velaw.com; mmoran@velaw.com
gsmith@velaw.com; mstruble@velaw.com

-and-

David S. Meyer (admitted *pro hac vice*)
Michael A. Garza (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7708
Tel:  212.237.0000
Fax:  212.237.0100
dmeyer@velaw.com; mgarza@velaw.com

**ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

I certify that on July 2, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Garrick C. Smith*
One of Counsel