UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: CARBO Ceramics Inc. et al.

Petition Date: March 29, 2020
CASE NUMBER: 20-31973

**MONTHLY OPERATING REPORT SUMMARY FOR JUNE 2020**

| MONTH | Apr 2020 | May 2020 | Jun 2020 | Jul 2020 | Aug 2020 |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | $ 7,192,234 | $ 8,470,991 | $ 6,125,862 | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | $ (4,147,490) | $ (1,316,149) | $ (15,795,324) | | |
| NET INCOME (LOSS) (MOR-6) | $ (5,287,734) | $ (2,172,668) | $ (17,524,100) | | |
| PAYMENTS TO INSIDERS (MOR-9) | $ 293,686 | $ 1,991,900 | $ 2,185,308 | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | $ 176,066 | $ 278,400 | $ 13,755,751 | | |
| TOTAL DISBURSEMENTS (MOR-7) | $ 6,835,839 | $ 8,392,624 | $ 27,194,725 | | |

***The original of this document must be filed with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

**CIRCLE ONE**

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? **Yes** No   If so, describe
*Payments made in accordance with the court orders.*
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe
Are all U. S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization?
*On June 18, 2020, the Court confirmed the Plan of Reorganization*

| REQUIRED INSURANCE MAINTAINED | | |
|---|---|---|
| AS OF SIGNATURE DATE | | Expiration |
| CASUALTY | YES(X) NO( ) | 12/1/2020 |
| LIABILITY | YES(X) NO( ) | 12/1/2020 |
| VEHICLE | YES(X) NO( ) | 12/1/2020 |
| WORKER'S COMP | YES(X) NO( ) | 12/1/2020 |
| ALL OTHER⁽¹⁾ | YES(X) NO( ) | 12/1/2020 |

| ATTORNEY NAME: | Paul Heath |
|---|---|
| FIRM: | Vinson & Elkins LLP |
| ADDRESS: | 2001 Ross Avenue |
| ADDRESS: | Suite 3900 |
| CITY, STATE ZIP: | Dallas, TX 75201 |
| TELEPHONE: | 214-220-7700 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _Sharon Clarke_    Title Vice President Finance

MOR-1

(1) All other policies, including but not limited to, Property, D&O, Cyber, Foreign Package, and Marine Open Cargo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: CARBO Ceramics Inc. et al.[1]
CASE NUMBER: 20-31973
MONTH: JUNE 2020

Petition Date: March 29, 2020

## MONTHLY OPERATING REPORT NOTES FOR MAY 2020

### INTRODUCTION

This monthly operating report ("MOR") is unaudited and does not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("GAAP"), and it is not intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Information contained in this MOR has been derived from the Debtors' books and records, but does not reflect in all circumstances presentation for GAAP or SEC reporting purposes. Therefore, in order to comply with their obligations to provide MORs during these chapter 11 cases, the Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. Accordingly, this MOR is true and accurate to the best of the Debtors' knowledge, information, and belief, based on currently-available data. The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any period other than full calendar month-ending June 30, 2020, or for the full year, and may not necessarily reflect the Debtors' future consolidated results of operations and financial position.

### RESERVATION OF RIGHTS

This MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Debtors' chapter 11 cases. The unaudited financial statements have been derived from the Debtors' books and records. The information presented herein has not been subject to all procedures that typically would be applied to financial information presented in accordance with GAAP. Upon the application of such procedures, the Debtors believe that the financial information could be subject to material change. The information furnished in this MOR includes normal recurring adjustments, but does not include all of the adjustments that typically would be made for interim financial statements presented in accordance with GAAP.

### GLOBAL NOTES

Given the complexity of the Debtors' business, inadvertent errors or omissions may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR. Further, the Debtors reserve the right to amend or supplement this MOR, if necessary, but shall be under no obligation to do so. Various MOR schedules may include immaterial information related to non-debtors based on the Debtors' reporting capabilities.

### NOTES TO MOR 3

Liabilities Subject to Compromise ("LSTC"): LSTC represent the Debtors' estimate of pre-petition claims to be resolved in connection with the chapter 11 cases. As a result of the chapter 11 filings, the payment of pre-petition liabilities are subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Prepetition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

Values in the consolidated balance sheet represent rounded numbers. Accordingly, subtotals may not agree to the summation of the rounded numbers presented.

### NOTES TO MOR-5

The accounts payable and accounts receivable agings are presented on a consolidated basis for the Debtors, and does not include intercompany activity.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: CARBO Ceramics Inc. et al.[1]  
CASE NUMBER: 20-31973  
MONTH: JUNE 2020

Petition Date: March 29, 2020

## MONTHLY OPERATING REPORT NOTES FOR MAY 2020

### NOTES TO MOR-6

The income statement is presented on a consolidated basis for the Debtors. The information provided in the income statements reflect activity for the full calendar month-ending June 30, 2020.

Values in the consolidated income statement represent rounded numbers. Accordingly, subtotals may not agree to the summation of the rounded numbers presented.

### NOTES TO MOR-8

Although payment of prepetition claims is generally not permitted, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims in designated categories. This relief generally was designed to preserve the value of the Debtors' business and assets. The Debtors have paid and continue to pay undisputed postpetition obligations in the ordinary course of business.

### NOTES TO MOR-9

The list of insiders is consistent with public disclosures and other filings associated with the Debtors' chapter 11 cases. The listing of any party as an "insider" is neither intended to be nor should be construed as a legal characterization of such party as an "insider," as such term is defined in section 101(31) of the Bankruptcy Code, and it does not act as an admission or waiver of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: CARBO Ceramics Inc. (0013); StrataGen, Inc. (5205); and Asset Guard Products Inc. (6422)

CASE NAME: CARBO Ceramics Inc. et al.

CASE NUMBER: 20-31973

## COMPARATIVE BALANCE SHEETS

| ASSETS | 3/31/2020 | 4/30/2020 | 5/31/2020 | 6/30/2020 | 7/31/2020 | 8/31/2020 |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Cash[(1)] | | $ 26,217,266 | $ 39,012,386 | $ 20,339,947 | | |
| Accounts Receivable, Net | | 16,715,288 | 16,225,570 | 17,031,920 | | |
| Inventory | | 39,408,141 | 37,688,528 | 36,034,517 | | |
| Prepaid Expenses | | 4,239,634 | 4,113,679 | 2,921,510 | | |
| Investments | | - | - | | | |
| Other | | - | - | | | |
| **TOTAL CURRENT ASSETS** | | $ 86,580,329 | $ 97,040,163 | $ 76,327,894 | | |
| PROPERTY, PLANT & EQUIP, @ COST | | $ 98,579,128 | $ 98,589,980 | $ 98,563,292 | | |
| Less Accumulated Depreciation | | 37,110,933 | 37,628,979 | 38,092,838 | | |
| NET BOOK VALUE OF PP & E | | $ 61,468,195 | $ 60,961,001 | $ 60,470,454 | | |
| **OTHER ASSETS:** | | | | | | |
| 1. Tax Deposits | | $ - | $ - | | | |
| 2. Investments in Subs | | - | - | | | |
| 3. Intangibles & Other Assets | | 17,483,752 | 17,263,355 | 16,740,572 | | |
| **TOTAL ASSETS** | | $ 165,532,276 | $ 175,264,519 | $ 153,538,920 | | |

(1) The difference in cash on the balance sheet and ending book cash on MOR-8 is primarily due to de minimis non-Debtor cash as well as restricted cash not held in bank accounts as financials were prepared on a consolidated basis

Per agreement with UST, given filing date of 3/29/20, Debtors will not report this schedule for stub period 3/30/20 - 3/31/20

As the emergence occurred on 7/2/20, the period represented herein for 6/30/20 includes the first two days of July also. This creates a clear line for emergence.

CASE NAME: CARBO Ceramics Inc. et al.

CASE NUMBER: 20-31973

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | 3/31/2020 | 4/30/2020 | 5/31/2020 | 6/30/2020 | 7/31/2020 | 8/31/2020 |
|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | $ 10,266,356 | $ 21,481,202 | $ 21,236,763 | | |
| **PRE-PETITION LIABILITIES:** | | | | | | |
| Notes Payable-Secured | | $ 3,962,669 | $ 3,891,090 | $ 3,891,090 | | |
| Long-term Debt-Secured (LSTC)[1] | | 65,000,000 | 65,000,000 | 65,000,000 | | |
| Federal Income Tax | | (3,136,269) | - | - | | |
| FICA/Withholding | | - | - | - | | |
| Lease Liabilities | | 3,788,691 | 3,687,019 | 3,687,019 | | |
| Unsecured Debt (LSTC)[1][2] | | 71,334,397 | 68,932,793 | 64,975,733 | | |
| Other | | - | - | - | | |
| TOTAL PRE-PETITION LIABILITIES[3] | | $ 140,949,488 | $ 141,510,901 | $ 137,553,841 | | |
| **TOTAL LIABILITIES** | | $ 151,215,844 | $ 162,992,103 | $ 158,790,604 | | |
| **OWNERS' EQUITY (DEFICIT):** | | | | | | |
| MEMBER'S EQUITY | | $ - | $ - | | | |
| PREFERRED STOCK | | - | - | | | |
| COMMON STOCK | | 292,219 | 292,219 | 292,219 | | |
| ADDITIONAL PAID-IN CAPITAL | | 140,083,542 | 140,212,194 | 140,212,194 | | |
| ACCUMULATED DEFICIT | | - | - | | | |
| RETAINED EARNINGS: Filing Date | | (120,771,595) | (120,771,595) | (120,771,595) | | |
| RETAINED EARNINGS: Post Filing Date | | (5,287,734) | (7,460,402) | (24,984,502) | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | $ 14,316,432 | $ 12,272,416 | $ (5,251,684) | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | $ 165,532,276 | $ 175,264,519 | $ 153,538,920 | | |

(1) Amounts reflect Liabilities Subject to Compromise ("LSTC")
(2) Classification of certain liabilities as LSTC is based on the Debtors' estimates as of the date of the filing of this monthly operating report and are subject to change during the course of the Debtors' Chapter 11 Cases; classification of certain liabilities as LSTC or otherwise is provided for the sole purpose of this report and is not an admission by the Debtors that any prepetition or postpetition liability is or is not a LSTC
(3) Increase in pre-petition liabilities due to collection of the Federal Income Tax refund

Per agreement with UST, given filing date of 3/29/20, Debtors will not report this schedule for stub period 3/30/20 - 3/31/20

As the emergence occurred on 7/2/20, the period represented herein for 6/30/20 includes the first two days of July also.
This creates a clear line for emergence.

MOR-3

Revised:6/14/96

CASE NAME: CARBO Ceramics Inc. et al.

CASE NUMBER: 20-31973

## SCHEDULE OF POST-PETITION LIABILITIES

| | 3/31/2020 | 4/30/2020 | 5/31/2020 | 6/30/2020 | 7/31/2020 | 8/31/2020 |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | $ 4,127,094 | $ 5,024,418 | $ 5,181,980 | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | | $ (421,206) | $ (321,647) | $ (197,964) | | |
| State Payroll & Sales | | 22,542 | 7,475 | 7,539 | | |
| Ad Valorem Taxes | | 234,197 | 414,308 | 648,422 | | |
| Other Taxes | | - | - | | | |
| TOTAL TAXES PAYABLE | | $ (164,467) | $ 100,136 | $ 457,997 | | |
| SECURED DEBT POST-PETITION[1] | | $ 5,000,000 | $ 15,000,000 | $ 15,000,000 | | |
| ACCRUED INTEREST PAYABLE | | 595,341 | 799,519 | - | | |
| *ACCRUED PROFESSIONAL FEES: | | - | - | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. Insurance (Medical) | | $ 583,000 | $ 368,000 | $ 418,000 | | |
| 2. Lease and Storage | | - | - | | | |
| 3. Payroll | | 125,388 | 189,129 | 178,786 | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | | $ 10,266,356 | $ 21,481,202 | $ 21,236,763 | | |

* Payment Requires Court Approval.

As the emergence occurred on 7/2/20, the period represented herein for 6/30/20 includes the first two days of July also.
This creates a clear line for emergence.

MOR-4

Revised:6/14/96

CASE NAME: CARBO Ceramics Inc. et al.    CASE NUMBER: 20-31973

## AGING OF POST-PETITION LIABILITIES
MONTH: June 2020

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | $ (2,449,394) | $ (1,991,397) | $ 197,964 | $ (7,539) | $ (648,422) | $ - |
| 31-60 | (799,551) | (799,551) | - | - | - | - |
| 61-90 | (1,647,669) | (1,647,669) | - | - | - | - |
| 91 + | (743,363) | (743,363) | - | - | - | - |
| TOTAL | $ (5,639,977) | $ (5,181,980) | $ 197,964 | $ (7,539) | $ (648,422) | $ - |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 3/31/2020 | 4/30/2020 | 5/31/2020 | 6/30/2020 | 7/31/2020 | 8/31/2020 |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | $ 11,029,624 | $ 12,611,156 | $ 13,166,412 | | |
| 31-60 DAYS | | 1,129,522 | 724,376 | 503,891 | | |
| 61-90 DAYS | | 716,473 | 429,878 | 427,875 | | |
| 91 + DAYS | | 3,839,669 | 2,460,160 | 2,933,742 | | |
| TOTAL | | $ 16,715,288 | $ 16,225,570 | $ 17,031,920 | | |

Per agreement with UST, given filing date of 3/29/20, Debtors will not report this schedule for stub period 3/30/20 - 3/31/20

As the emergence occurred on 7/2/20, the period represented herein for 6/30/20 includes the first two days of July also.
This creates a clear line for emergence.

MOR-5    Revised:6/14/96

CASE NAME: CARBO Ceramics Inc. et al.

CASE NUMBER: 20-31973

## STATEMENT OF INCOME (LOSS)

| MONTH | Mar 2020 | Apr 2020 | May 2020 | Jun 2020 | Jul 2020 | Aug 2020 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | $ 7,192,234 | $ 8,470,991 | $ 6,125,862 | | | $ 21,789,087 |
| TOTAL COST OF REVENUES[1] | | 7,489,738 | 6,831,841 | 6,716,033 | | | 21,037,612 |
| GROSS PROFIT[1] | | $ (297,504) | $ 1,639,150 | $ (590,171) | | | $ 751,475 |
| OPERATING EXPENSES: | | | | | | | |
| Selling, General & Administrative[1] | | $ 3,380,234 | $ 2,400,547 | $ (735,907) | | | $ 5,044,874 |
| Insiders Compensation [MOR 9][2] | | 293,686 | 276,352 | 2,185,308 | | | 2,755,347 |
| Professional Fees | | 176,066 | 278,400 | 13,755,751 | | | 14,210,217 |
| Other (attach list) | | - | - | | | | - |
| TOTAL OPERATING EXPENSES[1] | | $ 3,849,986 | $ 2,955,299 | $ 15,205,153 | | | $ 22,010,438 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | | $ (4,147,490) | $ (1,316,149) | $ (15,795,324) | | | $ (21,258,963) |
| INTEREST EXPENSE | | $ 586,714 | $ 286,425 | $ 1,191,561 | | | $ 2,064,700 |
| DEPRECIATION | | 545,919 | 560,902 | 534,177 | | | 1,640,998 |
| OTHER (INCOME) EXPENSE* | | 17,522 | 246 | (1,578) | | | 16,190 |
| OTHER ITEMS** | | - | - | - | | | - |
| TOTAL INT, DEPR & OTHER ITEMS | | $ 1,150,155 | $ 847,573 | $ 1,724,160 | | | $ 3,721,888 |
| NET INCOME BEFORE TAXES | | $ (5,297,645) | $ (2,163,722) | $ (17,519,484) | | | $ (24,980,851) |
| FEDERAL INCOME TAXES | | 9,911 | (8,946) | (4,616) | | | (3,651) |
| NET INCOME (LOSS) (MOR-1) | | $ (5,287,734) | $ (2,172,668) | $ (17,524,100) | | | $ (24,984,502) |

Accrual Accounting Required, Otherwise Footnote With Explanation

(1) Excludes Depreciation and Amortization
(2) Excludes interest paid in May as insider compensation since interest was expensed as incurred.

Per agreement with UST, given filing date of 3/29/20, Debtors will not report this schedule for stub period 3/30/20 - 3/31/20 As the emergence occurred on 7/2/20, the period represented herein for 6/30/20 includes the first two days of July also. This creates a clear line for emergence.

MOR-6

Revised:6/14/96

CASE NAME: CARBO Ceramics Inc. et al.

CASE NUMBER: 20-31973

| CASH DISBURSEMENTS | 3/29 - 3/31/20 | Q1-20 | Apr 2020 | May 2020 | Jun 2020 | Q2-20 |
|---|---|---|---|---|---|---|
| CARBO Ceramics Inc. (1) | | $ - | $ 4,861,422 | $ 7,518,720 | $ 26,399,960 | $ 38,780,102 |
| ASSETGUARD Products Inc. | | $ - | $ 1,738,793 | $ 689,995 | $ 694,176 | $ 3,122,965 |
| StrataGen, Inc. | | $ - | $ 235,624 | $ 183,909 | $ 100,588 | $ 520,121 |
| Total Disbursements | | $ - | $ 6,835,839 | $ 8,392,624 | $ 27,194,725 | $ 42,423,188 |

(1) Disbursements include the set up of the escrow funds for professional fees along with the other necessary payments upon emergence.

As the emergence occurred on 7/2/20, the period represented herein for 6/30/20 includes the first two days of July also. This creates a clear line for emergence.

MOR-7

*Applies to Individual debtor's only.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: CARBO Ceramics Inc. et al.
CASE NUMBER: 20-31973
MONTH: JUNE 2020

### CONSOLIDATED CASH RECEIPTS AND DISBURSEMENTS
#### For Period Ending June 30, 2020

| | | |
|---|---|---|
| **Beginning Cash Balance** | $ | 39,012,386 |
| **Total Cash Receipts** | $ | 8,724,065 |
| **Operating Disbursements** | | |
| Operating Expenses | $ | (6,815,054) |
| Wages & Benefits | | (2,098,071) |
| Insurance | | (1,138,762) |
| Taxes | | (157,919) |
| Other | | (15,576) |
| G&A / Other | | (422,372) |
| **Total Operating Disbursements** | $ | (10,647,753) |
| **Total Operating Cash Flow** | $ | (1,923,688) |
| **Other Disbursements** | | |
| Professional Fees | $ | (13,755,751) |
| Adequate Assurance / CV Payments | | (863,850) |
| Notes & Interest Payments | | (1,927,370) |
| DIP Interest & Fees | | |
| Retention / Severance / Other | | - |
| **Total Other Disbursements** | $ | (16,546,971) |
| **Total Disbursements** | $ | (27,194,725) |
| **Net Cash Flow** | $ | (18,470,660) |
| (+/-) Change in Float | $ | (201,779) |
| (+/-) DIP Draw / Paydown | | |
| **Ending Cash Balance**[1] | $ | 20,339,947 |

*(1) The difference in ending cash balance and ending book cash on MOR-8 is primarily due to de minimis non-Debtor cash as well as restricted cash not held in bank accounts as financials were prepared on a consolidated basis*

CASE NAME: CARBO Ceramics Inc. et al.
CASE NUMBER: 20-31973

CASH ACCOUNT RECONCILIATION (USD)

MONTH: June 2020

| BANK NAME | JP Morgan Chase Bank N.A. | JP Morgan Chase Bank N.A. | Wells Fargo Bank N.A. | Wells Fargo Bank N.A. | JP Morgan Chase Bank N.A. | JP Morgan Chase Bank N.A. | Wells Fargo Bank N.A. | JP Morgan Chase Bank N.A. |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | X6537 | X6651 | X0599 | X4246 | X7121 | X7071 | X5424 | X8315 |
| ACCOUNT TYPE | Receipts | Accounts Payable | Receipts | Accounts Payable | Receipts | Accounts Payable | Receipts | Concentration |
| BANK BALANCE | $ 1,436,774 | $ - | $ 76,641 | $ - | $ 49,278 | $ - | $ 77,926 | $ 6,570,946 |
| DEPOSIT IN TRANSIT | | | | 2,460 | | | | |
| OUTSTANDING CHECKS | | | | | | | | |
| ADJUSTED BANK BALANCE | $ 1,436,774 | $ - | $ 76,641 | $ 2,460 | $ 49,278 | $ - | $ 77,926 | $ 6,570,946 |
| BEGINNING CASH - PER BOOKS | $ 1,701,756 | $ - | $ 256,979 | $ 2,460 | $ 2,346,149 | $ - | $ 474,451 | $ 19,243,616 |
| RECEIPTS | 1,677,347 | | 403 | | 277,832 | | 5,954 | 6,667,997 |
| TRANSFERS BETWEEN ACCOUNTS | (1,582,591) | 174,457 | (150,000) | | (2,033,327) | 33,327 | (400,000) | 2,353,479 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | | | | |
| CHECKS/OTHER DISBURSEMENTS | (359,737) | (174,457) | (30,741) | | (541,376) | (33,327) | (2,479) | (21,634,145) |
| ENDING CASH - PER BOOKS[2] | $ 1,436,774 | $ - | $ 76,641 | $ 2,460 | $ 49,278 | $ - | $ 77,926 | $ 6,630,946 |

(1) Negative cash balances are due to timing of clearing of payments
(2) The difference in cash on the balance sheet (MOR-2) and ending book cash is primarily due to de minimis non-Debtor cash as well as restricted cash not held in bank accounts as financials were prepared on a consolidated basis

MOR-8

All balances in USD

CASE NAME: CARBO Ceramics Inc. et al.
CASE NUMBER: 20-31973

CASH ACCOUNT RECONCILIATION (USD)

MONTH: June 2020

| BANK NAME | JP Morgan Chase Bank N.A. | JP Morgan Chase Bank N.A. | JP Morgan Chase Bank N.A. | Wells Fargo Bank N.A. | Wells Fargo Bank N.A. | Wells Fargo Bank N.A. | Wells Fargo Bank N.A. | Wells Fargo Bank N.A. |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | X9693 | X7613 | X6061 | X1153 | X1814 | X7261 | X3100 | X0724 |
| ACCOUNT TYPE | Payroll | Accounts Payable [1] | E-Commerce Receipts | Receipts | Accounts Payable [1] | Proposed Utility Adequate Assurance | Flexible Spending | Proposed Segregated Professional Fee |
| BANK BALANCE | $ - | $ (8,406) | $ - | $ 115,671 | $ (85,918) | $ 1,560,293 | $ - | $ 8,615 |
| DEPOSIT IN TRANSIT | | | | | | | | |
| OUTSTANDING CHECKS | | | | | | | | |
| ADJUSTED BANK BALANCE | $ - | $ (8,406) | $ - | $ 115,671 | $ (85,918) | $ 1,560,293 | $ - | $ 8,615 |
| BEGINNING CASH - PER BOOKS | $ - | $ (56,113) | $ - | $ 4,038,573 | $ (85,918) | $ 402,401 | $ - | $ 8,843 |
| RECEIPTS | | | $ 10,697 | $ 83,491 | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | $ 4,450,674 | $ (10,697) | $ (4,003,581) | | $ 1,155,924 | $ 12,337 | |
| (WITHDRAWAL) CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | | | | |
| CHECKS/OTHER DISBURSEMENTS | | $ (4,402,966) | | $ (2,812) | | | $ (12,337) | $ (228) |
| ENDING CASH - PER BOOKS [2] | $ - | $ (8,406) | $ - | $ 115,671 | $ (85,918) | $ 1,558,325 | $ - | $ 8,615 |

(1) Negative cash balances are due to timing of clearing of payments
(2) The difference in cash on the balance sheet (MOR-2) and ending book cash is primarily due to de minimis non-Debtor cash as well as restricted cash not held in bank accounts as financials were prepared on a consolidated basis

MOR-8

All balances in USD

CASE NAME: CARBO Ceramics Inc. et al.
CASE NUMBER: 20-31973

CASH ACCOUNT RECONCILIATION (USD)
MONTH: June 2020

| BANK NAME | Wells Fargo Bank N.A. | Wells Fargo Bank N.A. | Wells Fargo Bank N.A. | Century Bank and Trust | Century Bank and Trust | Century Bank and Trust | JP Morgan Chase Bank N.A. | | Total Debtors |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | X3458 | X3466 | X3474 | X3253 | X3260 | X2429 | X0132 | | |
| ACCOUNT TYPE | *Credit Card Cash Collateral* | *Credit Card Cash Collateral* | *Credit Card Cash Collateral* | *CD – Cash Collateral* | *CD – Cash Collateral* | *CD – Cash Collateral* | *Letter of Credit – Cash Collateral* | | |
| BANK BALANCE | $ 705 | $ 314,734 | $ 209,703 | $ 9,796 | $ 232,500 | $ 69,000 | $ 8,161,553 | | $ 18,799,812 |
| DEPOSIT IN TRANSIT | | | | | | | | | $ - |
| OUTSTANDING CHECKS | | | | | | | | | $ 2,460 |
| ADJUSTED BANK BALANCE | $ 705 | $ 314,734 | $ 209,703 | $ 9,796 | $ 232,500 | $ 69,000 | $ 8,161,553 | | $ 18,802,271 |
| BEGINNING CASH - PER BOOKS | $ 740 | $ 254,777 | $ 209,746 | $ 9,796 | $ 232,500 | $ 69,000 | $ 8,161,209 | | $ 37,270,963 |
| RECEIPTS | | | | | | | 344 | | $ 8,724,065 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | | | | | $ 0 |
| (WITHDRAWAL) CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | | | | | $ - |
| CHECKS/OTHER DISBURSEMENTS | $ (35) | $ (42) | $ (42) | | | | | | $ (27,194,725) |
| ENDING CASH - PER BOOKS[2] | $ 705 | $ 254,734 | $ 209,704 | $ 9,796 | $ 232,500 | $ 69,000 | $ 8,161,553 | | $ 18,800,304 |

(1) Negative cash balances are due to timing of clearing of payments
(2) The difference in cash on the balance sheet (MOR-2) and ending book cash is primarily due to de minimis non-Debtor cash as well as restricted cash not held in bank accounts as financials were prepared on a consolidated basis

MOR-8

All balances in USD

CASE NAME: CARBO Ceramics Inc. et al.

CASE NUMBER: 20-31973

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 |
|---|---|---|---|---|---|---|
| Employee 1<br>Gross Compensation & Expense Reimbursement | $ - | $ 54,200 | $ 54,268 | $ 54,200 | | |
| Employee 2<br>Gross Compensation | - | 30,866 | 30,866 | 31,522 | | |
| Employee 3<br>Gross Compensation | - | 35,450 | 35,450 | 37,609 | | |
| Employee 4<br>Gross Compensation | - | 21,927 | 21,283 | 21,634 | | |
| Employee 5<br>Gross Compensation | - | 17,994 | 17,994 | 18,177 | | |
| Employee 6<br>Gross Compensation | - | 24,424 | 24,424 | 24,424 | | |
| Employee 7<br>Gross Compensation | - | 22,116 | 22,116 | 22,116 | | |
| Employee 8<br>Gross Compensation | - | 17,951 | 17,951 | 18,224 | | |
| Employee 9<br>Gross Compensation | - | 22,533 | 24,917 | 2,949 | | |
| Director 1<br>Director Fees | - | 6,667 | 4,667 | 4,667 | | |
| Director 2<br>Director Fees | - | 6,667 | 4,667 | 4,667 | | |
| Director 3<br>Director Fees | - | 8,750 | 6,750 | 6,750 | | |
| Director 4<br>Director Fees | - | 7,500 | 5,500 | 5,500 | | |
| Director 5<br>Director Fees | - | 7,500 | 5,500 | 5,500 | | |
| Insider 1<br>Interest | - | 9,141 | 1,715,548 | 1,927,370 | | |
| TOTAL INSIDERS (MOR-1) | $ - | $ 293,686 | $ 1,991,900 | $ 2,185,308 | | |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| PROFESSIONALS NAME/ORDER DATE | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 |
|---|---|---|---|---|---|---|
| FTI Consulting, Inc. (Dkt. 294 on 5/8/20) | $ - | $ - | $ - | $ 594,006 | | |
| Vinson & Elkins L.L.P (Dkt. 293 on 5/8/20) | - | - | | - | | |
| Okin Adams LLP (Dkt. 295 on 5/8/20) | - | - | - | 32,242 | | |
| PWP Consulting, Inc. (Dkt. 409 on 5/27/20) | - | - | | - | | |
| Epiq Corporate Restructuring, LLC (Dkt. 31 on 3/30/20) | - | 56,696 | - | 12,378,676 | | |
| KPMG LLP (Dkt. 314 on 5/12/20) | - | - | - | - | | |
| Ernst & Young LLP (Dkt. 313 on 5/12/20) | - | - | - | - | | |
| Ankura Consulting Group, LLC (Dkt. 218 on 4/23/20) | - | 16,783 | 42,367 | 75,000 | | |
| Norton Rose Fulbright US LLP (Dkt. 218 on 4/23/20) | - | 102,587 | 236,033 | 675,828 | | |
| TOTAL PROFESSIONALS (MOR-1) | $ - | $ 176,066 | $ 278,400 | $ 13,755,751 | | |

MOR-9

Revised:6/14/96